

May 13, 2020

**VIA E-FILING**
The Honorable Colm F. Connolly
J. Caleb Boggs Federal Building
844 N. King Street
Room 4124; Unit 31
Wilmington, DE 19801-3555

      RE:   *Par Pharmaceutical Inc., et al. v. Eagle Pharmaceuticals Inc.*
              C.A. No. 18-cv-823-CFC

Dear Judge Connolly:

      During the April 8, 2020 conference to discuss the Covid 19-related postponement of the scheduled trial in this matter (which had been scheduled to commence on May 18), Eagle represented ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ *See* Transcript of April 8, 2020 teleconference at 7-11. In light of that representation, the Court set a conference for May 18 (this coming Monday).

      Late Monday, Eagle ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

      We look forward to discussing this case with the Court on May 18, 2020.

                                           Respectfully submitted,

                                           /s/ Brian E. Farnan

                                           Brian E. Farnan

cc: Counsel of Record (via E-Mail)



**CONFIDENTIAL**                                                                                                                                                                                                                                                                                                                                                                                                                                                                           **EAGLEVAS0058588**