# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAR PHARMACEUTICAL, INC., PAR STERILE PRODUCTS, LLC, and ENDO PAR INNOVATION COMPANY, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> EAGLE PHARMACEUTICALS INC., <br><br> Defendant. | ) ) ) ) ) ) C.A. No. 18-823-CFC ) ) ) ) ) ) ) ) |

## [PROPOSED] ORDER

The Court having reviewed Defendant's proposed redactions to the June 24 Letter (D.I. 197), along with the supporting Declaration of David Pernock, and cause for these redactions having been shown,

IT IS HEREBY ORDERED that Defendant's request is GRANTED and the redacted version of the June 24 Letter attached as Exhibit B to the Pernock Declaration will serve as the official public version of the June 24 Letter.

_____
United States District Judge

7.29.20

6787296