# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAR PHARMACEUTICAL, INC., PAR STERILE PRODUCTS, LLC, and ENDO PAR INNOVATION COMPANY, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>EAGLE PHARMACEUTICALS INC.,<br><br>Defendant. | C.A. No. 18-823-CFC<br><br>**PUBLIC VERSION** |

## LETTER TO THE HONORABLE COLM F. CONNOLLY
## FROM BINDU A. PALAPURA, ESQUIRE

OF COUNSEL:

Jay P. Lefkowitz, P.C.
Jeanna M. Wacker
Benjamin A. Lasky
Sam Kwon
Christopher J. Citro
Ashley Cade
Matthew Lembo
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-4800

Bryan S. Hales
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Tel: (312) 862-2000

David E. Moore (#3983)
Bindu A. Palapura (#5370)
Stephanie E. O'Byrne (#4446)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
sobyrne@potteranderson.com

*Attorneys for Defendant Eagle Pharmaceuticals Inc.*

Dated: June 24, 2020
6738136/45185

Public Version Dated: August 5, 2020



1313 North Market Street
P.O. Box 951
Wilmington, DE 19801- 0951
302 984 6000
www.potteranderson.com

Bindu A. Palapura
Partner
Attorney at Law
bpalapura@potteranderson.com
302 984-6092 Direct Phone
302 658-1192 Firm Fax

June 24, 2020

Public Version Dated: August 5, 2020

**VIA ELECTRONIC FILING**
The Honorable Colm F. Connolly
United States District Judge
J. Caleb Boggs Federal Building
844 N. King Street
Unit 31, Room 4124
Wilmington, DE 19801-3555

**PUBLIC VERSION**

Re:   *Par Pharm., Inc. v. Eagle Pharm., Inc.*, C.A. No. 18-823-CFC

Dear Judge Connolly:

This firm, together with Kirkland & Ellis LLP, represents Defendant Eagle Pharmaceuticals, Inc. ("Eagle") in the above-captioned matter. We write to apprise the Court of the status of Eagle's Abbreviated New Drug Application ("ANDA") at issue in this litigation, as requested by the Court at the conclusion of the May 18, 2020 Teleconference.

Eagle has



[1]

[2]

The Honorable Colm F. Connolly
June 24, 2020
Page 2

      Eagle anticipates having more information ▮▮▮▮▮▮▮▮▮▮, after it has fully analyzed ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ That said, Eagle does not believe ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮will bear on the legal case before your Honor, for which both parties are trial-ready.

      Because Eagle may have additional information relating to ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ we believe it makes sense for the Court and the parties to talk after Eagle has such information.  Eagle will update the Court once it has more information and expects to request the Court to schedule a status conference after that update to discuss the scheduling of trial in this action.

                                      Respectfully,

                                      */s/ Bindu A. Palapura*

                                      Bindu A. Palapura

BAP:nmt/6776403/45185

cc:     Counsel of Record (via electronic mail)