IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PAR PHARMACEUTICAL, INC., PAR STERILE PRODUCTS, LLC, and ENDO PAR INNOVATION COMPANY, LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 18-823-CFC-JLH |
| v. | ) ) ) | |
| EAGLE PHARMACEUTICALS INC., | ) ) | |
| Defendant. | ) | |

## MOTION FOR TELECONFERENCE TO RESOLVE DISCOVERY DISPUTES

Defendant Eagle Pharmaceuticals, Inc. ("Eagle") respectfully moves this Court to schedule a teleconference to address outstanding disputes regarding the following discovery matters:

- Eagle's request to supplement its invalidity expert reports;

- Eagle's request to supplement its non-infringement expert reports or, in the alternative, to strike Par's supplemental infringement expert reports;

- Eagle's request for a supplemental deposition of Par's expert Dr. Lee Kirsch.

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in verbal meet-and-confers by telephone on the following dates: August 20, 2020 and October 13, 2020.

Delaware Counsel:

- Par: Michael Farnan (Farnan LLP)

- Eagle: David E. Moore, Bindu A. Palapura (Potter Anderson & Corroon LLP)

Lead Counsel:

- Eagle:  Benjamin Lasky, Sam Kwon (Kirkland & Ellis LLP)
- Par:  Robert D. Rhoad, Blake Greene, Brian Goldberg (Dechert LLP)

The parties are available for a teleconference on the following dates:

- November 3, 2020 (afternoon, prefer after 3:30 pm)
- November 5, 2020 (afternoon, prefer after 3:30 pm)
- November 6, 2020 (anytime, prefer after 3:30 pm)

|  |  |
|---|---|
| OF COUNSEL: | Respectfully submitted,<br><br>POTTER ANDERSON & CORROON LLP |
| Jay P. Lefkowitz, P.C.<br>Jeanna M. Wacker<br>Benjamin A. Lasky<br>Sam Kwon<br>Christopher J. Citro<br>Ashley Cade<br>Matthew Lembo<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY  10022<br>Tel:  (212) 446-4800 | By:  /s/ Bindu A. Palapura<br>David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>Stephanie E. O'Byrne (#4446)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE  19801<br>Tel:  (302) 984-6000<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com<br>sobyrne@potteranderson.com |
| Bryan S. Hales<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL  60654<br>Tel:  (312) 862-2000 | *Attorneys for Defendant Eagle Pharmaceuticals Inc.* |

Dated: October 21, 2020
6904341/ 45185