# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAR PHARMACEUTICAL, INC., ) <br> PAR STERILE PRODUCTS, LLC, and ) <br> ENDO PAR INNOVATION ) <br> COMPANY, LLC, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> EAGLE PHARMACEUTICALS INC., ) <br> ) <br> Defendant. ) | C.A. No. 18-823-CFC <br><br> **PUBLIC VERSION** |

## LETTER TO THE HONORABLE COLM F. CONNOLLY
## FROM DAVID E. MOORE, ESQUIRE

Brian E. Farnan
Michael J. Farnan
FARNAN LLP
919 North Market St., 12th Floor
Wilmington, DE 19801
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Plaintiffs*

Dated: October 7, 2020
Public Version Dated: October 22, 2020
6896243/45185

David E. Moore (#3983)
Bindu A. Palapura (#5370)
Stephanie E. O'Byrne (#4446)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
sobyrne@potteranderson.com

*Attorneys for Defendant*



1313 North Market Street
P.O. Box 951
Wilmington, DE 19801- 0951
302 984 6000
www.potteranderson.com

David E. Moore
Partner
Attorney at Law
dmoore@potteranderson.com
302 984-6147 Direct Phone
302 658-1192 Firm Fax

October 7, 2020
Public Version Dated:  October 22, 2020

**<u>VIA ELECTRONIC FILING</u>**                                  **PUBLIC VERSION**

The Honorable Colm F. Connolly
United States District Judge
J. Caleb Boggs Federal Building
844 N. King Street
Unit 31, Room 4124
Wilmington, DE 19801-3555

Re:   *Par Pharm., Inc. v. Eagle Pharm., Inc.*, C.A. No. 18-823-CFC

Dear Judge Connolly:

On behalf of both parties in the above-captioned action, I write to request a status conference with the Court to discuss the case schedule going forward.  While Eagle has not obtained tentative approval for its ANDA, it is actively working towards such approval and the 30-month stay of final approval of Eagle's ANDA expires on October 17, 2020.

Respectfully,

*/s/ David E. Moore*

David E. Moore

DEM:nmt/6911569/45185
cc:    Counsel of Record (via electronic mail)