# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAR PHARMACEUTICAL, INC., PAR STERILE PRODUCTS, LLC, and ENDO PAR INNOVATION COMPANY, LLC, | ) ) ) ) |
| Plaintiffs, | ) C.A. No. 18-823-CFC-JLH ) |
| v. | ) ) |
| EAGLE PHARMACEUTICALS INC., | ) ) |
| Defendant. | ) |

## STIPULATION FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiffs Par Pharmaceutical, Inc., Par Sterile Products, LLC and Endo Par Innovation Company, LLC and Defendant Eagle Pharmaceuticals Inc., subject to the approval of the Court, that the deadlines for Plaintiff to file a public version of letter regarding October 28, 2020 Teleconference (D.I. 210) and for Defendant to file a public version of its initial discovery dispute letter and corresponding exhibits (D.I. 211 and D.I. 212) and letter regarding ANDA status (D.I. 213) shall be extended to November 11, 2020.

|  |  |
|---|---|
|  | Respectfully submitted, |
| FARNAN LLP | POTTER ANDERSON & CORROON LLP |
| By: */s/ Michael J. Farnan* <br>    Brian E. Farnan (#4089) <br>    Michael J. Farnan (#5165) <br>    919 North Market St. <br>    12th Floor <br>    Wilmington, DE 19801 <br>    Tel: 302-777-0300 <br>    bfarnan@farnanlaw.com <br>    mfarnan@farnanlaw.com | By: */s/ Bindu A. Palapura* <br>    David E. Moore (#3983) <br>    Bindu A. Palapura (#5370) <br>    Stephanie E. O'Byrne (#4446) <br>    Hercules Plaza, 6th Floor <br>    1313 N. Market Street <br>    Wilmington, DE  19801 <br>    Tel:  (302) 984-6000 <br>    dmoore@potteranderson.com <br>    bpalapura@potteranderson.com <br>    sobyrne@potteranderson.com |
| *Attorneys for Plaintiffs* |  |
| Dated: November 2, 2020 <br> 6921597 / 45185 | *Attorneys for Defendant* |

IT IS SO ORDERED this ___ day of November, 2020.

_____
United States District Judge