

October 26, 2020

**Via E-Filing**
The Honorable Colm F. Connolly
J. Caleb Boggs Federal Building
844 N. King Street
Room 4124; Unit 31
Wilmington, DE 19801-3555

      RE:    *Par Pharmaceutical Inc., et al. v. Eagle Pharmaceuticals Inc.*
             **C.A. No. 18-cv-823-CFC-JLH**

Dear Judge Connolly:

We represent Plaintiffs in the above-captioned Hatch-Waxman Act case, in which defendant Eagle Pharmaceuticals seeks FDA approval to launch a generic version of plaintiff Par Pharmaceuticals' Vasostrict® product. By letter dated October 7, 2020, the parties jointly wrote the Court to request a scheduling conference in view of the fact that the expiration of the 30-month stay of final approval of Eagle's ANDA was imminent. D.I. 205. In response, the Court has scheduled a teleconference for October 28 at 11:00 am.

In advance of the status conference, we wish to apprise the Court of the status of Eagle's application with the FDA. A chronology is set forth in the appendix at the end of this letter.

In short, the best information we have is that we can expect ███████████ of its ANDA ███████. Given the realities of FDA review ███████████

                                            Respectfully submitted,

                                            /s/ Michael J. Farnan

                                            Michael J. Farnan

cc: Counsel of Record (Via E-Mail)