# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAR PHARMACEUTICAL, INC., PAR STERILE PRODUCTS, LLC, and ENDO PAR INNOVATION COMPANY, LLC,<br><br>      Plaintiffs,<br><br>v.<br><br>EAGLE PHARMACEUTICALS INC.,<br><br>      Defendant. | C.A. No. 18-823-CFC-JLH |

## [PROPOSED] O R D E R

The Court having reviewed Defendant's proposed redactions to (1) Eagle's October 27, 2020 (D.I. 211) and the exhibits thereto (D.I. 212) and (2) Eagle's October 28, 2020 (D.I. 213), along with the supporting Declaration of David Pernock, and cause for these redactions having been shown,

IT IS HEREBY ORDERED that Defendant's request is GRANTED and the redacted versions attached as Exhibits D, E, and F to Eagle's November 18, 2020 Letter will serve as the official public version of D.I. 211, 212, and 213 respectively.

_____
United States District Judge

6787296