## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PAR PHARMACEUTICAL, INC., PAR STERILE PRODUCTS, LLC, and ENDO PAR INNOVATION COMPANY, LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 18-823-CFC |
| v. | ) ) | ▮▮▮▮▮▮▮▮▮▮ |
| EAGLE PHARMACEUTICALS INC., | ) ) | |
| Defendant. | ) ) | |

## EXHIBITS 1-22 TO THE LETTER TO THE HONORABLE JENNIFER L. HALL FROM BINDU A. PALAPURA, ESQUIRE

OF COUNSEL:

Jay P. Lefkowitz, P.C.
Jeanna M. Wacker
Benjamin A. Lasky
Sam Kwon
Christopher J. Citro
Ashley Cade
Matthew Lembo
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-4800

Bryan S. Hales
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Tel: (312) 862-2000

Dated: October 27, 2020
6914232 / 45185

David E. Moore (#3983)
Bindu A. Palapura (#5370)
Stephanie E. O'Byrne (#4446)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
sobyrne@potteranderson.com

*Attorneys for Defendant Eagle Pharmaceuticals Inc.*

# EXHIBIT 1

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 2

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 3

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 4

# THIS EXHIBIT HAS BEEN
# REDACTED IN ITS ENTIRETY

# EXHIBIT 5

# THIS EXHIBIT HAS BEEN
# REDACTED IN ITS ENTIRETY

# EXHIBIT 6

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 7

# THIS EXHIBIT HAS BEEN
# REDACTED IN ITS ENTIRETY

# EXHIBIT 8

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 9

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 10

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 11

# THIS EXHIBIT HAS BEEN
# REDACTED IN ITS ENTIRETY

# EXHIBIT 12

# THIS EXHIBIT HAS BEEN
# REDACTED IN ITS ENTIRETY

# EXHIBIT 13

# THIS EXHIBIT HAS BEEN
# REDACTED IN ITS ENTIRETY

# EXHIBIT 14

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 15

# THIS EXHIBIT HAS BEEN
# REDACTED IN ITS ENTIRETY

# EXHIBIT 16

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 17

**THIS EXHIBIT HAS BEEN
REDACTED IN ITS ENTIRETY**

# EXHIBIT 18

# THIS EXHIBIT HAS BEEN
# REDACTED IN ITS ENTIRETY

# EXHIBIT 19

**THIS EXHIBIT HAS BEEN
REDACTED IN ITS ENTIRETY**

# EXHIBIT 20

**THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY**

# EXHIBIT 21

| | |
|---|---|
| **From:** | Michael J. Farnan |
| **To:** | *bpalapura@potteranderson.com; Brian Farnan |
| **Cc:** | *dmoore@Potteranderson.com1 |
| **Subject:** | RE: [EXT] Activity in Case 1:18-cv-00823-CFC-JLH Par Pharmaceutical, Inc. et al v. Eagle Pharmaceuticals, Inc. Order |
| **Date:** | Tuesday, October 20, 2020 5:13:17 PM |
| **Attachments:** | Ltr to J. Hall re motion for discovery teleconference.DOCX |

Bindu,

On the second bullet point, if Eagle wishes to raise this issue, Eagle can restore it as a request from Eagle rather than a joint request.  Thank you

Michael

Michael J. Farnan

Farnan LLP

919 N. Market St.

12th Floor

Wilmington, DE 19801

Direct Dial:  302-777-0338

Fax:  302-777-0301

---

**From:** Palapura, Bindu A. <bpalapura@potteranderson.com>
**Sent:** Monday, October 19, 2020 5:03 PM
**To:** Michael J. Farnan <mfarnan@farnanlaw.com>; Brian Farnan <bfarnan@farnanlaw.com>
**Cc:** Moore, David E. <dmoore@potteranderson.com>
**Subject:** FW: [EXT] Activity in Case 1:18-cv-00823-CFC-JLH Par Pharmaceutical, Inc. et al v. Eagle Pharmaceuticals, Inc. Order

Michael/Brian:  Attached is a letter pursuant to the order below.  We've included our availability for a call next week.  Note that there is a preference for after 3:30pm because one of our team members is overseas.  However, we can be flexible if needed on the days listed.

Please let us know what works best for your team.  We would like to get this on file tomorrow.  Thanks.



 **Bindu A. Palapura** | **Partner**
Potter Anderson & Corroon LLP | 1313 N. Market Street, 6th Floor | Wilmington, DE 19801-6108
**T** 302.984.6092 | **F** 302.658.1192
bpalapura@potteranderson.com | potteranderson.com

The information contained in this email message and any attachments is intended only for the addressee and is privileged, confidential, and may be protected from disclosure. Please be aware that any other use, printing, copying, disclosure or dissemination of this communication may be subject to legal restriction or sanction. If you think that you have received this email message in error, please do not read this message or any attached items. Please notify the sender immediately and delete the email and all attachments, including any copies. This email message and any attachments have been scanned for viruses and are believed to be free of any virus or other defect that might affect any computer system into which they are received and opened. However, it is the responsibility of the recipient to

ensure that the email and any attachments are virus-free, and no responsibility is accepted by Potter Anderson & Corroon LLP for any
loss or damage arising in any way from their use.

