**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PAR PHARMACEUTICAL, INC., PAR STERILE PRODUCTS, LLC, and ENDO PAR INNOVATION COMPANY, LLC,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>EAGLE PHARMACEUTICALS INC.,<br><br>　　　　　Defendant. | C.A. No. 18-cv-823-CFC-JLH |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Daniel Roberts of Dechert LLP to represent Plaintiffs Par Pharmaceutical, Inc., Par Sterile Products, LLC, and Endo Par Innovation Company, LLC in this matter.

Dated: January 26, 2021

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
919 N. Market Street, 12th Floor
Wilmington, Delaware  19801
(302) 777-0300
(302) 777-0301
bfarnan@farnanlaw.com

*Attorneys for Plaintiffs*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____

_____
United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 3/25/14, I further certify that the annual fee of $25.00 has been paid ___ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted  X   to the Clerk's Office upon the filing of this motion.

Date: January 26, 2021

/s/ Daniel Roberts
Daniel Roberts
**DECHERT LLP**
Cira Centre, 2929 Arch St.
Philadelphia, PA 19104
(215) 994-2000
daniel.roberts@dechert.com