# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAR PHARMACEUTICAL, INC., PAR STERILE PRODUCTS, LLC, and ENDO PAR INNOVATION COMPANY, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> EAGLE PHARMACEUTICALS INC., <br><br> Defendant. | C.A. No. 18-823-CFC-JLH |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that true and correct copies of the following documents were caused to be served on March 10, 2021, upon the following attorneys of record as indicated below:

NON-PARTY ALBANY MOLECULAR RESEARCH INC.'S OBJECTIONS AND RESPONSES TO PLAINTIFFS' NOTICE OF DEPOSITION
(CONFIDENTIAL – PURSUANT TO PROTECTIVE ORDER)

NON-PARTY OSO BIOPHARMACEUTICALS MANUFACTURING, LLC'S OBJECTIONS AND RESPONSES TO PLAINTIFFS' NOTICE OF DEPOSITION
(CONFIDENTIAL – PURSUANT TO PROTECTIVE ORDER)

EAGLE PHARMACEUTICALS INC.'S OBJECTIONS AND RESPONSES TO PLAINTIFFS' NOTICE OF DEPOSITION
(CONFIDENTIAL – PURSUANT TO PROTECTIVE ORDER)

**VIA ELECTRONIC MAIL**

Brian E. Farnan
Michael J. Farnan
Farnan LLP
919 North Market St., 12th Floor
Wilmington, DE 19801
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Sharon K. Gagliardi
Brian M. Goldberg
Joseph J. Gribbin
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
sharon.gagliardi@dechert.com
brian.goldberg@dechert.com
joe.gribbin@dechert.com
NAEndoVasopressin@dechert.com

Robert D. Rhoad
Dechert LLP
100 Overlook Center, 2nd Floor
Princeton, NJ 08540-7814
robert.rhoad@dechert.com

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Jay P. Lefkowitz, P.C.<br>Jeanna M. Wacker<br>Benjamin A. Lasky<br>Sam Kwon<br>Christopher J. Citro<br>Matthew Lembo<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY  10022<br>Tel:  (212) 446-4800<br><br>Bryan S. Hales<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL  60654<br>Tel:  (312) 862-2000<br><br>Dated: March 11, 2021<br>7115439 / 45185 | By:  /s/ Bindu A. Palapura<br>David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>Stephanie E. O'Byrne (#4446)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE  19801<br>Tel:  (302) 984-6000<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com<br>sobyrne@potteranderson.com<br><br>*Attorneys for Defendant Eagle Pharmaceuticals Inc.* |