# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAR PHARMACEUTICAL, INC., PAR STERILE PRODUCTS, LLC, and ENDO PAR INNOVATION COMPANY, LLC, | )<br>)<br>)<br>) |
| Plaintiffs, | ) C.A. No. 18-823-CFC-JLH |
| | ) |
| v. | )<br>) |
| EAGLE PHARMACEUTICALS INC., | )<br>) |
| Defendant. | ) |

## STIPULATION FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiffs Par Pharmaceutical, Inc., Par Sterile Products, LLC and Endo Par Innovation Company, LLC and Defendant Eagle Pharmaceuticals Inc., subject to the approval of the Court, that the deadline for Defendant to file a public version of its correspondence to the Court (D.I. 246) shall be extended to June 8, 2021.

|  | Respectfully submitted, |
|---|---|
| FARNAN LLP | POTTER ANDERSON & CORROON LLP |
| By: */s/ Michael J. Farnan* <br> Brian E. Farnan (#4089) <br> Michael J. Farnan (#5165) <br> 919 North Market St. <br> 12th Floor <br> Wilmington, DE 19801 <br> Tel: 302-777-0300 <br> bfarnan@farnanlaw.com <br> mfarnan@farnanlaw.com <br><br> *Attorneys for Plaintiffs* <br><br> Dated: May 28, 2021 <br> 7214207 / 45185 | By: */s/ David E. Moore* <br> David E. Moore (#3983) <br> Bindu A. Palapura (#5370) <br> Stephanie E. O'Byrne (#4446) <br> Hercules Plaza, 6th Floor <br> 1313 N. Market Street <br> Wilmington, DE 19801 <br> Tel: (302) 984-6000 <br> dmoore@potteranderson.com <br> bpalapura@potteranderson.com <br> sobyrne@potteranderson.com <br><br> *Attorneys for Defendant* |

2

IT IS SO ORDERED this ___ day of May, 2021.

                                                                        _____
                                                                              United States District Judge