# EXHIBIT B

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAR PHARMACEUTICAL, INC., PAR STERILE PRODUCTS, LLC, and ENDO PAR INNOVATION COMPANY, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> EAGLE PHARMACEUTICALS INC., <br><br> Defendant. | C.A. No. 18-823-CFC-JLH |

## LETTER TO THE HONORABLE COLM F. CONNOLLY
## FROM DAVID E. MOORE, ESQUIRE

OF COUNSEL:

Jay P. Lefkowitz, P.C.
Jeanna M. Wacker
Benjamin A. Lasky
Sam Kwon
Christopher J. Citro
Matthew Lembo
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY  10022
Tel:  (212) 446-4800

Bryan S. Hales
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL  60654
Tel:  (312) 862-2000

Dated: May 25, 2021
7210384 / 45185

David E. Moore (#3983)
Bindu A. Palapura (#5370)
Stephanie E. O'Byrne (#4446)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19801
Tel:  (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
sobyrne@potteranderson.com

*Attorneys for Defendant Eagle Pharmaceuticals Inc.*



1313 North Market Street
P.O. Box 951
Wilmington, DE 19801- 0951
302 984 6000
www.potteranderson.com

David E. Moore
Partner
Attorney at Law
dmoore@potteranderson.com
302 984-6147 Direct Phone
302 658-1192 Firm Fax

May 25, 2021

**VIA ELECTRONIC FILING**
The Honorable Colm F. Connolly
United States District Judge
J. Caleb Boggs Federal Building
844 N. King Street
Unit 31, Room 4124
Wilmington, DE 19801-3555

Re:   *Par Pharm., Inc. v. Eagle Pharm., Inc.*, C.A. No. 18-823-CFC

Dear Judge Connolly:

This firm, together with Kirkland & Ellis LLP, represents Defendant Eagle Pharmaceuticals, Inc. ("Eagle") in the above-captioned matter. We write to apprise the Court of the status of the parties' trial preparations in response to Par's May 24, 2021 letter.

As Par acknowledges, the supplemental fact discovery is now complete, Par served a supplemental expert report on May 12, and Eagle will serve a responsive expert report this week. The parties will then be fully ready to proceed to trial in this important matter as scheduled on July 7. Counsel for the parties conferred on May 24, 2021 and agree that this case is trial ready.

The status of Eagle's ANDA does not impact trial-readiness. The narrow issues in the FDA's ▇▇▇▇▇▇▇ CRL do not bear on the legal case before the Court, and Par has not suggested otherwise. Eagle has diligently worked to prepare its response to the CRL and anticipates submitting it by mid-June. Because vasopressin has been both prioritized at the FDA and flagged as a COVID priority, Eagle believes the FDA will review Eagle's reply on an accelerated timeline, like it did with Eagle's last submission, which the FDA responded to in four months.

Eagle believes its response will fully address the FDA's questions and is hopeful that this important generic product will be approved before the end of the

The Honorable Colm F. Connolly
May 25, 2021
Page 2

year.  We look forward to the opportunity to present Eagle's case to the Court as scheduled.

Respectfully,

*/s/ David E. Moore*

David E. Moore

DEM:nmt/7210384/45185

cc:   Clerk of the Court (via hand delivery)
      Counsel of Record (via electronic mail)