# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAR PHARMACEUTICAL, INC., ) <br> PAR STERILE PRODUCTS, LLC, and ) <br> ENDO PAR INNOVATION ) <br> COMPANY, LLC, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> EAGLE PHARMACEUTICALS INC., ) <br> ) <br> Defendant. ) | C.A. No. 18-823-CFC |

## [PROPOSED] O R D E R

The Court having reviewed Defendant's May 25 Letter (D.I. 246) regarding its proposed redactions along with the supporting Declaration of David Pernock, and cause for these redactions having been shown,

IT IS HEREBY ORDERED that Defendant's request is GRANTED and the redacted version of the May 25 Letter filed as Exhibit B on June 8, 2021 will serve as the official public version of the May 25 Letter.

_____
United States District Judge

7221833