# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAR PHARMACEUTICAL, INC., PAR STERILE PRODUCTS, LLC, and ENDO PAR INNOVATION COMPANY, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> EAGLE PHARMACEUTICALS INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 18-823-CFC-JLH |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the following document was caused to be served on June 29, 2021, upon the following attorneys of record as indicated below:

EXPERT REPORT OF KINAM PARK, PH.D. IN RESPONSE TO LEE KIRSCH PH.D.'S JUNE 24, 2021 REPORT (CONFIDENTIAL – PURSUANT TO PROTECTIVE ORDER)

**VIA ELECTRONIC MAIL**

Brian E. Farnan
Michael J. Farnan
Farnan LLP
919 North Market St., 12th Floor
Wilmington, DE 19801
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Sharon K. Gagliardi
Brian M. Goldberg
Joseph J. Gribbin
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
sharon.gagliardi@dechert.com
brian.goldberg@dechert.com
joe.gribbin@dechert.com
NAEndoVasopressin@dechert.com

Robert D. Rhoad
Dechert LLP
100 Overlook Center, 2nd Floor
Princeton, NJ 08540-7814
robert.rhoad@dechert.com

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Jay P. Lefkowitz, P.C.<br>Jeanna M. Wacker<br>Benjamin A. Lasky<br>Sam Kwon<br>Christopher J. Citro<br>Matthew Lembo<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY  10022<br>Tel:  (212) 446-4800<br><br>Bryan S. Hales<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL  60654<br>Tel:  (312) 862-2000<br><br>Dated: June 29, 2021<br>7281613 / 45185 | By:  */s/ Bindu A. Palapura*<br>David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>Stephanie E. O'Byrne (#4446)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE  19801<br>Tel:  (302) 984-6000<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com<br>sobyrne@potteranderson.com<br><br>*Attorneys for Defendant Eagle Pharmaceuticals Inc.* |