# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAR PHARMACEUTICAL, INC., PAR STERILE PRODUCTS, LLC, and ENDO PAR INNOVATION COMPANY, LLC, <br><br>　　　　　　Plaintiffs, <br><br>　　v. <br><br>EAGLE PHARMACEUTICALS INC., <br><br>　　　　　　Defendant. | C.A. No. 18-823-CFC |

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATION

The undersigned counsel certifies that this filing complies with the type, font, and word limitations set forth in the Court's November 6, 2019 Standing Order and the April 9, 2020 Oral Order. According to the word processing system used to prepare it, the forgoing document contains 7,487 words, excluding the letterhead and signature block. The text of this document, including footnotes, was prepared in Times New Roman, 14 point.

| | |
|---|---|
| Dated: July 28, 2021 | Respectfully submitted, |
| | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: | |
| | By: */s/ David E. Moore* |
| Jay P. Lefkowitz, P.C. | David E. Moore (#3983) |
| Jeanna M. Wacker | Bindu A. Palapura (#5370) |
| Benjamin A. Lasky | Stephanie E. O'Byrne (#4446) |
| Sam Kwon | Hercules Plaza, 6th Floor |
| Matthew Lembo | 1313 N. Market Street |
| KIRKLAND & ELLIS LLP | Wilmington, DE 19801 |
| 601 Lexington Avenue | Tel: (302) 984-6000 |
| New York, NY 10022 | dmoore@potteranderson.com |
| Tel: (212) 446-4800 | bpalapura@potteranderson.com |
| | sobyrne@potteranderson.com |
| Bryan S. Hales | |
| KIRKLAND & ELLIS LLP | *Attorneys for Defendant Eagle* |
| 300 North LaSalle | *Pharmaceuticals Inc.* |
| Chicago, IL 60654 | |
| Tel: (312) 862-2000 | |