IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAR PHARMACEUTICAL, INC., PAR STERILE PRODUCTS, LLC, and ENDO PAR INNOVATION COMPANY, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> EAGLE PHARMACEUTICALS INC., <br><br> Defendant. | Civil Action No. 18-0823-CFC-JLH |

## ORDER

At Wilmington this 31st day of August in 2021:

For the reasons set forth in the Memorandum Opinion issued this day, **IT IS HEREBY ORDERED** that the parties shall submit no later than September 10, 2021 a proposed order by which the Court may enter final judgment consistent with the Opinion issued this day.

_____
CHIEF JUDGE