## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PAR PHARMACEUTICAL, INC.,<br>PAR STERILE PRODUCTS, LLC, and<br>ENDO PAR INNOVATION<br>COMPANY, LLC, | )<br>)<br>)<br>) | |
| | ) | C.A. No. 18-823-CFC-JLH |
| Plaintiffs, | )<br>) | **PUBLIC VERSION** |
| v. | )<br>) | |
| EAGLE PHARMACEUTICALS INC., | )<br>) | |
| Defendant. | )<br>) | |

## LETTER TO THE HONORABLE COLM F. CONNOLLY
## FROM DAVID E. MOORE

OF COUNSEL:

Jay P. Lefkowitz, P.C.
Jeanna M. Wacker
Benjamin A. Lasky
Sam Kwon
Christopher J. Citro
Matthew Lembo
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-4800

Bryan S. Hales
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Tel: (312) 862-2000

Dated: December 9, 2021
Public Version: December 10, 2021
7515320/ 45185

David E. Moore (#3983)
Bindu A. Palapura (#5370)
Stephanie E. O'Byrne (#4446)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
sobyrne@potteranderson.com

*Attorneys for Defendant Eagle
Pharmaceuticals Inc.*



1313 North Market Street
P.O. Box 951
Wilmington, DE 19801- 0951
302 984 6000
www.potteranderson.com

David E. Moore
Partner
dmoore@potteranderson.com
302 984-6147 Direct Phone
302 658-1192 Firm Fax

December 9, 2021 (Public Version Dated:  December 10, 2021)

**VIA ELECTRONIC FILING**                                    **PUBLIC VERSION**
The Honorable Colm F. Connolly
United States District Judge
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3555

Re:     *Par Pharm., Inc. v. Eagle Pharm., Inc*., C.A. No. 18-823-CFC-JLH

Dear Chief Judge Connolly:

We write to inform the Court of time-sensitive motion practice that may begin shortly.

As the Court may recall, the deadline for the FDA to respond to Eagle's ANDA is December 15, 2021.  While there can be no guarantee, Eagle does expect the FDA to approve its ANDA, and has publicly indicated it plans to launch reasonably soon after approval.

Par had previously indicated to the Court and Eagle that it would pursue injunctive relief to prevent Eagle from launching.  Eagle expected that Par would have already made such a filing, and contacted Par on December 2, 2021 to see if Par planned to do so, and if so, discuss a schedule to try to do so in as prompt and orderly a fashion as possible.  Par confirmed that it plans to seek to enjoin Eagle's launch.  Although the parties are continuing to discuss the process, Eagle believes that Par should make any filings as soon as possible so the process can begin, and in the meantime, felt it prudent to alert the Court to this possibility now to mitigate an already complex scheduling scenario next week.

We are available to discuss these matters at the Court's convenience.

Respectfully,

*/s/ David E. Moore*

David E. Moore

The Honorable Colm F. Connolly
December 9, 2021 (Public Version Dated:  December 10, 2021)
Page 2


DEM:nmt/7515320/45185

cc:     Clerk of the Court (via hand delivery)
        Counsel of Record (via electronic mail)