

**WILMINGTON**
RODNEY SQUARE

**NEW YORK**
ROCKEFELLER CENTER

**Anne Shea Gaza**
P 302.571.6727
F 302.576.3439
agaza@ycst.com

December 16, 2021

**VIA CM/ECF AND HAND DELIVERY**

The Honorable Colm F. Connolly
United States District Court
for the District of Delaware
844 N. King Street
Wilmington, DE 19801

    Re: *Par Pharmaceutical, Inc., et al. v. Eagle Pharmaceuticals Inc.*,
        C.A. No. 18-823-CFC-JLH

Dear Judge Connolly:

    I write on behalf of the Amneal defendants in a related action brought by Par ("Amneal Action").[1]  Amneal understands that the Court has scheduled a teleconference in the above-captioned action for Friday, December 17, 2021, at 11:00 a.m. to address Par's emergency motion for injunctive relief against Eagle (D.I. 313) ("PI Motion").  Amneal respectfully requests the opportunity to attend the teleconference.

    Although Par's briefing is not yet publicly available, Amneal believes that briefing and/or argument in connection with the PI Motion may impact the related case Par filed against Amneal, particularly its pending Motion for Leave to File a Motion for Summary Judgment of Non-Infringement (Amneal Action, D.I. 309).  *See also* Amneal's December 16, 2021 Notice of Related Proceeding and Subsequent Developments (Amneal Action, D.I. 321).

---

[1] *Par Pharmaceutical, Inc., et al. v. Amneal Pharmaceuticals of New York, LLC, et al.*, C.A. No. 18-2032-CFC-CJB (Cons.).

Young Conaway Stargatt & Taylor, LLP
The Honorable Colm F. Connolly
December 16, 2021
Page 2

  Should the Court grant Amneal's request, Amneal will promptly coordinate with Par and Eagle regarding the logistics for its attendance at the hearing. Given the public nature of the FDA's approval of Eagle's vasopressin ANDA and Eagle's launch plans, Amneal does not anticipate there will be any insurmountable confidentiality concerns even though Par filed under seal all of its briefing and declarations in support of its PI Motion. Eagle Press Release, Ex. A at 1.

  Should Your Honor have any questions or concerns regarding the foregoing, counsel for the Amneal defendants are available at the Court's convenience.

            Respectfully,

            */s/ Anne Shea Gaza*

            Anne Shea Gaza (No. 4093)

Enclosure (Eagle Press Release, Exhibit A)

cc: All Counsel of Record (via electronic mail)

28919993.1