

1313 North Market Street
P.O. Box 951
Wilmington, DE 19801-0951
302 984 6000
www.potteranderson.com

David E. Moore
Partner
dmoore@potteranderson.com
302 984-6147 Direct Phone
302 658-1192 Firm Fax

December 16, 2021

**VIA ELECTRONIC FILING**
The Honorable Colm F. Connolly
United States District Judge
J. Caleb Boggs Federal Building
844 N. King Street
Unit 31, Room 4124
Wilmington, DE 19801-3555

    Re:    *Par Pharm., Inc. v. Eagle Pharm., Inc.*, C.A. No. 18-823-CFC-JLH

Dear Chief Judge Connolly:

    Eagle respectfully objects to Amneal's request (D.I. 310) for leave to attend tomorrow's teleconference regarding Par's emergency motion for injunctive relief against Eagle.

    Contrary to Amneal's speculation, Eagle expects that issues discussed during tomorrow's teleconference will implicate Eagle's confidential information, such as Eagle's launch plans and other commercially sensitive information. Although Eagle cooperated with Amneal at trial with respect to their common invalidity and unenforceability positions, as ordered by the Court, Amneal and Eagle are direct competitors in the market for generic vasopressin, and disclosure of Eagle's confidential and proprietary information to Amneal would cause Eagle commercial harm. Amneal's attendance on tomorrow's teleconference will prevent a full and fair discussion of information relevant to Par's motion.

    Any tangential relevance to Amneal's pending Motion for Leave to File a Motion for Summary Judgment of Non-Infringement does not outweigh this potential harm to Eagle and can be addressed in less prejudicial ways. Indeed, to the extent the merits of the parties' positions on infringement will be discussed during the teleconference, Amneal will have an opportunity to learn the parties' respective positions when redacted briefs are filed in accordance with the Local Rules.

    For these reasons, Eagle respectfully requests that the Court deny Amneal's request to attend tomorrow's teleconference.

The Honorable Colm F. Connolly
December 16, 2021
Page 2

                                             Respectfully,

                                             */s/ David E. Moore*

                                             David E. Moore

BAP:nmt/7522192/45185

cc:    Clerk of the Court (via hand delivery)
        Counsel of Record (via electronic mail)