# EXHIBIT A



ABOUT          PRODUCTS          PIPELINE          IMPACT          INVESTORS          CAREERS          CONTACT US

## NEWS DETAILS

## VIEW ALL NEWS

### Eagle Pharmaceuticals Receives FDA Approval for Vasopressin

12/15/2021

    

— Company is first to file an ANDA referencing Vasostrict®, which had total U.S. sales of $786 million in 2020 --

WOODCLIFF LAKE, N.J.--(BUSINESS WIRE)-- Eagle Pharmaceuticals, Inc. (Nasdaq: EGRX) ("Eagle" or the "Company") today announced that the U.S. Food and Drug Administration ("FDA") has approved the Company's abbreviated new drug application ("ANDA") for vasopressin. This approval follows the recent U.S. District Court for the District of Delaware decision holding that Eagle's proposed vasopressin product does not infringe any of the patents Par Pharmaceutical, Inc. et al. asserted against the Company.

"We expect vasopressin to be a significant addition to our hospital and critical care portfolio, and we are delighted to now have final FDA approval for our A-rated, therapeutic equivalent product. We also anticipate 180-day marketing exclusivity. This is an important product for us, and a much-needed generic alternative to Vasostrict® for providers and patients. We are implementing our launch plans to bring vasopressin to market," stated Scott Tarriff, President and Chief Executive Officer of Eagle.

**NASDAQ: EGRX**

# $45.50

**Change %** -1.16

**Volume** 86,329

**Data as of 12/15/2021 1:40 PM**

**Minimum 20 minute delay.**

Investor Center Home

Press Releases

Corporate Governance

Stock Information

SEC Filings

Events & Presentations

Analyst Coverage

Investor FAQs

Search

 REQUEST A MEETING WITH MANAGEMENT          ✕

## About Eagle Pharmaceuticals, Inc.

Eagle is a fully integrated pharmaceutical company with research and development, clinical, manufacturing and commercial expertise. Eagle is committed to developing innovative medicines that result in meaningful improvements in patients' lives. Eagle's commercialized products include RYANODEX®, BENDEKA®, BELRAPZO®, and its oncology and CNS/metabolic critical care pipeline includes product candidates with the potential to address underserved therapeutic areas across multiple disease states. Additional information is available on Eagle's website at www.eagleus.com.

## Forward-Looking Statements

This press release contains "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995, as amended, and other securities law. Forward-looking statements are statements that are not historical facts. Words and phrases such as "anticipated," "forward," "will," "would," "may," "remain," "potential," "prepare," "expected," "believe," "plan," "near future," "belief," "guidance," and similar expressions are intended to identify forward-looking statements. These statements include, but are not limited to, the Company's ability to obtain and maintain regulatory approval of its products and product candidates, including the ANDA for vasopressin; whether or not Par Pharmaceutical, Inc. will appeal the court's ruling or the outcome of any such appeal; the timing and progress of the Company's potential launch of vasopressin; the ability of the Company to successfully commercialize vasopressin; the ability of vasopressin to benefit providers and patients as an alternative to Vasostrict; the period of marketing exclusivity for vasopressin; and the ability of the Company's product candidates, including vasopressin, to deliver value to stockholders. All of such statements are subject to certain risks and uncertainties, many of which are difficult to predict and generally beyond the Company's control, that could cause actual results to differ materially from those expressed in, or implied or projected by, the forward-looking information and statements. Such risks and uncertainties include, but are not limited to: the impacts of the ongoing COVID-19 pandemic, including interruptions or other adverse effects on clinical trials and delays in regulatory review or further disruption or delay of any pending or future litigation; delay in or failure to obtain regulatory approval of the Company's product candidates and successful compliance with FDA, European Medicines Agency and other governmental regulations applicable to product approvals; the outcome of litigation involving any of its products or that may have an impact on any of its products; the strength and enforceability of the Company's intellectual property rights or the rights of third parties; the risks inherent in drug development and in conducting clinical trials; and those risks and uncertainties identified in the "Risk Factors" section of the Company's Annual Report on Form 10-K for the year ended December 31, 2020 filed with the Securities and Exchange Commission (the "SEC") on March 5, 2021, as updated by the Co

**Email Alerts**

**RSS Feeds**

**Investor Contact**

In-Site Communications, Inc.
Lisa M. Wilson,
212-452-2793

For all other media inquiries, please contact us.

REQUEST A MEETING WITH MANAGEMENT

Quarterly Reports on Form 10-Q for the quarters ended March 31, 2021, June 30, 2021 and September 30, 2021 filed with

the SEC on May 10, 2021, August 9, 2021 and November 9, 2021, respectively, and its other subsequent filings with the

SEC. All forward-looking statements contained in this press release speak only as of the date on which they were made.

Except to the extent required by law, the Company undertakes no obligation to update such statements to reflect events

that occur or circumstances that exist after the date on which they were made.

**Investor Relations for Eagle Pharmaceuticals, Inc.:**

Lisa M. Wilson

In-Site Communications, Inc.

T: 212-452-2793

E: lwilson@insitecony.com

Source: Eagle Pharmaceuticals, Inc.

**VIEW ALL NEWS**



PRIVACY POLICY      TERMS OF USE      SITEMAP      CONTACT US

© 2021 Eagle Pharmaceuticals, Inc. All rights reserved. Woodcliff Lake, NJ 07677
Powered By Q4 Inc. 5.66.0.1

✕

REQUEST A MEETING WITH MANAGEMENT

# EXHIBIT B

## Redacted in Its Entirety

# EXHIBIT C



**S&P Global**
Ratings

Credit Research

Research Update:

# Endo International PLC Downgraded To 'CCC+' From 'B-' On Vasostrict Trial Outcome; Outlook Negative

**September 2, 2021**

## Rating Action Overview

- The U.S. District Court for the District of Delaware recently ruled that Eagle Pharmaceutical Inc.'s abbreviated new drug application does not infringe on Endo International PLC's patent on its top drug Vasostrict.