**From:** ded_nefreply@ded.uscourts.gov <ded_nefreply@ded.uscourts.gov>
**Sent:** Thursday, October 15, 2020 3:44 PM
**To:** ded_ecf@ded.uscourts.gov
**Subject:** [EXT] Activity in Case 1:18-cv-00823-CFC-JLH Par Pharmaceutical, Inc. et al v. Eagle
Pharmaceuticals, Inc. Order

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT
RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy
permits attorneys of record and parties in a case (including pro se litigants) to receive one
free electronic copy of all documents filed electronically, if receipt is required by law or
directed by the filer. PACER access fees apply to all other users. To avoid later charges,
download a copy of each document during this first viewing. However, if the referenced
document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**District of Delaware**

## Notice of Electronic Filing

The following transaction was entered on 10/15/2020 at 3:44 PM EDT and filed on 10/15/2020
**Case Name:**          Par Pharmaceutical, Inc. et al v. Eagle Pharmaceuticals, Inc.
**Case Number:**        1:18-cv-00823-CFC-JLH
**Filer:**
**Document Number:** 206(No document attached)

**Docket Text:**
**ORAL ORDER: Having been advised that the parties are unable to resolve a
discovery matter, they are directed to file a Motion for Teleconference to
Resolve Discovery Dispute. The suggested text for this motion can be found in
Judge Hall's portion of the Court's website, in the "Forms" tab, under the
heading "Motion for Teleconference to Resolve Discovery/Protective Order
Disputes." The dispute will thereafter be addressed in accordance with Judge
Hall's discovery dispute procedures. ORDERED by Judge Jennifer L. Hall on
10/15/2020. (ceg)**

**1:18-cv-00823-CFC-JLH Notice has been electronically mailed to:**

David Ellis Moore     dmoore@potteranderson.com, IPefilings@potteranderson.com,
iplitigation@potteranderson.com

Brian E. Farnan     bfarnan@farnanlaw.com, tfarnan@farnanlaw.com

Michael J. Farnan     mfarnan@farnanlaw.com, tfarnan@farnanlaw.com

Bindu Ann George Palapura     bpalapura@potteranderson.com

Blake B. Greene     blake.greene@dechert.com

Benjamin A. Lasky     blasky@kirkland.com, alvaro.parrado@kirkland.com

Martin J. Black     martin.black@dechert.com

Stephanie E. O'Byrne     sobyrne@potteranderson.com

Sharon K. Gagliardi     sharon.gagliardi@dechert.com, andrew.horner@dechert.com

Sam Kwon     sam.kwon@kirkland.com, alvaro.parrado@kirkland.com

Jay P. Lefkowitz     lefkowitz@kirkland.com

Christopher J. Citro     christopher.citro@kirkland.com, alvaro.parrado@kirkland.com

Jeanna M. Wacker     jeanna.wacker@kirkland.com, alvaro.parrado@kirkland.com

Brian M. Goldberg     brian.goldberg@dechert.com

Jonathan D.J. Loeb     jonathan.loeb@dechert.com

Robert D. Rhoad     robert.rhoad@dechert.com, nancy.hildreth@dechert.com

Ashley Cade     ashley.cade@kirkland.com

**1:18-cv-00823-CFC-JLH Filer will deliver document by other means to:**

Matt Lembo
UNDELIVERABLE EMAIL 7/1/2020

# EXHIBIT 22

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| PAR PHARMACEUTICAL, INC., PAR STERILE PRODUCTS, LLC, and ENDO PAR INNOVATION COMPANY, LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 18-823-CFC |
| v. | ) ) | |
| EAGLE PHARMACEUTICALS INC., | ) ) | |
| Defendant. | ) | |

**EAGLE PHARMACEUTICALS INC.'S FIRST SET OF REQUESTS FOR**
**PRODUCTION (NOS. 1-81) TO PAR PHARMACEUTICAL**

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Defendant Eagle Pharmaceuticals Inc. ("Eagle" or "Defendant"), by and through its attorney, requests that Plaintiffs Par Pharmaceutical, Inc., Par Sterile Products, LLC, and Endo Par Innovation Company, LLC ("Par" or "Plaintiffs") produce the documents and things requested herein at the offices of Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022, or at such other location to which the parties mutually agree, and provide written responses to these requests within thirty (30) days of service of these requests.