- We now expect Eagle to launch its generic of Vasostrict by early 2022, and we are lowering our expectation for Vasostrict's revenue to about $500 million in 2022, which is $286 million lower than in 2020.

- We expect adjusted gross debt to EBITDA of about 9x in 2022, a level we believe is likely unsustainable given our expectation for significant liabilities from opioid-related litigation to absorb most of the $1.5 billion of balance sheet cash.

- We lowered our long-term issuer credit rating on Endo to 'CCC+' from 'B-' and removed the rating from CreditWatch, where we placed it with negative implications on Aug. 25, 2021. The outlook is negative.

- The negative outlook reflects the potential for an event of default within the next 12 months stemming from opioid-related litigation or the possibility of a distressed exchange.

## Rating Action Rationale

**Our downgrade of Endo reflects our expectation for weakening credit metrics in 2022 and 2023 from Eagle's launch of a generic Vasostrict, raising adjusted gross debt to EBITDA to above 9x from the high 7x area and leading us to believe the capital structure is likely unsustainable.** Although we think Endo can still generate positive cash flow at 9x leverage, we expect the company's opioid-related litigation to result in significant incremental liabilities, absorbing the majority of the company's $1.5 billion of cash on hand. We think the company's ability to deleverage over time is constrained by its narrow product pipeline, and we expect the lower operating cash flow and potential opioid-related liabilities to constrain the company's ability to invest in the pipeline. In addition, we think its research and development (R&D) budget of about 5% of revenue is alone insufficient to replace the inevitable revenue declines of its existing

PRIMARY CREDIT ANALYST

**Matthew D Todd, CFA**
New York
+ 1 (212) 438 2309
matthew.todd
@spglobal.com

SECONDARY CONTACTS

**David A Kaplan, CFA**
New York
+ 1 (212) 438 5649
david.a.kaplan
@spglobal.com

**Arthur C Wong**
Toronto
+ 1 (416) 507 2561
arthur.wong
@spglobal.com

products (industry average R&D spending is about 15% of revenue).

**We expect Eagle's launch of a generic to be the first of several competitors, and we believe that Endo's revenue from Vasostrict will continue to deteriorate after 2022.** Eagle has consistently stated that it plans to launch its product when approved by the U.S. Food and Drug Administration (FDA) (FDA response deadline is Dec. 15, 2021), and we believe that the trial win increases that probability, even if Endo appeals. We believe that the recent trial's ruling, which said Eagle did not infringe on Endo's patents, provides a blueprint for additional generic entrants in 2023-2024 that will further reduce Endo's revenue from Vasostrict. We do not think generic entrants need to invalidate Endo's patents to safely enter the market.

**We now expect about $500 million of revenue from Vasostrict in 2022, down from about $786 million in 2020 (the product had $421 million of revenue in the first six months of 2021).** About $100 million of the revenue decline in 2022 is our expectation for lower volume commensurate with fewer COVID-19 cases (the product is used in intensive care units). From the launch of Eagle's generic of Vasostrict, we assume a revenue decline of about $150 million from 10% lower volume and 15% lower price, which we view as a modestly aggressive generic entrance. We expect Endo to generate adjusted EBITDA of about $900 million in 2022, about $150 million lower than our estimate for 2021, assuming the company has minimal ability to cut costs beyond current plans.

**Our ratings reflect the expectation for significant litigation liabilities from the company's past marketing of opioid products.** There are ongoing opioid-related trials in California and New York, and Endo did not settle ahead of the trials, suggesting significant distance in negotiations between plaintiffs and defendants. Although the outcome of the trials is highly uncertain, the courts could assess a very substantial monetary judgment if Endo is found liable, especially since the lawsuit in California alone is seeking $50 billion from Endo, Johnson & Johnson, Teva, and AbbVie. For context, the opioid public nuisance trial in Oklahoma found Johnson & Johnson liable and assessed a $465 million judgment. Endo settled that case for a modest $8.75 million, but we do not believe the settlement can be extrapolated to other cases.

Endo is also seeking to resolve the opioid-related claims via a global settlement, but there are several uncertainties, including the ultimate amount, timeline, and number of plaintiffs who will agree to it.

Endo marketed opioid products, including Opana ER, until 2016. Endo voluntarily removed Opana ER from the market in 2017, following an FDA request because of concern the drug's risks outweigh its benefit, including its potential for misuse and abuse. It continues to sell certain opioid products, including Percocet, but does not promote these products.

## Outlook

The negative outlook reflects the potential for an event of default within the next 12 months, stemming from opioid-related litigation or the possibility of a distressed exchange.

## Downside scenario

We could consider a lower rating on Endo if we concluded opioid-related liabilities would likely exceed the $1.5 billion in cash balances.

Alternatively, we could consider a lower rating if we concluded that a distressed debt exchange

2715442 | 300128896

were likely in the near term.

## Upside scenario

We could consider revising the outlook to stable if we believed Endo would be able to resolve all of its opioid litigation for less than $1 billion, allowing for significant cash to invest in its product pipeline. This would increase the potential for the company to remain viable over the longer term.