## DEFINITIONS

The terms listed below have the following meanings:

1.     "Par," "Plaintiffs," "You," or "Your" means Par Pharmaceutical, Inc., Par Sterile Products, LLC, and Endo Par Innovation Company, LLC collectively, and all present and former parents, subsidiaries, and affiliates thereof, all divisions, predecessors, successors, and assigns thereof, and all directors, officers, employees, agents, consultants, representatives, or persons acting or purporting to act on behalf of, or under the control of, any of the foregoing entities; and all other Persons, acting or purporting to act under Plaintiffs' control or on Plaintiffs' behalf, and/or

**REQUEST NO. 32:**

All documents and things concerning any publication, patent, patent application, or prior art concerning vasopressin.

**REQUEST NO. 33:**

All documents and things on which Plaintiffs intend to rely to support any contention that any composition or formulation of vasopressin has unexpected or superior properties to any other compound, composition or formulation.

**REQUEST NO. 34:**

All documents sufficient to show the sales of Vasostrict® brand vasopressin in dollars and in units for each year in which it has been sold.

**REQUEST NO. 35:**

All documents and things concerning any comparison including, but not limited to, comparative tests or experiments, between any composition or formulation of vasopressin and any other compound, composition or formulation, including but not limited to any other composition or formulation of vasopressin.

**REQUEST NO. 36:**

All documents and things concerning any report, memorandum, meeting minutes, meeting summaries, or publications relating in any way to research leading to vasopressin or its formulation into a pharmaceutical dosage form.

**REQUEST NO. 37:**

All documents and things concerning the license, sale, or assignment of any rights to any vasopressin composition or formulation(s).

**REQUEST NO. 38:**

All documents and things concerning any license, transfer, or assignment of rights to any of the '239 patent, the '233 patent, the '478 patent, the '526 patent, the '785 patent, and the '209 patent.

**REQUEST NO. 39:**

All documents sufficient to show the total amount spent on promotion and marketing of Vasostrict® in each year in which it has been sold.

**REQUEST NO. 40:**

All documents and things concerning any strategic plans, business plans, marketing plans, brand plans, competitive evaluations, market research, market analyses, advertising plans,

**REQUEST NO. 62:**

      All documents and things concerning the level of ordinary skill in the art for any claim of the Patents-in-Suit.

**REQUEST NO. 63:**

      All documents, communications, and things, including, without limitation, laboratory notebooks, reports, memoranda, protocols, and data, concerning the subject matter of any declaration or affidavit submitted to the United States Patent & Trademark Office during prosecution of the Patents-in-Suit, any related patent or patent applications, any other Plaintiffs' patents relating to vasopressin, or their Foreign Counterparts, including but not limited to the materials, information, data, or documents considered during preparation of any such declaration or affidavit, any analysis undertaken during preparation of any such declaration or affidavit, the selection of any materials, information, data, or documents for submission with any such declaration or affidavit, the omission of any materials, information, data, or documents from any declaration or affidavit, the statements or content of any such declaration or affidavit, and the basis for the statements or content of any declaration or affidavit.

**REQUEST NO. 64:**

      All documents, communications, and things regarding any vasopressin product marketed prior to the first FDA approval of NDA No. 204485.

**REQUEST NO. 65:**

      All documents, communications, and things, including, without limitation, laboratory notebooks, reports, memoranda, protocols, and data, regarding any comparison between any vasopressin product marketed prior to the first FDA approval of NDA No. 204485 and any other vasopressin formulation, including, but not limited to, Vasostrict® and the subject matter of the Patents-in-Suit.

**REQUEST NO. 66:**

      All documents, communications, and things, including, without limitation, laboratory notebooks, reports, memoranda, protocols, and data, regarding any stability testing of any vasopressin formulation, including, but not limited to, Vasostrict®, the subject matter of the Patents-in-Suit, and any vasopressin formulation marketed prior to the first FDA approval of NDA No. 204485.

**REQUEST NO. 67:**

      All financial and sales projections for Vasostrict®.

**REQUEST NO. 68:**

      All documents sufficient to show the net profit earned from the sale of Vasostrict®.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Jay P. Lefkowitz, P.C.
Jeanna M. Wacker
Benjamin A. Lasky
Sam Kwon
Christopher J. Citro
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY  10022
Tel:  (212) 446-4800

Dated: November 2, 2018
5990659 / 45185

By:   */s/ Jennifer Penberthy Buckley*
      David E. Moore (#3983)
      Bindu A. Palapura (#5370)
      Stephanie E. O'Byrne (#4446)
      Jennifer Penberthy Buckley (#6264)
      Hercules Plaza, 6th Floor
      1313 N. Market Street
      Wilmington, DE  19801
      Tel:  (302) 984-6000
      dmoore@potteranderson.com
      bpalapura@potteranderson.com
      sobyrne@potteranderson.com
      jbuckley@potteranderson.com

*Attorneys for Defendant Eagle*
*Pharmaceuticals Inc.*

17