## Company Description

Endo is a specialty branded and generics pharmaceutical company headquartered in Dublin. The company primarily markets patented, branded generic, and generic drugs in the U.S. (an estimated 97% of 2020 revenue), with a small international presence, primarily in Canada. Endo operates through four business segments: Branded Pharmaceuticals, Sterile Injectables, Generic Pharmaceuticals, and International Pharmaceuticals. Its largest products include Xiaflex and Vasostrict. In 2021, it launched QWO, the first FDA-approved injectable for moderate to severe cellulite in the buttocks of adult women.

Endo acquired Par Pharmaceutical Holdings Inc. and Auxilium Pharmaceuticals Inc. in 2015 for a total of about $10.7 billion.

## Our Base-Case Scenario

- In 2021, revenue declines in the low- to mid-single-digit percentages, primarily from lower generics and sterile injectables revenue (including from Vasostrict and Adrenalin).

- In 2022, revenue declines of about 10%, down from our previous expectation for flattish revenue due to expected competition for Vasostrict.

- We expect branded specialty and established products revenue growth in the high-single-digit percentages for 2021, with Xiaflex growth more than offsetting declines in established products. In this segment, we expect double-digit percent revenue growth in 2022 and 2023.

- Sterile injectables revenue to decline in the high-single-digit percentages in 2021 from competition for Adrenalin and lower Vasostrict volume. We expect sterile injectable revenue to decline about 25% in 2022 from competition to Vasostrict and Adrenalin.

- Generics revenue decline in the 25%-30% range in 2021 and double-digit declines in 2022 and 2023.

- International revenue declines in the high-single digits in 2021-2023.

- In 2021, adjusted EBITDA of about $1.1 billion and margins of about 40% in 2021 as higher gross margins from favorable product mix are more than offset by higher sales, general and administrative (investment in the launch of QWO).

- In 2022, adjusted EBITDA of about $900 million and margins of about 38%, primarily driven by lower revenue from Vasostrict and a limited ability to cut costs beyond current plans.

- Adjusted EBITDA of $850 million in 2023 assuming incremental competition to Vasostrict.

- Litigation settlement payments from unrestricted cash of about $280 million in 2021 and a much lower amount in 2022, primarily related to pelvic mesh.

- Our base case forecast does not include an explicit estimate for opioid litigation liabilities, but

2715442 | 300128896

we do incorporate the substantial cash balance as a cushion to a potential liability, and we burden EBITDA with ongoing legal expenses.

Our base case projections are for adjusted gross debt to EBITDA of 7.5x-8.0x in 2021, 9.0x-9.5x 2022, and 9.5x-10x in 2023. Endo has a significant cash balance, but we expect the company to use it primarily for litigation and business development, rather than debt repayment.

Outperformance of Xiaflex and QWO and better-than-expected cost management are sources of upside to our projections.

## Liquidity

We view Endo's liquidity as less than adequate, reflecting the company's limited ability to borrow more bank debt given litigation uncertainty and a tight covenant cushion, which limits access to the revolving credit facility. We also think it has a strained reputation in the credit markets, as demonstrated by the current yield of its debt.

We believe Endo's sources of capital will substantially exceed uses because Endo has substantial cash on hand and does not have any substantial debt maturities until 2026. We do not believe that Endo could absorb a low-probability, high-impact events without refinancing because of expected litigation liabilities that could pressure liquidity. We believe Endo is generally prudent in its liquidity risk management, given its preemptive draw on its revolving credit facility ahead of any negative outcomes from litigation.

Principal liquidity sources:

- Cash on hand of about $1.545 billion as of June 30, 2021

- Limited capacity on its revolving credit facility given covenants; and

- Cash funds from operations of about $420 million over the next 12 months.

Principal liquidity uses:

- Litigation settlement payments of about $280 million in the next 12 months;

- Debt maturities of about $223 million over the next twelve months;

- Annual term loan amortization of $20 million;

- Working-capital outflows of about $0 to $30 million annually; and

- Capital expenditures of about $100 million annually.

## Covenants

We believe Endo will maintain less than a 15% covenant cushion on its 4.5x senior secured net debt to EBITDA covenant, which springs when more than 30% of its $1 billion revolver is drawn. This limits the company's access to the revolver.

## Issue Ratings - Recovery Analysis

## Key analytical factors

- Endo's capital structure consists of a $1 billion first-lien secured revolver (assumed 85% drawn at default with an interest rate of LIBOR plus 500 basis points) maturing in three tranches in 2022, 2024, and 2026, a $2 billion first-lien secured term loan B due in 2028, about $3.31 billion of first-lien secured notes maturing 2027 and 2029, $940 million of second-lien secured notes, and about $1.52 billion of unsecured notes with the most significant maturity in 2028.

- We expect Endo's EBITDA would need to decline approximately 25% from our 2021 estimate for the company to default. This would likely stem from competition to Vasostrict, slower-than-expected growth of Xiaflex and Qwo, revenue declines in other products, and high legal expenses.

- Our recovery analysis does not explicitly contemplate a specific amount of legal liabilities related to Endo's sales of opioids because the amount of future liabilities is highly uncertain. Significant litigation liabilities could lead to a scenario with greater unsecured liabilities, forcing the company to default with a higher enterprise value, potentially resulting in higher recovery rates than described below.

- We believe Endo would reorganize in the event of a default because of the strength of its intellectual property--including its patented drugs and generic drug approvals--as well as its organizational development, manufacturing, and marketing expertise.

- We use an enterprise-value methodology to evaluate Endo's recovery prospects. We value the company on a going-concern basis using a 6x multiple of our projected EBITDA at emergence from default, consistent with the multiples we use for similar generic and specialty pharmaceutical companies.

## Simulated default assumptions

- Simulated year of default: 2022

- EBITDA at emergence: $828 million

- EBITDA multiple: 6x

- Gross enterprise value at emergence: $4.968 billion

## Simplified waterfall

- Net enterprise value (after 5% administrative costs): $4.72 billion

- Valuation split (obligors/nonobligors): 96%/4%

- Collateral value available to secured creditors: $4.654 billion

- Secured first-lien debt: $6.681 billion

- --Recovery expectations: 70%-90% (rounded estimate: 70%)

- Total value available to second-lien debt: $0 billion

- Second-lien debt: $985 million

- --Recovery expectations: 0%-10% (rounded estimate: 0%)

- Total value available to unsecured debt: $66 million

- Unsecured debt: $1.571 billion

- Pari passu secured deficiency claims: $3.013 billion

- --Recovery expectations: 0%-10% (rounded estimate: 0%)

Note: All debt amounts include six months of prepetition interest.

## Related Criteria

- General Criteria: Group Rating Methodology, July 1, 2019

- Criteria | Corporates | General: Corporate Methodology: Ratios And Adjustments, April 1, 2019

- General Criteria: Methodology For Linking Long-Term And Short-Term Ratings, April 7, 2017

- Criteria | Corporates | General: Recovery Rating Criteria For Speculative-Grade Corporate Issuers, Dec. 7, 2016

- Criteria | Corporates | General: Methodology And Assumptions: Liquidity Descriptors For Global Corporate Issuers, Dec. 16, 2014

- Criteria | Corporates | Industrials: Key Credit Factors For The Pharmaceutical Industry, April 8, 2014

- General Criteria: Methodology: Industry Risk, Nov. 19, 2013

- Criteria | Corporates | General: Corporate Methodology, Nov. 19, 2013

- General Criteria: Country Risk Assessment Methodology And Assumptions, Nov. 19, 2013

- General Criteria: Methodology: Management And Governance Credit Factors For Corporate Entities, Nov. 13, 2012

- General Criteria: Criteria For Assigning 'CCC+', 'CCC', 'CCC-', And 'CC' Ratings, Oct. 1, 2012

- General Criteria: Principles Of Credit Ratings, Feb. 16, 2011

## Ratings List

**Downgraded; Off CreditWatch; Outlook Action**

| | To | From |
|---|---|---|
| **Endo International PLC** | | |
| Issuer Credit Rating | CCC+/Negative/-- | B-/Watch Neg/-- |
| **Endo Designated Activity Co.** | | |
| **Endo LLC** | | |
| **Endo Luxembourg Finance Co. S.a.r.l** | | |
| **Par Pharmaceutical Inc.** | | |
| **Endo Finco Inc.** | | |
| Senior Secured | B- | B/Watch Neg |
| Recovery Rating | 2(70%) | 2(70%) |

**Research Update: Endo International PLC Downgraded To 'CCC+' From 'B-' On Vasostrict Trial Outcome; Outlook Negative**

**Downgraded; Off CreditWatch; Outlook Action**

|  | To | From |
|---|---|---|
| **Endo Designated Activity Co.** | | |
| **Endo Finance LLC** | | |
| **Endo Finco Inc.** | | |
| 2nd-Lien Senior Secured | CCC- | CCC/Watch Neg |
| Recovery Rating | 6(0%) | 6(0%) |
| **Endo International PLC** | | |
| **Endo Designated Activity Co.** | | |
| **Endo Finance LLC** | | |
| **Endo Finco Inc.** | | |
| Senior Unsecured | CCC- | CCC/Watch Neg |
| Recovery Rating | 6(0%) | 6(0%) |

Certain terms used in this report, particularly certain adjectives used to express our view on rating relevant factors, have specific meanings ascribed to them in our criteria, and should therefore be read in conjunction with such criteria. Please see Ratings Criteria at www.standardandpoors.com for further information. Complete ratings information is available to subscribers of RatingsDirect at www.capitaliq.com. All ratings affected by this rating action can be found on S&P Global Ratings' public website at www.standardandpoors.com. Use the Ratings search box located in the left column.

Research Update: Endo International PLC Downgraded To 'CCC+' From 'B-' On Vasostrict Trial Outcome; Outlook Negative

Copyright © 2021 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

No content (including ratings, credit-related analyses and data, valuations, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of Standard & Poor's Financial Services LLC or its affiliates (collectively, S&P). The Content shall not be used for any unlawful or unauthorized purposes. S&P and any third-party providers, as well as their directors, officers, shareholders, employees or agents (collectively S&P Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Parties are not responsible for any errors or omissions (negligent or otherwise), regardless of the cause, for the results obtained from the use of the Content, or for the security or maintenance of any data input by the user. The Content is provided on an "as is" basis. S&P PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED, OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages.

Credit-related and other analyses, including ratings, and statements in the Content are statements of opinion as of the date they are expressed and not statements of fact. S&P's opinions, analyses, and rating acknowledgment decisions (described below) are not recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P does not act as a fiduciary or an investment advisor except where registered as such. While S&P has obtained information from sources it believes to be reliable, S&P does not perform an audit and undertakes no duty of due diligence or independent verification of any information it receives. Rating-related publications may be published for a variety of reasons that are not necessarily dependent on action by rating committees, including, but not limited to, the publication of a periodic update on a credit rating and related analyses.

To the extent that regulatory authorities allow a rating agency to acknowledge in one jurisdiction a rating issued in another jurisdiction for certain regulatory purposes, S&P reserves the right to assign, withdraw, or suspend such acknowledgment at any time and in its sole discretion. S&P Parties disclaim any duty whatsoever arising out of the assignment, withdrawal, or suspension of an acknowledgment as well as any liability for any damage alleged to have been suffered on account thereof.

S&P keeps certain activities of its business units separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain business units of S&P may have information that is not available to other S&P business units. S&P has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P reserves the right to disseminate its opinions and analyses. S&P's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription) and www.spcapitaliq.com (subscription) and may be distributed through other means, including via S&P publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.

STANDARD & POOR'S, S&P and RATINGSDIRECT are registered trademarks of Standard & Poor's Financial Services LLC.

# EXHIBIT D



## Rating Action: **Moody's downgrades Endo's CFR to Caa1; outlook negative**

**Global Credit Research - 25 Aug 2021**

New York, August 25, 2021 -- Moody's Investors Service ("Moody's") downgraded the ratings of Endo Luxembourg Finance I Company S.à.r.l., and other subsidiaries of Endo International plc (together, "Endo"). The Corporate Family Rating was downgraded to Caa1 from B3 and the Probability of Default Rating was downgraded to Caa1-PD from B3-PD. Moody's also downgraded the ratings on the company's senior secured debt to B3 from B2, and the unsecured ratings to Caa3 from Caa2. Moody's affirmed the secured 2nd Lien Regular Bond/Debenture, at Caa2. There is no change to the SGL-3 Speculative Grade Liquidity Rating. At the same time, Moody's revised the rating outlook to negative from stable.

The rating downgrades reflect Moody's expectation that Endo's potential cash outflows related to opioid litigation will hinder its ability to improve operational performance or meaningfully deleverage. The downgrade also reflects ongoing erosion in Endo's US generics business, as well as Moody's view that Endo has experienced a material reduction in its capital market access and enterprise value. This adds pressure to the company's ongoing business challenges.

The negative outlook reflects Moody's view of Endo's rising exposure to opioid-related litigation and settlement involving cash outflows. The negative outlook also reflects Moody's view that Endo's earnings will decline in 2022, but that it's large cash balance will provide adequate liquidity for operations.

Social considerations were a material factor in this rating action. The company faces significant legal exposures related to its sales of branded and generic opioid drugs. Moody's believes the risk of a settlement to resolve all outstanding opioid litigation by the end of 2021 is high, as other defendants have neared final global resolution of their exposures. A settlement involving cash outflows over multiple years would be credit negative for Endo.

Downgrades:

... Issuer: Endo Luxembourg Finance I Company S.a.r.l.

.... Corporate Family Rating, to Caa1 from B3

.... Probability of Default Rating, to Caa1-PD from B3-PD

.... Backed Senior Secured Bank Credit Facility, to B3 (LGD3) from B2 (LGD3)

.... Senior Secured Bank Credit Facility, to B3 (LGD3) from B2 (LGD3)

.... Backed Senior Secured 1st Lien Regular Bond/Debenture to B3 (LGD3) from B2 (LGD3)

Issuer: Par Pharmaceutical Inc.

.... Backed Senior Secured Regular Bond/Debenture, to B3 (LGD3) from B2 (LGD3)

... Issuer: Endo Finance LLC

.... Senior Secured Regular Bond/Debenture, to B3 (LGD3) from B2 (LGD3)

.... Senior Unsecured Regular Bond/Debenture, to Caa3 (LGD6) from Caa2 (LGD6)

. Backed Senior Unsecured Bond/Debenture, to Caa3 (LGD6) from Caa2 (LGD6)

... Issuer: Endo Finance Co.

.... Senior Unsecured Regular Bond/Debenture, to Caa3 (LGD6) from Caa2 (LGD6)

Affirmations:

... Issuer: Endo Finance LLC

. Backed Secured 2nd Lien Regular Bond/Debenture, at Caa2 (LGD5)

Outlook Actions:

... Issuer: Endo Luxembourg Finance I Company S.a.r.l.

.... Outlook, Changed to Negative from Stable

..Issuer: Par Pharmaceutical Inc.

.... Outlook, Changed to Negative from Stable

... Issuer: Endo Finance LLC

.... Outlook, Changed to Negative from Stable

Issuer: Endo Finance Co.

.... Outlook, Changed to Negative from Stable

RATINGS RATIONALE

Endo's Caa1 Corporate Family Rating reflects its weak credit profile as earnings will continue to decline in 2021 and 2022 due to ongoing challenges in its US generics business. Moody's expects the branded segment to grow while it is unlikely that the generics business will return to growth for the foreseeable future due to continued pricing pressure. The rating is also constrained by product concentration risk as Vasostrict, Endo's largest product, contributes more than 20% of Endo's earnings. Uncertainty around patent litigation on Vasostrict exposes it to risk of earnings declines that would increase financial leverage if generic challengers are successful.

Endo's rating is supported by strong scale, decent growth potential of a newly approved product, Qwo, for cellulite, and its balanced business mix between branded and generic drugs. However, revenues from new products, including Qwo, would not be sufficient to offset Vasostrict declines, if it were to face generic competition. The ratings are also supported by Endo's high cash balance and good cash flow before litigation payments.

The SGL-3 Speculative Grade Liquidity Rating is supported by Endo's unrestricted cash, which was approximately $1.5 billion at June 30, 2021. Moody's expects that Endo will generate good cash flow prior to litigation payments. Endo has nearly $360 million of litigation payments remaining in 2021 -- related to vaginal mesh - roughly half of which is already reserved in restricted cash. Endo has $300 million of revolver borrowings. A portion of the $1 billion revolver is subject to a 4.5x secured net debt to EBITDA covenant that springs with any more borrowings than it currently has. Endo's compliance is diminishing given shrinking EBITDA through 2021 and beyond. $22 million of Endo's revolver commitments will continue to expire in April 2022, with $75 million expiring in 2024, and the remainder extended into 2026. Endo also has $180 million in notes maturing in January 2022 that Endo has the ability to fund with cash.

Social considerations are material to Endo's ratings. Endo faces significant legal exposures related to its

sales of branded and generic opioid drugs. Endo and its subsidiaries are named defendants in various lawsuits including those from US cities, states, and counties, alleging deceptive promotion of branded opioid products and downplaying the risks of opioid use. Endo's exposure primarily relates to its previously promoted branded opioid products, Opana ER and Percocet/Endocet. Endo no longer promotes any opioid products. These investigations could result in cash outflows, although the timing and amounts are highly uncertain. Endo's flexibility to absorb this risk is weak, given its high financial leverage and other headwinds. Moody's believes the risk of a settlement to resolve all outstanding opioid litigation by the end of 2021 is high, as other defendants have neared final global resolution of their exposures. A settlement involving cash outflows over multiple years would be credit negative for Endo. This is because litigation payouts consume financial resources that could otherwise be used for debt reduction or acquisitions, while also adding a form of financial leverage. Endo's capacity to absorb a settlement would depend on potential cash outflows relative to its annual free cash flow as well as developments in the rest of its business, such as ongoing patent litigation on Vasostrict.

FACTORS THAT COULD LEAD TO AN UPGRADE OR DOWNGRADE OF THE RATINGS

Materially negative developments related to Endo's opioid-related litigation could lead to a downgrade. A negative outcome stemming from ongoing patent litigation on its largest product, Vasostrict, could also lead to a downgrade. A reduction in cash for acquisitions or shareholder initiatives ahead of clarity on opioid litigation could also lead to a downgrade.

The rating could be upgraded if there is reduced credit risk related to the impact of opioid-related legal matters and Vasostrict litigation. Sustainable revenue and earnings growth, reduced concentration in Vasostrict, would also be needed to support an upgrade. Quantitively debt/EBITDA will need to approach 6.0x.

Headquartered in Luxembourg, Endo Luxembourg Finance I Company S.a.r.l. is a subsidiary of Endo International plc, which is headquartered in Dublin, Ireland. Endo is a specialty healthcare company offering branded and generic pharmaceuticals. Endo's reported revenue for the twelve months ended June 30, 2021 was approximately $2.8 billion.

The principal methodology used in these ratings was Pharmaceutical Industry published in June 2017 and available at https://www.moodys.com/researchdocumentcontentpage.aspx?docid=PBC_1062755 . Alternatively, please see the Rating Methodologies page on www.moodys.com for a copy of this methodology.

REGULATORY DISCLOSURES

For further specification of Moody's key rating assumptions and sensitivity analysis, see the sections Methodology Assumptions and Sensitivity to Assumptions in the disclosure form. Moody's Rating Symbols and Definitions can be found at:
https://www.moodys.com/researchdocumentcontentpage.aspx?docid=PBC_79004 .

For ratings issued on a program, series, category/class of debt or security this announcement provides certain regulatory disclosures in relation to each rating of a subsequently issued bond or note of the same series, category/class of debt, security or pursuant to a program for which the ratings are derived exclusively from existing ratings in accordance with Moody's rating practices. For ratings issued on a support provider, this announcement provides certain regulatory disclosures in relation to the credit rating action on the support provider and in relation to each particular credit rating action for securities that derive their credit ratings from the support provider's credit rating. For provisional ratings, this announcement provides certain regulatory disclosures in relation to the provisional rating assigned, and in relation to a definitive rating that may be assigned subsequent to the final issuance of the debt, in each case where the transaction structure and terms have not changed prior to the assignment of the definitive rating in a manner that would have affected the rating. For further information please see the ratings tab on the issuer/entity page for the respective issuer on www.moodys.com.

For any affected securities or rated entities receiving direct credit support from the primary entity(ies) of this credit rating action, and whose ratings may change as a result of this credit rating action, the associated regulatory disclosures will be those of the guarantor entity. Exceptions to this approach exist for the following disclosures, if applicable to jurisdiction: Ancillary Services, Disclosure to rated entity, Disclosure from rated entity.

The ratings have been disclosed to the rated entity or its designated agent(s) and issued with no amendment resulting from that disclosure.

These ratings are solicited. Please refer to Moody's Policy for Designating and Assigning Unsolicited Credit Ratings available on its website www.moodys.com.

Regulatory disclosures contained in this press release apply to the credit rating and, if applicable, the related rating outlook or rating review.

Moody's general principles for assessing environmental, social and governance (ESG) risks in our credit analysis can be found at http://www.moodys.com/researchdocumentcontentpage.aspx?docid=PBC_1288435.

At least one ESG consideration was material to the credit rating action(s) announced and described above.

The Global Scale Credit Rating on this Credit Rating Announcement was issued by one of Moody's affiliates outside the EU and is endorsed by Moody's Deutschland GmbH, An der Welle 5, Frankfurt am Main 60322, Germany, in accordance with Art.4 paragraph 3 of the Regulation (EC) No 1060/2009 on Credit Rating Agencies. Further information on the EU endorsement status and on the Moody's office that issued the credit rating is available on www.moodys.com.

The Global Scale Credit Rating on this Credit Rating Announcement was issued by one of Moody's affiliates outside the UK and is endorsed by Moody's Investors Service Limited, One Canada Square, Canary Wharf, London E14 5FA under the law applicable to credit rating agencies in the UK. Further information on the UK endorsement status and on the Moody's office that issued the credit rating is available on www.moodys.com.

Please see www.moodys.com for any updates on changes to the lead rating analyst and to the Moody's legal entity that has issued the rating.

Please see the ratings tab on the issuer/entity page on www.moodys.com for additional regulatory disclosures for each credit rating.

Morris Borenstein
VP - Senior Credit Officer
Corporate Finance Group
Moody's Investors Service, Inc.
250 Greenwich Street
New York, NY 10007
U.S.A.
JOURNALISTS: 1 212 553 0376
Client Service: 1 212 553 1653

Ola Hannoun-Costa
Associate Managing Director
Corporate Finance Group
JOURNALISTS: 1 212 553 0376
Client Service: 1 212 553 1653

Releasing Office:

Moody's Investors Service, Inc.
250 Greenwich Street
New York, NY 10007
U.S.A.
JOURNALISTS: 1 212 553 0376
Client Service: 1 212 553 1653



© 2021 Moody's Corporation, Moody's Investors Service, Inc., Moody's Analytics, Inc. and/or their licensors and affiliates (collectively, "MOODY'S"). All rights reserved.

**CREDIT RATINGS ISSUED BY MOODY'S CREDIT RATINGS AFFILIATES ARE THEIR CURRENT OPINIONS OF THE RELATIVE FUTURE CREDIT RISK OF ENTITIES, CREDIT COMMITMENTS, OR DEBT OR DEBT-LIKE SECURITIES, AND MATERIALS, PRODUCTS, SERVICES AND INFORMATION PUBLISHED BY MOODY'S (COLLECTIVELY, "PUBLICATIONS") MAY INCLUDE SUCH CURRENT OPINIONS. MOODY'S DEFINES CREDIT RISK AS THE RISK THAT AN ENTITY MAY NOT MEET ITS CONTRACTUAL FINANCIAL OBLIGATIONS AS THEY COME DUE AND ANY ESTIMATED FINANCIAL LOSS IN THE EVENT OF DEFAULT OR IMPAIRMENT. SEE APPLICABLE MOODY'S RATING SYMBOLS AND DEFINITIONS PUBLICATION FOR INFORMATION ON THE TYPES OF CONTRACTUAL FINANCIAL OBLIGATIONS ADDRESSED BY MOODY'S CREDIT RATINGS. CREDIT RATINGS DO NOT ADDRESS ANY OTHER RISK, INCLUDING BUT NOT LIMITED TO: LIQUIDITY RISK, MARKET VALUE RISK, OR PRICE VOLATILITY. CREDIT RATINGS, NON-CREDIT ASSESSMENTS ("ASSESSMENTS"), AND OTHER OPINIONS INCLUDED IN MOODY'S PUBLICATIONS ARE NOT STATEMENTS OF CURRENT OR HISTORICAL FACT. MOODY'S PUBLICATIONS MAY ALSO INCLUDE QUANTITATIVE MODEL-BASED ESTIMATES OF CREDIT RISK AND RELATED OPINIONS OR COMMENTARY PUBLISHED BY MOODY'S ANALYTICS, INC. AND/OR ITS AFFILIATES. MOODY'S CREDIT RATINGS, ASSESSMENTS, OTHER OPINIONS AND PUBLICATIONS DO NOT CONSTITUTE OR PROVIDE INVESTMENT OR FINANCIAL ADVICE, AND MOODY'S CREDIT RATINGS, ASSESSMENTS, OTHER OPINIONS AND PUBLICATIONS ARE NOT AND DO NOT PROVIDE RECOMMENDATIONS TO PURCHASE, SELL, OR HOLD PARTICULAR SECURITIES. MOODY'S CREDIT RATINGS, ASSESSMENTS, OTHER OPINIONS AND PUBLICATIONS DO NOT COMMENT ON THE SUITABILITY OF AN INVESTMENT FOR ANY PARTICULAR INVESTOR. MOODY'S ISSUES ITS CREDIT RATINGS, ASSESSMENTS AND OTHER OPINIONS AND PUBLISHES ITS PUBLICATIONS WITH THE EXPECTATION AND UNDERSTANDING THAT EACH INVESTOR WILL, WITH DUE CARE, MAKE ITS OWN STUDY AND EVALUATION OF EACH SECURITY THAT IS UNDER CONSIDERATION FOR PURCHASE, HOLDING, OR SALE.**

MOODY'S CREDIT RATINGS, ASSESSMENTS, OTHER OPINIONS, AND PUBLICATIONS ARE NOT INTENDED FOR USE BY RETAIL INVESTORS AND IT WOULD BE RECKLESS AND INAPPROPRIATE FOR RETAIL INVESTORS TO USE MOODY'S CREDIT RATINGS, ASSESSMENTS, OTHER OPINIONS OR PUBLICATIONS WHEN MAKING AN INVESTMENT DECISION. IF IN DOUBT YOU SHOULD CONTACT YOUR FINANCIAL OR OTHER PROFESSIONAL ADVISER.

ALL INFORMATION CONTAINED HEREIN IS PROTECTED BY LAW, INCLUDING BUT NOT LIMITED TO, COPYRIGHT LAW, AND NONE OF SUCH INFORMATION MAY BE COPIED OR OTHERWISE REPRODUCED, REPACKAGED, FURTHER TRANSMITTED, TRANSFERRED, DISSEMINATED, REDISTRIBUTED OR RESOLD, OR STORED FOR SUBSEQUENT USE FOR ANY SUCH PURPOSE, IN WHOLE OR IN PART, IN ANY FORM OR MANNER OR BY ANY MEANS WHATSOEVER, BY ANY PERSON WITHOUT MOODY'S PRIOR WRITTEN CONSENT.

MOODY'S CREDIT RATINGS, ASSESSMENTS, OTHER OPINIONS AND PUBLICATIONS ARE NOT INTENDED FOR USE BY ANY PERSON AS A BENCHMARK AS THAT TERM IS DEFINED FOR REGULATORY PURPOSES AND MUST NOT BE USED IN ANY WAY THAT COULD RESULT IN THEM BEING CONSIDERED A BENCHMARK.

All information contained herein is obtained by MOODY'S from sources believed by it to be accurate and

reliable. Because of the possibility of human or mechanical error as well as other factors, however, all information contained herein is provided "AS IS" without warranty of any kind. MOODY'S adopts all necessary measures so that the information it uses in assigning a credit rating is of sufficient quality and from sources MOODY'S considers to be reliable including, when appropriate, independent third-party sources. However, MOODY'S is not an auditor and cannot in every instance independently verify or validate information received in the rating process or in preparing its Publications.

To the extent permitted by law, MOODY'S and its directors, officers, employees, agents, representatives, licensors and suppliers disclaim liability to any person or entity for any indirect, special, consequential, or incidental losses or damages whatsoever arising from or in connection with the information contained herein or the use of or inability to use any such information, even if MOODY'S or any of its directors, officers, employees, agents, representatives, licensors or suppliers is advised in advance of the possibility of such losses or damages, including but not limited to: (a) any loss of present or prospective profits or (b) any loss or damage arising where the relevant financial instrument is not the subject of a particular credit rating assigned by MOODY'S.

To the extent permitted by law, MOODY'S and its directors, officers, employees, agents, representatives, licensors and suppliers disclaim liability for any direct or compensatory losses or damages caused to any person or entity, including but not limited to by any negligence (but excluding fraud, willful misconduct or any other type of liability that, for the avoidance of doubt, by law cannot be excluded) on the part of, or any contingency within or beyond the control of, MOODY'S or any of its directors, officers, employees, agents, representatives, licensors or suppliers, arising from or in connection with the information contained herein or the use of or inability to use any such information.

NO WARRANTY, EXPRESS OR IMPLIED, AS TO THE ACCURACY, TIMELINESS, COMPLETENESS, MERCHANTABILITY OR FITNESS FOR ANY PARTICULAR PURPOSE OF ANY CREDIT RATING, ASSESSMENT, OTHER OPINION OR INFORMATION IS GIVEN OR MADE BY MOODY'S IN ANY FORM OR MANNER WHATSOEVER.

Moody's Investors Service, Inc., a wholly-owned credit rating agency subsidiary of Moody's Corporation ("MCO"), hereby discloses that most issuers of debt securities (including corporate and municipal bonds, debentures, notes and commercial paper) and preferred stock rated by Moody's Investors Service, Inc. have, prior to assignment of any credit rating, agreed to pay to Moody's Investors Service, Inc. for credit ratings opinions and services rendered by it fees ranging from $1,000 to approximately $5,000,000. MCO and Moody's Investors Service also maintain policies and procedures to address the independence of Moody's Investors Service credit ratings and credit rating processes. Information regarding certain affiliations that may exist between directors of MCO and rated entities, and between entities who hold credit ratings from Moody's Investors Service and have also publicly reported to the SEC an ownership interest in MCO of more than 5%, is posted annually at www.moodys.com under the heading "Investor Relations — Corporate Governance — Director and Shareholder Affiliation Policy."

Additional terms for Australia only: Any publication into Australia of this document is pursuant to the Australian Financial Services License of MOODY'S affiliate, Moody's Investors Service Pty Limited ABN 61 003 399 657AFSL 336969 and/or Moody's Analytics Australia Pty Ltd ABN 94 105 136 972 AFSL 383569 (as applicable). This document is intended to be provided only to "wholesale clients" within the meaning of section 761G of the Corporations Act 2001. By continuing to access this document from within Australia, you represent to MOODY'S that you are, or are accessing the document as a representative of, a "wholesale client" and that neither you nor the entity you represent will directly or indirectly disseminate this document or its contents to "retail clients" within the meaning of section 761G of the Corporations Act 2001. MOODY'S credit rating is an opinion as to the creditworthiness of a debt obligation of the issuer, not on the equity securities of the issuer or any form of security that is available to retail investors.

Additional terms for Japan only: Moody's Japan K.K. ("MJKK") is a wholly-owned credit rating agency subsidiary of Moody's Group Japan G.K., which is wholly-owned by Moody's Overseas Holdings Inc., a wholly-owned subsidiary of MCO. Moody's SF Japan K.K. ("MSFJ") is a wholly-owned credit rating agency subsidiary of MJKK. MSFJ is not a Nationally Recognized Statistical Rating Organization ("NRSRO"). Therefore, credit ratings assigned by MSFJ are Non-NRSRO Credit Ratings. Non-NRSRO Credit Ratings are assigned by an entity that is not a NRSRO and, consequently, the rated obligation will not qualify for certain types of treatment under U.S. laws. MJKK and MSFJ are credit rating agencies registered with the Japan Financial Services Agency and their registration numbers are FSA Commissioner (Ratings) No. 2 and 3 respectively.

MJKK or MSFJ (as applicable) hereby disclose that most issuers of debt securities (including corporate and municipal bonds, debentures, notes and commercial paper) and preferred stock rated by MJKK or MSFJ (as applicable) have, prior to assignment of any credit rating, agreed to pay to MJKK or MSFJ (as applicable) for credit ratings opinions and services rendered by it fees ranging from JPY125,000 to approximately JPY550,000,000.

MJKK and MSFJ also maintain policies and procedures to address Japanese regulatory requirements.