**TAB 1**

**JOHN C. JAROSZ**
**Managing Principal**

Phone: 202 530 3980                                                    Analysis Group, Inc.
Mobile: 202 251 1992                                                  800 17th Street, NW
Fax: 202 530 0436                                                              Suite 400
john.jarosz@analysisgroup.com                              Washington, DC 20006

John Jarosz, a Managing Principal of Analysis Group, Inc., specializes in applied microeconomics and industrial organization. He has performed research, given economic testimony, and provided strategy consultation in intellectual property, licensing, and commercial damages matters, including:

- evaluation of damages in patent, copyright, trade secret, trademark, and unfair competition cases (including lost profits, reasonable royalties, price erosion, unjust enrichment, accelerated market entry, and prejudgment interest);

- evaluation of injunctive relief and commercial success in a variety of intellectual property cases;

- strategy consultation regarding the nature and value of technology, methods to share technology, and reasonable compensation terms;

- analysis of compliance with FRAND/RAND commitments; and

- general commercial damages testimony in a variety of cases and across numerous industries.

Mr. Jarosz has been recognized for many years as among the top economic experts for IP matters by *Intellectual Asset Management* (IAM) in the IAM Patent 1000, which identifies leading patent professionals around the globe.

Prior to joining Analysis Group, Mr. Jarosz was a Director with Putnam, Hayes & Bartlett, Inc. Before that, he was a Senior Analyst with Richard J. Barber Associates, a Section Supervisor with Mutual of Omaha Insurance, and a Research Analyst with the Center for the Study of American Business.

## EDUCATION

| | |
|---|---|
| J.D. | University of Wisconsin |
| M.A. & Ph.D. candidate | Economics, Washington University, St. Louis |
| B.A., *Summa Cum Laude* | Economics and Organizational Communication, Creighton University |

## PROFESSIONAL ASSOCIATIONS/MEMBERSHIPS

- American Economic Association
- American Law and Economics Association
- American Bar Association (Sections: Intellectual Property, Antitrust and Litigation)
- State Bar of Wisconsin (Section: Intellectual Property)
- American Intellectual Property Law Association (Sections: Federal Litigation, Licensing, Trade Secrets and Antitrust)
- Licensing Executives Society
  - Former Chair, Valuation and Taxation Committee
  - Former Member, Certified Licensing Professional Exam Writing Team
- Former Advisory Board - *The IP Litigator*
- Former Columnist (Damage Awards) - *The IP Litigator*
- Omicron Delta Epsilon (International Honor Society in Economics)
- Association of University Technology Managers
- Certified Licensing Professional
- Intellectual Property Owners Association (Committee: Damages and Injunctions)
- 2011 Presidential Rank Review Board
- Referee, Journal of Forensic Economics
- The Sedona Conference (Sections: Best Practices in Patent Litigation, Patent Damages and Remedies)
- IAM Patent 1000 (2014, 2015, 2016, 2017, 2018, 2019, 2020, 2021): The World's Leading Patent Practitioners - Economic Experts
- IP Law360: Voices of the Bar

## TESTIMONIAL EXPERIENCE

### Patent Cases – Damages

- **Panasonic Corporation v. Getac Technology Corporation and Getac, Inc.**
  *United States District Court, Central District of California (Case No. 8:19-cv-01118-DOC-DFM)*
  Deposition testimony and expert reports: monopolization/attempted monopolization counterclaim and design patent damages directed to market for rugged 2-in-1 portable computers.
- **Carnegie Institution of Washington and M7D Corporation v. Pure Grown Diamonds, Inc. and IIA Technologies PTE. Ltd d/b/a IIA Technologies**
  *United States District Court, Southern District of New York (Case No. 1:20-cv-00189-JSR)*
  Deposition testimony and expert report: reasonable royalty damages covering patents directed to methods and apparatus used for producing lab-grown diamonds.

- **Carnegie Institution of Washington and M7D Corporation v. Fenix Diamonds LLC**
  *United States District Court, Southern District of New York (Case No. 1:20-cv-00200-JSR)*
  Deposition testimony and expert report: reasonable royalty damages covering patents directed to methods and apparatus used for producing lab-grown diamonds.

- **BASF Plant Science, LP v. Commonwealth Scientific and Industrial Research Organisation; and Commonwealth Scientific and Industrial Research Organisation, Grains Research and Development, Corp., and Nuseed Pty Ltd. v. BASF Plant Science, LP and Cargill, Inc.**
  *United States District Court, Eastern District of Virginia (Case No. 17-cv-503-HCM)*
  Trial and deposition testimony and expert report: reasonable royalty damages and injunctive relief covering patents directed to the production of plant-derived omega-3 oils.

- **Riddell, Inc. v. Kranos Corporation, d/b/a Schutt Sports**
  *United States District Court, Northern District of Illinois (Case No. 1:16-cv-04496)*
  Trial testimony and expert report: lost profits, reasonable royalty, and prejudgment interest involving patents covering football helmet technology.

- **Cedars-Sinai Medical Center v. Quest Diagnostics Inc. and Quest Diagnostics Nichols Institute**
  *United States District Court, Central District of California, Western Division (Case No. 17-cv-5169-GW-FFM)*
  Deposition testimony and expert report: damages associated with alleged misappropriation of trade secrets, breach of contract, and patent infringement involving diagnostic testing for irritable bowel syndrome (IBS).

- **Roche Diagnostics Corporation v. Meso Scale Diagnostics, LLC and Meso Scale Diagnostics, LLC v. Roche Diagnostics Corporation and BioVeris Corporation**
  *United States District Court, District of Delaware (Case No. 17-189 (LPS)(CJB))*
  Trial and deposition testimony and expert report: reasonable royalty damages related to alleged patent infringement involving electrochemiluminescent detection technology used in immunoassay kits.

- **Kranos IP Corporation, Kranos IP II Corporation, and Kranos Corporation d/b/a Schutt Sports v. Riddell, Inc.**
  *United States District Court, Northern District of Illinois (Case No. 1:17-cv-06802)*
  Deposition testimony and expert report: reasonable royalty damages and prejudgment interest involving patents covering football helmet technology.

- **Nichia Corporation v. Vizio, Inc.**
  *United States District Court, Central District of California (Case No. 8:16-cv-00545)*
  Deposition testimony and expert report: reasonable royalty damages and commercial success involving patents directed to light emitting diodes (LEDs).

- **Syngenta Crop Protection, LLC v. Willowood, LLC, Willowood USA, LLC, Willowood Azoxystrobin, LLC, and Willowood Limited**
  *United States District Court, Middle District of North Carolina (Case No. 1:15-cv-274)*
  Trial and deposition testimony and expert report: damages and prejudgment interest related to alleged patent and copyright infringement involving crop fungicide.

- **Integra Lifesciences Corporation, Integra Lifesciences Sales, LLC, Confluent Surgical, Inc., and Incept, LLC v. Hyperbranch Medical Technology, Inc.**
  *United States District Court, District of Delaware (Case No. 15-cv-00819)*
  Trial and deposition testimony and expert reports: lost profits, price erosion, reasonable royalty, prejudgment interest, preliminary relief, and commercial success involving patents directed to cranial and spinal dural repair sealants.

- **Blue Spike, LLC v. <u>Toshiba America, Inc., and Toshiba Corporation</u>**
  *United States District Court, Eastern District of Texas, Tyler Division (Case No. 6:16-CV-430-RWS-JDL)*
  Damages hearing and early expert report: damages related to alleged patent infringement involving address space layout randomization (ASLR) technology.

- **<u>Audio MPEG, Inc., U.S. Philips Corporation, TDF SAS, and Institut Für Rundfunktechnik GmbH</u> v. Dell, Inc.**
  *United States District Court, Eastern District of Virginia, Norfolk Division (Case No. 1:15-CV-1674 AJT/TCB)*
  Deposition testimony and expert report: analysis of patent pool compliance with FRAND commitments and determination of FRAND-compliant royalties involving patents directed to the transmission and storage of digital audio files.

- **<u>Koninklijke Philips Electronics N.V. and Philips Electronics North America Corporation</u> v. ZOLL Medical Corporation**
  *United States District Court, District of Massachusetts (Case No. 1:10-cv-11041)*
  Trial and deposition testimony and expert report: lost profits, reasonable royalty damages, and prejudgment interest related to alleged patent infringement involving external defibrillators.

- **Erfindergemeinschaft UroPep GbR v. <u>Eli Lilly and Company and Brookshire Brothers, Inc.</u>**
  *United States District Court, Eastern District of Texas, Marshall Division (Case No. 2:15-cv-1202-WCB)*
  Trial and deposition testimony and expert report: reasonable royalty damages related to alleged patent infringement directed to phosphodiesterase (PDE) V inhibitor(s) indicated for the treatment of benign prostatic hyperplasia.

- **<u>Koninklijke Philips Electronics N.V. and Philips Electronics North America Corporation</u> v. ZOLL Lifecor Corporation**
  *United States District Court, Western District of Pennsylvania (Case No. 2:2012-cv-01369)*
  Deposition testimony and expert report: damages related to alleged patent infringement involving wearable defibrillators.

- **Luminara Worldwide, LLC v. <u>Shenzhen Liown Electronics Co., Ltd, Central Garden and Pet Co.</u>, et al.; <u>Shenzhen Liown Electronics Co., Ltd, Central Garden and Pet Co.</u> v. Luminara Worldwide, LLC, et al. ; and Luminara Worldwide, LLC v. <u>Shenzhen Liown Electronics Co., Ltd and Central Garden and Pet Co.</u>, et al.**
  *United States District Court, District of Minnesota (Case Nos. 14-cv-03103 (SRN/FLN) and 15-cv-03028 (SRN/FLN))*
  Deposition testimony and expert reports: damages associated with alleged patent infringement and breach of contract, and unjust enrichment associated with breach of non-disclosure agreement and use of trade secrets, related to flameless candle technology and distribution.

- **<u>MobileMedia Ideas LLC</u> v. Apple, Inc.**
  *United States District Court, District of Delaware (Case No. 10-258-SLR)*
  Trial and deposition testimony and expert report: reasonable royalty involving patents directed to incoming call, playlist, and location detection features used in smartphones, tablets, and portable media players.

- **MAZ Encryption Technologies LLC v. <u>Blackberry Corporation</u>**
  *United States District Court, District of Delaware (Case No. 1:13-cv-00304-LPS)*
  Deposition testimony and expert report: reasonable royalty involving a patent directed to encryption/decryption methods used in smartphone and tablet operating systems.

- **BroadSoft, Inc. v. Callwave Communications, LLC**
  *United States District Court, District of Delaware (Case No. 13-cv-0711-RGA)*
  Deposition testimony and expert report: reasonable royalty and prejudgment interest involving patents directed to telecommunications call processing.

- **Advanced Video Technologies, LLC v. Blackberry, LTD. and Blackberry Corporation**
  *United States District Court, Southern District of New York (Case No. 1:11-cv-06604-CM-RLE)*
  Deposition testimony and expert report: reasonable royalty and prejudgment interest involving a patent directed to video compression and decompression.

- **Drone Technologies, Inc. v. Parrot S.A. and Parrot, Inc.**
  *United States District Court, Western District of Pennsylvania (Case No. 2:14-cv-0111)*
  Trial and deposition testimony and expert report: reasonable royalty and prejudgment interest involving a patent directed to drone technology.

- **Bayer CropScience AG and Bayer CropScience NV v. Dow AgroSciences LLC, Mycogen Plant Science Inc., Agrigenetics, Inc. d/b/a Mycogen Seeds LLC, and Phytogen Seed Company, LLC**
  *International Chamber of Commerce (Case No. 18892/VRO/AGF)*
  Arbitration hearing testimony and expert report: damages associated with alleged breach of contract and patent infringement involving genetically modified seed.

- **CertusView Technologies, LLC v. S &N Locating Services LLC and S & N Communications, Inc.**
  *United States District Court, Eastern District of Virginia, Norfolk Division (Case No. 2:13-cv-346 (MSD/LRL))*
  Deposition testimony and expert report: reasonable royalty and prejudgment interest involving patents directed to creation of electronic sketches for utility location purposes.

- **Ecolab USA Inc. and Kleancheck Systems, LLC v. Diversey, Inc.**
  *United States District Court, District of Minnesota (Civil Action No. 12-cv-1984 (SRN/JJG))*
  Deposition testimony and expert report: lost profits, reasonable royalty, and prejudgment interest involving products covering the monitoring of hospital cleaning.

- **Everlight Electronics Co. Ltd., and Emcore Corporation v. Nichia Corporation and Nichia America Corporation v. Everlight Americas, Inc.**
  *United States District Court, Eastern District of Michigan, Southern Division (Case No. 4:12-cv-11758 GAD-MKM)*
  Trial and deposition testimony, expert report and declaration: commercial success, lost profits, reasonable royalty, and prejudgment interest involving patents directed to LEDs.

- **Source Search Technologies, LLC v. Kayak.com, Inc.**
  *United States District Court, District of New Jersey (Case No. 2:11-cv-03388-FSH-MAH)*
  Deposition testimony and expert report: reasonable royalty and prejudgment interest involving a patent directed to online exchanges.

- **Universal Electronics, Inc. v. Universal Remote Control, Inc.**
  *United States District Court, Central District of California, Southern Division (Case No. SACV12-329AG (JPRx))*
  Trial and deposition testimony and expert report: reasonable royalty and prejudgment interest involving patents directed to universal remotes.

- **Prowess, Inc. v. RaySearch Laboratories AB, et al.**
  *United States District Court, District of Maryland (Case No. 11 CV 1357 (WDQ))*
  Deposition testimony and expert report: lost profits, reasonable royalty and prejudgment interest involving patents directed to treatment planning software for radiation therapy.

- **JDS Therapeutics, LLC and Nutrition 21, LLC v. <u>Pfizer Inc., Wyeth LLC, Wyeth Consumer Healthcare Ltd., and Wyeth Consumer Healthcare LLC</u>**
  *United States District Court, Southern District of New York (Case No. 1:12-cv-09002-JSR)*
  Deposition testimony and expert report: commercial success, reasonable royalty, and unjust enrichment involving patents and trade secrets directed to the use of chromium picolinate in multi-vitamins.

- **<u>comScore, Inc.</u> v. Moat, Inc.**
  *United States District Court, Eastern District of Virginia, Norfolk Division (Case No. 2:12CV695-HCM/DEM, Lead Case 2:12CV351-HCM/DEM)*
  Deposition testimony and expert report: lost profits, reasonable royalty and prejudgment interest involving patents directed to online analytics.

- **<u>Impulse Technology Ltd.</u> v. Microsoft Corporation, Electronic Arts, Inc., Ubisoft Holdings, Inc., and Konami Digital Entertainment Inc.**
  *United States District Court, District of Delaware (Case No. 11-586-RGA-CJB)*
  Deposition testimony and expert report: reasonable royalty involving patents directed to video game motion detection functionalities.

- **LendingTree, LLC v. Zillow, Inc., <u>NexTag, Inc.</u>, and Adchemy, Inc.**
  *United States District Court, Western District of North Carolina, Charlotte Division (Case No. 3:10-cv-439-FDW-DCK)*
  Trial and deposition testimony and expert report: lost profits, reasonable royalty and prejudgment interest involving patents directed to internet loan matching systems.

- **<u>Network Protection Sciences, LLC</u> v. Fortinet, Inc.**
  *United States District Court, Northern District of California (Case No. 3:12-cv-01106-WHA)*
  Deposition testimony and expert report: reasonable royalty and prejudgment interest involving patents directed to network security systems.

- **Shurtape Technologies, LLC and Shurtech Brands, LLC v. <u>3M Company</u>**
  *United States District Court, Western District of North Carolina (Case No. 5:11-cv-00017)*
  Deposition testimony and expert report: lost profits, reasonable royalty and prejudgment interest involving patents directed to painter's tape.

- **<u>Abbott Biotechnology Ltd. and AbbVie, Inc.</u> v. Centocor Ortho Biotech, Inc.**
  *United States District Court, District of Massachusetts (Case No. 09-40089-FDS)*
  Deposition testimony and expert report: lost profits, reasonable royalty and prejudgment interest involving patents directed to the treatment of rheumatoid arthritis.

- **<u>Wi-LAN Inc.</u> v. Alcatel-Lucent USA Inc.; Telefonaktiebolaget LM Ericsson; Ericsson Inc.; Sony Mobile Communications AB; Sony Mobile Communications (USA) Inc.; HTC Corporation; HTC America, Inc.; Exedea Inc.; LG Electronics, Inc.; LG Electronics Mobilecomm U.S.A., Inc.; and LG Electronics U.S.A., Inc.**
  *United States District Court, Eastern District of Texas (Case No. 6:10-CV-521-LED)*
  Trial and deposition testimony, affidavit, and expert report: reasonable royalty and prejudgment interest involving patents directed to wireless telecommunication systems.

- **<u>Epos Technologies Ltd.;</u> Dane-Elec S.A.; Dane-Elec Memory S.A.; and Dane-Elec Corporation USA v. Pegasus Technologies Ltd. and Luidia, Inc.**
  *United States District Court, District of Columbia (Case No. 07-cv-00416-WMN)*
  Deposition testimony and expert report: lost profits, reasonable royalty and prejudgment interest involving patents directed to digital pen products.

- **Life Technologies Corporation; Applied Biosystems, LLC; Institute for Protein Research; Alexander Chetverin; Helena Chetverina; and William Hone v. <u>Illumina, Inc. and Solexa, Inc.</u>**
  *United States District Court, Southern District of California (Case No. 3:11-cv-00703)*
  Deposition testimony and expert report: lost profits, reasonable royalty and prejudgment interest involving patents directed to DNA amplification and sequencing technology.

- **TomTom, Inc. v. <u>Michael Adolph</u>**
  *United States District Court, Eastern District of Virginia (Case No. 1:12-cv-528)*
  Deposition testimony and expert report: reasonable royalty and prejudgment interest involving patents directed to automotive navigation systems.

- **Carl B. Collins and Farzin Davanloo v. <u>Nissan North America, Inc. and Nissan Motor Co., Ltd.</u>**
  *United States District Court, Eastern District of Texas, Marshall Division (Case No. 2:11-cv-00428-JRG)*
  Deposition testimony and expert report: reasonable royalty and prejudgment interest involving patents directed to automotive engines.

- **I.E.E. International Electronics & Engineering, S.A. and IEE Sensing, Inc. v. <u>TK Holdings, Inc.</u>**
  *United States District Court, Eastern District of Michigan (Case No. 2:10-cv-13487)*
  Deposition testimony and expert report: lost profits, reasonable royalty and prejudgment interest involving patents directed to capacitive sensing used in automotive seats.

- **St. Clair Intellectual Property Consultants, Inc. v. <u>Acer, Inc., et al.</u>; <u>Microsoft Corporation</u> v. St. Clair Intellectual Property Consultants, Inc.**
  *United States District Court, District of Delaware (Case No. 09-354-JJF; 09-704-JJF; and 10-282-LPS)*
  Trial and deposition testimony and expert report: reasonable royalty and prejudgment interest involving patents directed to power management, bus configuration and card slot technology in laptops and desktops.

- **<u>CardioFocus, Inc.</u> v. Xintec Corporation (d/b/a Convergent Laser Technologies); Trimedyne, Inc.; and Cardiogenesis Corporation**
  *United States District Court, District of Massachusetts (Case No. 1:08-cv-10285 NMG)*
  Deposition testimony and expert report: reasonable royalty and prejudgment interest involving a patent directed to laser devices used for the treatment of advanced coronary artery disease.

- **Avocent Redmond Corp. v. <u>Raritan Americas, Inc.</u>**
  *United States District Court, Southern District of New York (Case No. 10-cv-6100 (PKC)(JLC))*
  Deposition testimony and expert report: lost profits, lost royalties, reasonable royalty and prejudgment interest involving a patent and contract directed to software and hardware products and technologies that provide connectivity and centralized management of IT infrastructure through KVM switches.

- **<u>Frontline Placement Technologies, Inc.</u> v. CRS, Inc.**
  *United States District Court, Eastern District of Pennsylvania (Case No. 2:07-CV-2457)*
  Deposition testimony and expert report: lost profits, lost royalties, reasonable royalty and prejudgment interest involving a patent and contract directed to automated substitute fulfillment software.

- **Novozymes A/S and Novozymes North America, Inc. v. <u>Danisco A/S; Genecor International Wisconsin, Inc.; and Danisco US Inc.; and Danisco USA Inc.</u>**
  *United States District Court, Western District of Wisconsin (Case No. 10-CV-251)*
  Trial and deposition testimony and expert report and expert declaration: lost profits, reasonable royalty, prejudgment interest and irreparable harm involving a patent directed to alpha-amylases used for fuel ethanol.

- **Triangle Software, LLC v. Garmin International, Inc.; Garmin USA, Inc.; TomTom, Inc.; and Volkswagen Group of America, Inc.**
  *United States District Court, Eastern District of Virginia, Alexandria Division (Case No. 1:10-CV-01457-CMH-TCB)*
  Deposition testimony and expert report: reasonable royalty and prejudgment interest involving a patent directed to providing personal navigation device functionality.

- **Northeastern University and JARG Corporation v. Google, Inc.**
  *United States District Court, Eastern District of Texas, Marshall Division (Case No. 2:07-cv-486(CE))*
  Deposition testimony and expert report: reasonable royalty and prejudgment interest involving a patent directed to internet index and search technology.

- **Bissell Homecare, Inc. v. Dyson, Inc.**
  *United States District Court, Western District of Michigan (Case No. 1:08-cv-724)*
  Deposition testimony and expert report: reasonable royalty and prejudgment interest involving patents directed to vacuum cleaner collection and discharge.

- **Toshiba Corporation v. Imation Corp.; Moser Baer India Ltd; Glyphics Media, Inc.; Ritek Corp.; Advanced Media, Inc.; CMC Magnetics Corp.; Hotan Corp.; and Khypermedia Corp.**
  *United States District Court, Western District of Wisconsin (Case No. 3:09-cv-00305-slc)*
  Deposition testimony and expert report: reasonable royalty and prejudgment interest involving patents directed to DVDs.

- **Affinity Labs of Texas, LLC. v. BMW North America, LLC, et al.**
  *United States District Court, Eastern District of Texas, Lufkin Division (Case No. 9:08-CV-00164-RC)*
  Trial and deposition testimony and expert report: reasonable royalty and prejudgment interest involving patents directed to connecting a portable audio player to an automobile sound system.

- **Regents of the University of Minnesota v. AGA Medical Corp.**
  *United States District Court, District of Minnesota (Case No. 0:07-cv-04732 (PJS/RLE))*
  Deposition testimony and expert report: reasonable royalty and prejudgment interest involving patents directed to septal occlusion devices.

- **Ethicon Endo-Surgery, Inc. v. Hologic Inc. and Suros Surgical Systems, Inc.**
  *United States District Court, Southern District of Ohio, Western Division (Case No. 07-cv-00834)*
  Trial and deposition testimony and expert report: lost profits and reasonable royalty involving patents directed to biopsy equipment and methods, and the biopsy of soft tissue.

- **Humanscale Corp. v. CompX International, Inc. and CompX Waterloo**
  *United States District Court, Eastern District of Virginia, Richmond Division (Case No. 3:09-CV-86-JRS)*
  Trial and deposition testimony and expert report: reasonable royalty and prejudgment interest involving patents directed to keyboard support mechanisms.

- **Carl Zeiss Vision GMBH and Carl Zeiss Vision International GMBH v. Signet Armorlite, Inc.**
  *United States District Court, Southern District of California (Case No. 09-CV-0657-DMS (POR))*
  Trial testimony and deposition testimony and expert report: lost profits, reasonable royalty, and lost licensing fees involving a patent directed to progressive eyeglass lenses.

- **ShopNTown LLC v. Landmark Media Enterprises, LLC**
  *United States District Court, Eastern District of Virginia, Norfolk Division (Case No. 2:08CV564)*
  Deposition testimony and expert report: reasonable royalty and prejudgment interest involving a patent directed to rental matching systems over the internet.

- **Cerner Corp. v. Visicu, Inc.**
  *United States District Court, Western District of Missouri, Western Division (Case No. 04-1033-CV-W-GAF)*
  Trial and deposition testimony and expert report: lost profits and reasonable royalty involving patents directed to electronic ICU monitoring systems.

- **Sanofi-Aventis Canada Inc.; Schering Corp.; and Sanofi-Aventis Deutschland GmbH v. Apotex/Novopharm Limited**
  *Federal Court of Canada (Case No. T-1161-07/T-161-07)*
  Trial testimony and expert report: lost profits and reasonable royalty involving a patent directed to hypertension treatment.

- **C2 Communications Technologies, Inc. v. Qwest Communications Corp; Global Crossing Telecommunications, Inc.; and Level 3 Communications, LLC**
  *United States District Court, Eastern District of Texas, Marshall Division (Case No. 2-06CV-241 TJW)*
  Trial and deposition testimony and expert report: reasonable royalty and prejudgment interest involving a patent directed to carrying PSTN calls via Voice over Internet Protocol (VoIP).

- **Siemens AG v. Seagate Technology**
  *United States District Court, Central District of California, Southern Division (Case No. SA CV 06-788 JVS (ANx))*
  Trial and deposition testimony and expert report: reasonable royalty and prejudgment interest involving a patent directed to hard disk drive technology.

- **Siemens Medical Solutions USA, Inc. v. Saint-Gobain Ceramics & Plastics, Inc.**
  *United States District Court, District of Delaware (Case No. 07-190-SLR)*
  Trial and deposition testimony and expert report: lost profits, reasonable royalty, and prejudgment interest involving patents directed to medical scanner technology.

- **Aventis Pharma, S.A. v. Baxter Healthcare Corp.**
  *Arbitration*
  Arbitration hearing and deposition testimony and expert report: reasonable royalty and prejudgment interest involving a patent directed to hemophilia treatment.

- **Every Penny Counts, Inc. v. Bank of America Corp. and Bank of America, N.A.**
  *United States District Court, Middle District of Florida, Fort Myers Division (Case No. 2:07-CV-42-FTM-29SPC)*
  Deposition testimony and expert report: reasonable royalty and prejudgment interest involving a patent directed to the Keep the Change debit card program.

- **DEKALB Genetics Corp. v. Syngenta Seeds, Inc.; Golden Harvest Seeds, Inc.; Sommer Bros. Seed Co.; JR Robinson Seeds, Inc.; and Garst Seed Co.**
  *United States District Court, Eastern District of Missouri (Case No. 4:06CV01191MLM)*
  Deposition testimony and expert report: reasonable royalty and prejudgment interest involving a patent directed to genetically modified corn.

- **International Flora Technologies, Ltd. v. Clarins U.S.A.**
  *United States District Court, District of Arizona (Case No. 2:06-CV-01371-ROS)*
  Deposition testimony and expert report: reasonable royalty and prejudgment interest involving patents directed to skin care products.

- **Howmedica Osteonics Corp. v. Zimmer, Inc.; Centerpulse Orthpedics, Inc. (formerly known as Sulzer Orthopedics, Inc.); and Smith & Nephew, Inc.**
  *United States District Court, District of New Jersey (Case No. 05-0897 (WHW))*
  Deposition testimony and expert report: lost profits, reasonable royalty, and prejudgment interest involving a patent directed to hip implant technology.

- **Elan Pharma International, Ltd. v. Abraxis Bioscience, Inc.**
  *United States District Court, District of Delaware (Case No. 06-438-GMS)*
  Trial and deposition testimony and expert report: reasonable royalty and prejudgment interest involving patents directed to nanotechnology drug delivery.

- **Mobile Micromedia Solutions LLC v. Nissan North America, Inc.**
  *United States District Court, Eastern District of Texas, Texarkana Division (Case No. 505-CV-230)*
  Deposition testimony and expert report: reasonable royalty and prejudgment interest involving a patent directed to automotive entertainment systems.

- **Nichia Corp. v. Seoul Semiconductor, Ltd. and Seoul Semiconductor, Inc.**
  *United States District Court, Northern District of California (Case No. 3:06-CV-00162-MMC (JCS))*
  Trial and deposition testimony and expert report: reasonable royalty, unjust enrichment, and prejudgment interest involving patents directed to light emitting diodes (LEDs).

- **NetRatings, Inc. v. WebSideStory, Inc.**
  *United States District Court, Southern District of New York (Case No. 06-CV-878(LTS)(AJP))*
  Deposition testimony and expert report: reasonable royalty involving technology directed to internet audience measurement and analysis.

- **Ernest K. Manders, M.D. v. McGhan Medical Corp.**
  *United States District Court, Western District of Pennsylvania (Case No. 02-CV-1341)*
  Deposition testimony and expert report: reasonable royalty and prejudgment interest involving a patent directed to implantable tissue expanders.

- **Source Search Technologies, LLC v. LendingTree, Inc.; IAC/InterActiveCorp; and ServiceMagic, Inc.**
  *United States District Court, District of New Jersey (Case No. 2:04-CV-4420)*
  Deposition testimony and expert report: reasonable royalty and prejudgment interest involving a patent directed to online exchanges.

- **The Boeing Co. v. The United States**
  *United States Court of Federal Claims (Case No. 00-705 C)*
  Trial and deposition testimony and expert report: reasonable royalty and prejudgment interest involving a patent directed to a process for aging aluminum lithium alloys used for space shuttle external tanks.

- **Bridgestone Sports Co., Ltd. and Bridgestone Golf, Inc. v. Acushnet Co.**
  *United States District Court, District of Delaware (Case No. 05-132-(JJF))*
  Deposition testimony and expert report: reasonable royalty and prejudgment interest involving patents directed to cores, intermediate layers and covers of golf balls.

- **Dyson Technology Ltd. and Dyson, Inc. v. Maytag Corp.**
  *United States District Court, District of Delaware (Case No. 05-434-GMS)*
  Trial and deposition testimony and expert report: reasonable royalty and prejudgment interest involving patents directed to upright cyclonic vacuum cleaners.

- **Verizon Services Corp. and Verizon Laboratories, Inc. v. Vonage Holdings Corp. and Vonage America, Inc.**
  *United States District Court, Eastern District of Virginia (Case No. 1:06CV682)*
  Trial and deposition testimony and expert report: permanent injunction, lost profits, and reasonable royalty involving patents directed to Voice over Internet Protocol (VoIP) platforms.

- **Hitachi, LTD v. BorgWarner, Inc.**
  *United States District Court, District of Delaware (Case No. 05-048-SLR)*
  Deposition testimony and expert report: reasonable royalty and prejudgment interest involving a patent directed to automotive cam shaft technology.

- **Innogenetics N.V. v. Abbott Laboratories**
  *United States District Court, Western District of Wisconsin (Case No. 05-C-0575-C)*
  Trial and deposition testimony and expert report: reasonable royalty involving a patent directed to HCV genotyping.

- **O2 Micro International v. Monolithic Power Systems, Inc.**
  *United States District Court, Northern District of California (Case No. 04-02000 CW; 06-02929 CW)*
  Deposition testimony and expert report: reasonable royalty and prejudgment interest involving patents directed to AC to DC power converter circuits used for backlights.

- **Solvay Solexis, Inc. v. 3M Co.; 3M Innovative Properties Co.; and Dyneon LLC**
  *United States District Court, District of New Jersey (Case No. 04-06162 (FSH/PS))*
  Deposition testimony and expert report: reasonable royalty and prejudgment interest involving a patent directed to low temperature fluoroelastomers.

- **Target Technology Co., LLC v. Williams Advanced Materials, Inc., et al.**
  *United States District Court, Central District of California (Case No. SACV04-1083 DOC (MLGx))*
  Deposition testimony and expert report: reasonable royalty and design-around alternatives involving a patent directed to silver alloy sputtering targets for DVDs.

- **Metrologic Instruments, Inc. v. Symbol Technologies, Inc.**
  *United States District Court, District of New Jersey (Case No. 03cv2912 (HAA))*
  Deposition testimony and expert report: reasonable royalty and prejudgment interest involving patents directed to bar code scanners.

- **Eaton Corp. v. ZF Meritor, LLC**
  *United States District Court, Eastern District of Michigan (Case No. 03-74844)*
  Deposition testimony and expert report: reasonable royalty and prejudgment interest involving patents directed to truck clutches and transmissions.

- **Meritor Transmission Corp. v. Eaton Corp.**
  *United States District Court, Western District of North Carolina (Case No. 1:04-CV-178)*
  Deposition testimony and expert report: reasonable royalty and prejudgment interest involving a patent directed to truck transmissions.

- **Monsanto Co. v. Syngenta Seeds, Inc.**
  *United States District Court, District of Delaware (Case No. 04-305-SLR)*
  Deposition testimony and expert report: reasonable royalty involving patents directed to genetically modified corn seed.

- **Indiana Mills & Manufacturing, Inc. v. Dorel Industries, Inc.**
  *United States District Court, Southern District of Indiana (Case No. 1:04-CV-1102)*
  Deposition testimony and expert report: damages and profits associated with alleged contract breach and patent infringement involving technology directed to automobile child restraint systems.

- **Paice LLC v. Toyota Motor Corp.**
  *United States District Court, Eastern District of Texas, Marshall Division (Case No. 2-04CV-211) (DF)*
  Deposition testimony and expert report: reasonable royalty involving patents directed to hybrid-electric powertrain systems.

- **GTECH Corp. v. Scientific Games International**
  *United States District Court, District of Delaware (Case No. 04-0138)*
  Deposition testimony and expert report: lost profits, reasonable royalty, and prejudgment interest involving patents directed to a system and method for distributing lottery tickets.

- **WEDECO UV Technologies, Inc. v. <u>Calgon Carbon Corp.</u>**
  *United States District Court, District of New Jersey (Case No. 01-924)*
  Deposition testimony and expert report: lost profits, reasonable royalty, and prejudgment interest involving patents directed to treatment of potable water with UV light.

- **Khyber Technologies Corp. v. <u>Casio, Inc; Everex Systems, Inc.; Hewlett-Packard Co.; and Hewlett-Packard Singapore PTE. LTD.</u>**
  *United States District Court, District of Massachusetts (Case No. 99-CV-12468-GAO)*
  Deposition testimony and expert report: reasonable royalty and prejudgment interest involving a patent directed to audio playback for portable electronic devices.

- **<u>Air Liquide America, L.P.</u> v. P.H. Glatfelter Co.**
  *United States District Court, Middle District of Pennsylvania (Case No. 1:CV-04-0646)*
  Deposition testimony and expert report: reasonable royalty and prejudgment interest involving patents directed to the use of ozone bleaching of pulp.

- **Gary J. Colassi v. <u>Cybex International, Inc.</u>**
  *United States District Court, District of Massachusetts (Case No. 02-668-JEL/JGL)*
  Trial and deposition testimony and expert report: reasonable royalty and prejudgment interest involving a patent directed to treadmill support decks.

- **Medinol Ltd. v. <u>Guidant Corp. and Advanced Cardiovascular Systems, Inc.</u>**
  *United States District Court, Southern District of New York (Case No. 03 Civ.2604 (SAS))*
  Deposition testimony and expert report: reasonable royalty analysis and prejudgment interest involving patents directed to connectors for coronary and peripheral stents.

- **Donner, Inc. v. <u>American Honda Motor Co.; McDavid Plano-Acura, L.P.; and The Beaumont Co.</u>**
  *United States District Court, Eastern District of Texas, Texarkana Division (Case No. F:03-CV-253)*
  Deposition testimony and expert report: reasonable royalty and prejudgment interest involving a patent directed to automobile entertainment systems.

- **Nonin Medical, Inc. v. <u>BCI, Inc.</u>**
  *United States District Court, District of Minnesota, Fourth Division (Case No. 02-668-JEL/JGL)*
  Deposition testimony and expert report: reasonable royalty, lost profits, and prejudgment interest involving patents directed to finger clip pulse oximeters.

- **Stryker Trauma S.A. and Howmedica Osteonics Corp. v. <u>Synthes (USA)</u>**
  *United States District Court, District of New Jersey (Case No. 01-CV 3879 (DMC))*
  Deposition testimony and expert report: lost profits, reasonable royalty, and prejudgment interest involving a patent directed to snap-fit external fixation systems.

- **Michael Foods, Inc. and North Carolina State University v. <u>Rose Acre Farms, Inc.</u>**
  *United States District Court, Eastern District of North Carolina, Western Division (Case No. 5:02-CV-477-H(3))*
  Deposition testimony and expert report: lost profits, reasonable royalty, and prejudgment interest involving patents directed to extended shelf life eggs.

- **Waters Technologies Corp.; Waters Investments, Ltd.; Micromass UK Ltd.; and Micromass, Inc. v. <u>Applera Corp.</u>**
  *United States District Court, District of Delaware (Case No. 02-1285-GMS)*
  Deposition testimony and expert report: lost profits, price erosion, reasonable royalty, and prejudgment interest involving a patent directed to mass spectrometer ionization sources.

- **Medtronic Sofamor Danek, Inc.** v. Gary K. Michelson, M.D. and Karlin Technology, Inc.
  *United States District Court, Western District of Tennessee (Case No. 01-2373 GV)*
  Trial and deposition testimony and expert report: damages and profits associated with alleged contractual breaches, tortious interference and intentional negligent representations involving spinal implants.

- **Matsushita Electric Industrial Co. Ltd. v. Cinram International, Inc.**
  *United States District Court, District of Delaware (Case No. 01-882-SLR)*
  Deposition testimony and expert report: reasonable royalty and prejudgment interest covering patents directed to aspects of bonding substrates together to form optical discs, such as DVDs.

- **Boehringer Ingelheim Vetmedica, Inc.** v. Schering-Plough Corp. and Schering Corp.
  *United States District Court, District of New Jersey (Case No. 96-CV-04047)*
  Trial and deposition testimony and expert report: lost profits, reasonable royalty, price erosion, and prejudgment interest involving a patent directed to porcine vaccine (PRRS) products.

- **Arris International and Randall A. Holliday** v. John Mezzalingua and Associates, Inc. d/b/a PPC
  *United States District Court, District of Colorado (Case No. 01-WM-2061)*
  Deposition testimony and expert report: reasonable royalty and prejudgment interest involving patents directed to coaxial cable connectors.

- **Promega Corp. v. Applera Corp.; and Lifecodes Corp., and its Subsidiaries Cellmark Diagnostics, Inc.; and Genomics International Corp.**
  *United States District Court, Western District of Wisconsin (Case No. 01-C-0244-C)*
  Deposition testimony and expert report: lost profit rate, reasonable royalty, and prejudgment interest involving a patent directed to DNA sequencing technology.

- **Alcon Laboratories, Inc. and Alcon Manufacturing, Ltd.** v. Pharmacia Corp.; Pharmacia & Upjohn Co.; and The Trustees of Columbia University in the City of New York
  *United States District Court, Southern District of New York (Case No. 01-Civ.2989 (WHP))*
  Deposition testimony and expert report: lost profits, reasonable royalty, and prejudgment interest involving a patent directed to compositions for treatment of glaucoma.

- **Pharmacia Corp.; Pharmacia AB; Pharmacia Enterprises S.A.; and Pharmacia & Upjohn Co. v. Alcon Laboratories, Inc.**
  *United States District Court, Southern District of New York (Case No. 01-070-SLR)*
  Deposition testimony and expert report: lost profits, reasonable royalty, and prejudgment interest involving a patent directed to compositions for treatment of glaucoma.

- **Takata Corp.** v. AlliedSignal, Inc. and Breed Technologies, Inc.
  *United States District Court, District of Delaware (Case No. 98-94-MMS)*
  Deposition testimony and expert report: reasonable royalty and prejudgment interest covering patents and trade secrets directed to seatbelt retractors.

- **Chiron Corp. v. Genentech, Inc.**
  *United States District Court, Eastern District of California (Case No. S-00-1252 WBS GGH)*
  Deposition testimony and expert report: reasonable royalty and prejudgment interest covering a patent directed to the active ingredient in an anti-cancer drug.

- **Greene, Tweed of Delaware, Inc.** v. DuPont Dow Elastomers, LLC
  *United States District Court, Eastern District of Pennsylvania (Case No. 00-CV-3058)*
  Trial and deposition testimony and expert report: lost profits, reasonable royalty, and prejudgment interest involving a patent covering perfluoroelastomeric seals used in semiconductor fabrication applications.

- **Streck Laboratories v. Beckman Coulter, Inc.**
  *United States District Court, District of Nebraska (Case No. 8:99CV473)*
  Deposition testimony and expert report: reasonable royalty and prejudgment interest involving patents covering hematology testing equipment.

- **Adobe Systems Inc. v. Macromedia, Inc.**
  *United States District Court, District of Delaware (Case No. 00-743-JJF)*
  Trial and deposition testimony and expert report: reasonable royalty involving patents covering computer video and audio software.

- **Dictaphone Corp. v. Nice Systems, Ltd.**
  *United States District Court, District of Connecticut (Case No. 3:00-CV-1143)*
  Deposition testimony and expert report: lost profits, price/margin erosion, reasonable royalty, and prejudgment interest involving patents covering digital logger systems.

- **Metrologic Instruments, Inc. v. PSC, Inc.**
  *United States District Court, District of New Jersey (Case No. 99-CV-04876)*
  Deposition testimony and expert report: reasonable royalty and prejudgment interest involving patents covering bar code scanning equipment.

- **Genzyme Corp. v. Atrium Medical Corp.**
  *United States District Court, District of Delaware (Case No. 00-958-RRM)*
  Trial testimony and expert report: lost profits and price/margin erosion involving patents covering chest drainage systems.

- **Norian Corp. v. Stryker Corp.**
  *United States District Court, Northern District of California (Case No. C-01-0016 (WHA))*
  Trial and deposition testimony and expert report: reasonable royalty and prejudgment interest involving a patent covering bone cement.

- **John Mezzalingua Associates, Inc., d/b/a PPC v. Antec Corp.**
  *United States District Court, Middle District of Florida (Case No. 3:01-CV-482-J-25 HTS)*
  Deposition testimony and expert report: disgorgement of profits involving a design patent covering a coaxial cable connection.

- **Rockwell Automation Technologies, LLC v. Spectra-Physics Lasers, Inc. and Opto Power Corp.**
  *United States District Court, District of Delaware (Case No. 00-589-GMS)*
  Deposition testimony and expert report: reasonable royalty involving a patent covering a process for producing semiconductor epitaxial films.

- **Tanashin Denk Co., Ltd. v. Thomson Consumer Electronics, Inc.**
  *United States District Court, Southern Division of Indiana (Case No. IP 99-836-C Y/G)*
  Trial and deposition testimony and expert report: lost profits, reasonable royalty, and prejudgment interest involving patents covering cassette tape drives.

- **Medtronic Sofamor Danek, Inc. et al. v. Osteotech**
  *United States District Court, Western Division of Tennessee (Case No. 99-2656-GV)*
  Deposition testimony and expert report: lost profits, reasonable royalty, and prejudgment interest involving patents covering the instruments and method of inserting a spinal inter-body fusion device.

- **Heimann Systems GmbH v. American Science and Engineering, Inc.**
  *United States District Court, District of Connecticut (Case No. 00 CV 10276 (WGY))*
  Deposition testimony and expert report: reasonable royalty and prejudgment interest involving a patent directed to mobile X-ray examining apparatus.

- **Omega Engineering, Inc.** **v. Cole-Parmer Instrument Co.; Davis Instrument Manufacturing Co., Inc.; Dwyer Instruments, Inc.; and Raytek Corp.**
  *United States District Court, District of Connecticut (Case Nos. 3:98 CV 00733 (JCH); 3:98 CV 02052 (JCH); and 3:98 CV 02276 (JCH))*
  Trial and deposition testimony and expert report: lost profits, reasonable royalty, and prejudgment interest involving patents and alleged unfair competitive practices directed to portable infrared thermometers.

- **Particle Measuring Systems, Inc. v. Rion Co., Ltd.**
  *United States District Court, District of Colorado (Case No. 99-WM-1433)*
  Deposition testimony and expert report: lost profits, reasonable royalty, and prejudgment interest involving a patent directed to a device and method for optically detecting particles in fluid.

- **The University of Colorado Foundation Inc., et al. v. American Cyanamid Co.**
  *United States District Court, District of Colorado (Case No. 93-K-1657)*
  Trial and deposition testimony and expert report: measure and amount of prejudgment interest in a patent infringement, fraud and unjust enrichment case covering prenatal vitamin formulations.

- **Gleason Works v. Oerlikon Geartec AG and Liebherr-America, Inc.**
  *United States District Court, Western District of New York (Case No. 98-CV-6275 L)*
  Deposition testimony and expert report: lost profits, reasonable royalty, and prejudgment interest involving a patent directed to bevel gear-cutting machines.

- **Amersham Pharmacia v. PE Corp.**
  *United States District Court, Northern District of California (Case No. C 97-04203-TEH)*
  Deposition testimony and expert report: lost profits, reasonable royalty, and prejudgment interest involving a patent directed to a method of using energy transfer reagents in a DNA sequencing system.

- **Ziarno v. The American Red Cross, et al.**
  *United States District Court, Northern District of Illinois (Case No. 99 CIV 3430)*
  Deposition testimony and expert report: reasonable royalty and prejudgment interest involving a patent directed to online/internet fundraising.

- **Applied Medical Resources Corp. v. Core Dynamics, Inc.**
  *United States District Court, Central District of California (Case No. SACV 99-748-DOC (ANx))*
  Trial and deposition testimony and expert report: reasonable royalty and prejudgment interest involving patents directed to surgical trocars.

- **Bell Communications Research, Inc. v. Fore Systems, Inc.**
  *United States District Court, District of Delaware (Case No. 98-586 JJF)*
  Deposition testimony and expert report: reasonable royalty and prejudgment interest covering patents directed to telecommunications technology (ATM over SONET networks).

- **Newell Operating Co. (EZ Painter Co.) v. Linzer Products Corp.**
  *United States District Court, Eastern District of Wisconsin (Case No. 98-C-0864)*
  Deposition testimony and expert report: reasonable royalty and prejudgment interest covering a patent directed to a method for manufacturing polypropylene paint roller covers.

- **Dow Chemical Co. v. Sumitomo Chemical Co., Ltd. and Sumitomo Chemical America, Inc.**
  *United States District Court, Eastern District of Michigan (Case No. 96-10330-BC)*
  Deposition testimony and expert report: reasonable royalty and prejudgment interest covering a patent directed to a method for manufacturing cresol epoxy novalac resins used in integrated circuit encapsulation.

- **Insight Development Corp. v. <u>Hewlett-Packard Co.</u>**
  *United States District Court, Northern District of California (Case No. C 98 3349 CW)*
  Deposition testimony and expert report: damages and profits associated with alleged contract breaches, patent, copyright and trade secret misappropriation/infringement and unfair competition involving digital image processing and transmission, including that over the internet.

- **<u>Bristol-Myers Squibb Co.</u> v. Rhone-Poulenc Rorer Inc. and Centre National De La Recherche Scientifique**
  *United States District Court, Southern District of New York (Case No. 95 Civ. 8833)*
  Deposition testimony and expert report: reasonable royalty covering a patent directed to semi-synthetic processes for manufacturing an anti-cancer drug.

- **Pactiv Corp. v. <u>S.C. Johnson & Son, Inc.</u>**
  *United States District Court, Northern District of Illinois (Case No. 98 C 2679)*
  Deposition testimony and expert report: lost profits, reasonable royalty, and prejudgment interest involving a patent directed to zipper closure mechanisms for home storage bags.

- **Dr. Harry Gaus v. <u>Conair Corp.</u>**
  *United States District Court, Southern District of New York (Case No. 94-5693 (KTD) (FM))*
  Trial and deposition testimony and expert report: reasonable royalty and prejudgment interest covering a patent directed to hazard prevention devices used with electrical hair dryers.

- **Neogen Corp. v. <u>Vicam, L.P., et al.</u>**
  *United States District Court, Middle District of Florida (Case No. 97-405-CIV-T-23B)*
  Deposition testimony and expert report: lost profits, reasonable royalty, and prejudgment interest covering a patent and a variety of tort claims directed to aflatoxin testing equipment.

- **Surety v. <u>Entrust</u>**
  *United States District Court, Eastern District of Virginia (Case No. 99-203-A)*
  Deposition testimony and expert report: lost profits, reasonable royalty, and prejudgment interest covering a patent directed to digital time stamping.

- **<u>Sofamor Danek Holdings, Inc., et al.</u> v. United States Surgical Corp., et al.**
  *United States District Court, Western District of Tennessee (Case No. 98-2369 GA)*
  Trial and deposition testimony and expert report: lost profits, reasonable royalty, and prejudgment interest involving a patent covering the method of inserting a spinal inter-body fusion device.

- **Molten Metal Equipment Innovation, Inc. v. <u>Metaullics</u>**
  *United States District Court, Northern District of Ohio (1:97-CV2244)*
  Trial testimony and expert report: lost profits, reasonable royalty, and prejudgment interest covering a patent directed to submersible molten metal pumps.

- **AcroMed Corp. v. <u>Sofamor Danek Group, Inc.</u>**
  *United States District Court, Northern District of Ohio (Case No. 1:93-CV01184)*
  Trial and deposition testimony and expert report: lost profits and prejudgment interest involving patents directed to spinal implant devices.

- **<u>BIC Corp.</u> v. Thai Merry Co., Ltd.**
  *United States District Court, Central District of California (Case No. 98 CIV. 2113 (DLC))*
  Deposition testimony and expert report: lost profits, reasonable royalty, and prejudgment interest involving a patent directed to disposable cigarette lighters.

- **Syncsort Inc. v. <u>Michael Wagner; Cambridge Algorithm; ICF Kaiser Intl. Inc., et al.</u>**
  *United States District Court, Northern District of Georgia (Case No. 1:93-CV-2247-JEC)*
  Deposition testimony and expert report: reasonable royalty and prejudgment interest involving a patent directed to data sorting software.

- **Shell Oil Co. v. <u>ICI Americas, Inc.</u> and P.E.T Processors, LLC**
  *United States District Court, Eastern District of Louisiana (Case No. 97-3526 Section "K")*
  Deposition testimony and expert report: lost profits and reasonable royalty involving a patent directed to a process to manufacture solid stated polyethylene naphthalene.

- **Pall Corp. v. <u>Hemasure Inc.</u> and Lydall, Inc.**
  *United States District Court, Eastern District of New York (Case No. CV-96-436 (TCP/ETB), Case No. 96-5620 (LDW/VVP))*
  Deposition testimony and expert report: lost profits, reasonable royalty, and prejudgment interest involving patents directed to prestorage leukodepletion devices.

- **Mentor H/S, Inc. v. <u>Medical Device Alliance, Inc.; Lysonix, Inc.; and Misonix, Inc.</u>**
  *United States District Court, Central District of California (Case No. CV97-2431 WDK (BQRx))*
  Trial and deposition testimony and expert report: lost profits, reasonable royalty, and prejudgment interest involving a patent directed to ultrasonic liposuction.

- **<u>Hyundai Electronics Industries Co., Ltd.</u> v. NEC Corp. and NEC Electronics, Inc.**
  *United States District Court, Eastern District of Virginia (Case No. 97-2030A, Case No. 97-2031A, Case No. 98-118-A)*
  Deposition testimony and expert report: reasonable royalty and prejudgment interest involving patents directed to semiconductor technology.

- **Hitachi, LTD. v. <u>Samsung Display Devices Co., LTD.; Samsung Display Devices, Inc.; Samsung Electronics Co., LTD.; Samsung Electronics America, Inc.; and Office Depot, Inc.</u>**
  *United States District Court, Eastern District of Virginia (Case No. 97-1988-A)*
  Deposition testimony and expert report: reasonable royalty and prejudgment interest involving patents directed to various aspects of cathode ray tubes.

- **<u>Stairmaster Sports/Medical Products, a Limited Partnership</u> v. Groupe Procycle, Inc. and Procycle USA, Inc.**
  *United States District Court, District of Delaware (Case No. 97-396 MMS)*
  Deposition testimony and expert report: lost profits, reasonable royalty, and prejudgment interest involving a patent directed to stair climbing fitness equipment.

- **<u>Angelo Mongiello's Children, LLC</u> v. Pizza Hut, Inc.**
  *United States District Court, Eastern District of New York (Case No. 95 CV 4601)*
  Deposition testimony and expert report: reasonable royalty and prejudgment interest involving a patent directed to a method for forming pizza shells.

- **BTG v. <u>Magellan Corp.</u>; BTG v. Trimble Navigation**
  *United States District Court, Eastern District of Pennsylvania (Case No. 96-CV-7551/Case No. 96-CV-5084 (HB))*
  Deposition testimony and expert reports: reasonable royalty, prejudgment interest, value of inventory on hand, preparation and investments made and business commenced (as of patent reissuance) involving a patent directed to secret or secure communications technology employed in global positioning system products.

- **<u>Micro Chemical, Inc.</u> v. Lextron, Inc.**
  *United States District Court, District of Colorado (Case No. 88-Z-499)*
  Trial and deposition testimony and expert report: lost profits, price erosion, reasonable royalty, and prejudgment interest involving a patent directed to feed additive weigh/mix dispensing machines.

- **Thai Merry Co., Ltd.; Honson Marketing Group, Inc.; and Calico Brands, Inc. v. <u>BIC Corp.</u>**
  *United States District Court, Central District of California (Case No. 96-5256 WJR (BQRx))*
  Deposition testimony and expert report: lost profits, reasonable royalty, and prejudgment interest involving patents directed to child-resistant disposable cigarette lighters.

- **Radco, Inc. v. Shell Oil Co.; Foster Wheeler USA Corp.; Lyondell-Citgo Refining Co., LLC; Petro-Chem Development Co. Inc.; and Marathon Oil Co.**
  *United States District Court, Northern District of Oklahoma (Case No. 93-C 1102)*
  Deposition testimony and expert report: reasonable royalty involving a patent directed to coker heater refinery equipment.

- **Beloit Corp. v. Valmet Corp., et al.**
  *United States District Court, Western District of Wisconsin (Case No. 96-C-0087-C)*
  Trial testimony and expert report: lost profits, reasonable royalty, and prejudgment interest involving patents directed to the dryer section of paper making machines.

- **Burke, Inc. v. Everest & Jennings, Inc. et al./Burke, Inc. v. Invacare Corp.**
  *United States District Court, California Central District (Case No. 89-2613 (KMW)/Case No. 90-787 (KMW))*
  Trial and deposition testimony and expert report: lost profits, reasonable royalty, and prejudgment interest over a patent directed to three wheel motorized scooter technology.

- **Bauer Inc. v. Rollerblade, Inc.**
  *United States District Court, Eastern District of Virginia (Case No. 96-952-A)*
  Deposition testimony and expert report: lost profits, reasonable royalty, and prejudgment interest involving a patent directed to a hybrid stitched and molded skate boot design.

- **Mettler - Toledo A.G. v. Denver Instrument Co., et al.**
  *United States District Court, Eastern District of Virginia (Case No. 95-1055-A)*
  Deposition testimony and expert report: lost profits, reasonable royalty, and prejudgment interest involving patents directed to analytical and precision balances.

- **Bristol-Myers Squibb Co. v. Abbott Laboratories**
  *United States District Court, Southern District of Indiana (Case No. EV 94-56-C)*
  Trial and deposition testimony and expert report: reasonable royalty involving a patent directed to a guiding device used in enteral delivery set assemblies.

- **Crown Equipment Corp. v. The Raymond Corp.**
  *United States District Court, Northern District of Ohio (Case No. 3:93CV7356)*
  Trial and deposition testimony and expert report: lost profits, reasonable royalty, and prejudgment interest involving a patent directed to lift truck technology.

- **Mitsubishi Kasei Corp.; and Mitsubishi Kasei America, Inc. v. Virgle Hedgcoth; and Mertec Licensing Technology**
  *United States District Court, Northern District of California (Case No. 94-1971 SAW (JSB))*
  Deposition testimony and expert report: reasonable royalty involving a patent directed to sputtered rigid disks used in personal computers.

- **Travelers Express Co. Inc. v. The Standard Register Co.**
  *United States District Court, District of Minnesota (Case No. 4-93-436)*
  Deposition testimony and expert report: lost profits, reasonable royalty, patent misuse, and prejudgment interest involving patents directed to money order dispensers.

- **Dow Chemical Co. v. The United States**
  *Court of Federal Claims (Case No. 19-83C)*
  Trial and deposition testimony: measure and amount of delay compensation in an eminent domain case over the taking of a patent directed to the back - filling of abandoned coal mines.

**Patent Cases – Injunctive Relief**

- **Biogen International GmbH and Biogen MA, Inc. v. Amneal Pharmaceuticals LLC**
  *United States District Court, District of Delaware (Cases 17-cv-823-LPS (Consolidated); 17-cv-00875-UNA (Sawai USA, Inc. and Sawai Pharmaceutical Co., Ltd.); 17-cv-00847 (Shilpa Medicare Limited); 17-cv-00954-UNA and 19-cv-00333-UNA (Zydus Pharmaceuticals USA, Inc.); 17-cv-00824-UNA (Aurobindo Pharma USA, Inc. and Aurobindo Pharma USA LLC); 17-cv-00825-UNA and 19-cv-00211-UNA (Hetero USA, Inc., Hetero Labs Limited Unit-III, and Hetero Labs Limited); 17-cv-00845-UNA (MSN Laboratories Private Ltd. and MSN Pharmaceuticals, Inc.); and 17-cv-00827-UNA and 17-cv-00874-UNA (Prinston Pharmaceutical, Inc. and Sandoz, Inc.))*
  Trial and deposition testimony and expert report: commercial success and injunctive relief covering patents directed to oral medication for the treatment of multiple sclerosis.

- **Biogen International GmbH and Biogen MA, Inc. v. Mylan Pharmaceuticals, Inc.**
  *United States District Court, Northern District of West Virginia (Case No. 17-cv-00116-IMK)*
  Deposition testimony and expert report: commercial success and injunctive relief covering patents directed to oral medication for the treatment of multiple sclerosis.

- **BASF Plant Science, LP v. Commonwealth Scientific and Industrial Research Organisation; and Commonwealth Scientific and Industrial Research Organisation, Grains Research and Development, Corp., and Nuseed Pty Ltd. v. BASF Plant Science, LP and Cargill, Inc.**
  *United States District Court, Eastern District of Virginia (Case No. 17-cv-503-HCM)*
  Trial and deposition testimony and expert report: reasonable royalty damages and injunctive relief covering patents directed to the production of plant-derived omega-3 oils.

- **Fresenius Kabi USA, LLC v. Fera Pharmaceuticals, LLC and Oakwood Laboratories, LLC**
  *United States District Court, District of New Jersey (Case No. 15-03654-KM-MAH)*
  Deposition testimony and expert declarations: antitrust liability and damages; commercial success and preliminary injunctive relief involving patents directed to injectable drug treatment of myxedema coma.

- **Dominion Resources, Inc., and Virginia Electric and Power Company v. Alstom Grid, Inc.**
  *United States District Court, Eastern District of Pennsylvania*
  Trial and deposition testimony and expert report: permanent injunction involving patents directed to a system and process that dynamically samples smart meters in order to achieve voltage optimization.

- **Integra Lifesciences Corporation, Integra Lifesciences Sales, LLC, Confluent Surgical, Inc., and Incept, LLC v. Hyperbranch Medical Technology, Inc.**
  *United States District Court, District of Delaware (Case No. 15-cv-00819)*
  Trial and deposition testimony and expert reports: lost profits, price erosion, reasonable royalty, prejudgment interest, preliminary relief, and commercial success involving patents directed to cranial and spinal dural repair sealants.

- **Antares Pharma, Inc. v. Medac Pharma, Inc., Medac GmbH, Becton Dickinson France S.A.S., and Becton, Dickinson and Company**
  *United States District Court, District of Delaware (C.A. No. 14-270-SLR)*
  Deposition testimony and expert report: irreparable harm, balance of hardships, and public interest involving patents directed to methotrexate autoinjector products.

- **Delavau, LLC v. J.M. Huber Corporation and J.M. Huber Micropowders Inc.**
  *United States District Court, District of New Jersey (Case No. 12-05378 (ES)(SCM)))*
  Deposition testimony and expert declaration: preliminary injunctive relief involving patents directed to dietary calcium supplements.

- **Dyson Technology Limited and Dyson, Inc.** v. Cornucopia Products, LLC
  *United States District Court, District of Arizona (Case No. 2:12-cv-00924-ROS)*
  Hearing testimony and expert declaration: irreparable harm involving patents directed to bladeless fans.

- **Novozymes A/S and Novozymes North America, Inc.** v. **Danisco A/S; Genecor International Wisconsin, Inc.; Danisco US Inc.; and Danisco USA Inc.**
  *United States District Court, Western District of Wisconsin (Case No. 10-CV-251)*
  Trial and deposition testimony and expert report and expert declaration: lost profits, reasonable royalty, prejudgment interest and irreparable harm involving a patent directed to alpha-amylases used for fuel ethanol.

- **LifeWatch Services, Inc. and Card Guard Scientific Survival, LTD.** v. **Medicomp, Inc. and United Therapeutics Corp.**
  *United States District Court, Middle District of Florida, Orlando Division (Case No. 6:09-cv-1909-Orl-31DAB)*
  Hearing and deposition testimony and expert declaration: preliminary injunctive relief involving patents directed to ambulatory arrhythmia monitoring solutions.

- **Verizon Services Corp. and Verizon Laboratories, Inc.** v. **Vonage Holdings Corp. and Vonage America, Inc.**
  *United States District Court, Eastern District of Virginia (Case No. 1:06CV682)*
  Trial and deposition testimony and expert report: permanent injunction, lost profits and reasonable royalty involving patents directed to Voice over Internet Protocol (VoIP) platforms.

- **Riverwood International Corp.** v. **MeadWestvaco Corp.**
  *United States District Court, Northern District of Georgia (Case No. 1:03-CV-1672 (TWT))*
  Deposition testimony and expert report: irreparable harm involving a patent directed to 2x6 beverage cartons.

**Patent Cases – Commercial Success**

- **Genzyme Corporation and The Regents of the University of Michigan** v. Apotex, Inc., Apotex Corp., Dr. Reddy's Laboratories, Inc., Dr. Reddy's Laboratories, Ltd., and Aizant Drug Research Solutions Private Ltd.
  *United States District Court, District of Delaware (Case No. 1:18-cv-01795 (CFC))*
  Deposition testimony and expert report: commercial success involving patents directed to the treatment of Gaucher disease.

- **Baxalta Incorporated, Baxalta US Inc., and Nektar Therapeutics** v. **Bayer Healthcare LLC**
  *United States District Court, District of Delaware (Case No. 17-1316-RGA)*
  Deposition testimony and expert report: commercial success involving patents directed to the treatment of hemophilia.

- **Biogen International GmbH and Biogen MA, Inc.** v. Amneal Pharmaceuticals LLC
  *United States District Court, District of Delaware (Cases 17-cv-823-LPS (Consolidated); 17-cv-00875-UNA (Sawai USA, Inc. and Sawai Pharmaceutical Co., Ltd.); 17-cv-00847 (Shilpa Medicare Limited); 17-cv-00954-UNA and 19-cv-00333-UNA (Zydus Pharmaceuticals USA, Inc.); 17-cv-00824-UNA (Aurobindo Pharma USA, Inc. and Aurobindo Pharma USA LLC); 17-cv-00825-UNA and 19-cv-00211-UNA (Hetero USA, Inc., Hetero Labs Limited Unit-III, and Hetero Labs Limited); 17-cv-00845-UNA (MSN Laboratories Private Ltd. and MSN Pharmaceuticals, Inc.); and 17-cv-00827-UNA and 17-cv-00874-UNA (Prinston Pharmaceutical, Inc. and Sandoz, Inc.))*
  Trial and deposition testimony and expert report: commercial success and injunctive relief covering patents directed to oral medication for the treatment of multiple sclerosis.

- **Biogen International GmbH and Biogen MA, Inc.** v. Mylan Pharmaceuticals, Inc.
  *United States District Court, Northern District of West Virginia (Case No. 17-cv-00116-IMK)*
  Deposition testimony and expert report: commercial success and injunctive relief covering patents directed to oral medication for the treatment of multiple sclerosis.

- **Mylan Pharmaceuticals, Inc. v. Biogen MA, Inc.**
  *The United States Patent and Trademark Office (Case No. IPR2018-01403)*
  Deposition testimony and expert report: commercial success covering patents directed to oral medication for the treatment of multiple sclerosis.

- **Teva Pharmaceuticals International GmbH, Cephalon, Inc., and Eagle Pharmaceuticals, Inc.** v. **Apotex, Inc., Apotex Corp., Fresenius Kabi USA, LLC, Mylan Laboratories Ltd., and Slayback Pharma Limited Liability Company**
  *United States District Court, District of Delaware (Case No. 17-cv-1154-CFC)*
  Trial and deposition testimony and expert report: commercial success covering patents directed to an injectable chemotherapy drug for the treatment of blood cancer.

- **Astellas Pharma, Inc., Astellas US LLC, Astellas Pharma US, Inc., Medivation LLC, Medivation Prostate Therapeutics LLC, Pfizer, Inc., and The Regents of the University of California** v. Actavis Laboratories FL, Inc., Actavis LLC, Apotex, Inc., Apotex Corp., Zydus Pharmaceuticals (USA), Inc., Cadila Healthcare Limited, Roxane Laboratories, Inc., West-Ward Pharmaceuticals Corp., and West-Ward Pharmaceuticals International Limited
  *United States District Court, District of Delaware (Case No. 16-cv-1120)*
  Deposition testimony and expert report: commercial success involving patents directed to the treatment of prostate cancer.

- **Valeant Pharmaceuticals International, Inc., Salix Pharmaceuticals, Inc., Progenics Pharmaceuticals, Inc., and Wyeth LLC** v. Actavis Laboratories FL, Inc.
  *United States District Court, District of New Jersey (Case No. 2:16-cv-09038 (SRC)(CLW))*
  Deposition testimony and expert report: commercial success covering patents directed to an oral treatment of opioid-induced constipation (OIC) indications.

- **Nichia Corporation** v. Vizio, Inc.
  *United States District Court, Central District of California (Case No. 8:16-cv-00545)*
  Deposition testimony and expert report: reasonable royalty damages and commercial success involving patents directed to light emitting diodes (LEDs).

- **Valeant Pharmaceuticals International, Inc., Salix Pharmaceuticals, Inc., Progenics Pharmaceuticals, Inc., and Wyeth LLC** v. Mylan Pharmaceuticals, Inc., Mylan Laboratories Ltd., Mylan, Inc., and Actavis LLC
  *United States District Court, District of New Jersey (Case No. 2:15-08180 (SRC)(CLW))*
  Deposition testimony and expert report: commercial success covering patents directed to an intravenous treatment of opioid induced constipation (OIC) indications.

- **Eli Lilly and Company** v. Teva Pharmaceuticals USA, Inc.
  *United States District Court, Southern District of Indiana, Indianapolis Division (Case No. 16-cv-596)*
  Deposition testimony and expert report: commercial success covering a patent directed to treatment of postmenopausal osteoporosis.

- **Integra Lifesciences Corporation, Integra Lifesciences Sales, LLC, Confluent Surgical, Inc., and Incept, LLC** v. Hyperbranch Medical Technology, Inc.
  *United States District Court, District of Delaware (Case No. 15-cv-00819)*
  Trial and deposition testimony and expert reports: lost profits, price erosion, reasonable royalty, prejudgment interest, preliminary relief, and commercial success involving patents directed to cranial and spinal dural repair sealants.

- **VIVUS, Inc. v. Actavis Laboratories FL, Inc.**
  *United States District Court, District of New Jersey (Case No. 14-cv-3786-SRC-CLW; 15-cv-1636-SRC-CLW; and 15-CV-02693-SRC-CLW)*
  Deposition testimony and expert reports: commercial success involving patents directed to an immediate release/extended release combination drug used for chronic weight management.

- **Fresenius Kabi USA, LLC v. Fera Pharmaceuticals, LLC and Oakwood Laboratories, LLC**
  *United States District Court, District of New Jersey (Case No. 15-03654-KM-MAH)*
  Deposition testimony and expert declarations: antitrust liability and damages; commercial success and preliminary injunctive relief involving patents directed to injectable drug treatment of myxedema coma.

- **In the Matter of Certain Magnetic Data Storage Tapes and Cartridges Containing the Same (Sony Corporation, Sony Corporation of America, and Sony Electronics, Inc. (Respondents))**
  *United States International Trade Commission (Investigation No. 337-TA-1012)*
  Trial and deposition testimony and expert report: economic evaluation of FRAND, commercial success, bond, remedy, domestic industry, and public interest issues involving patents directed to certain magnetic data storage tapes and cartridges.

- **Noven Pharmaceuticals, Inc. v. Actavis Laboratories UT, Inc.**
  *United States District Court, District of Delaware (Case No. 15-249 (LPS))*
  Trial and deposition testimony and expert report: commercial success involving patents directed to an estrogen therapy patch.

- **Sebela International, Ltd. v. Actavis Laboratories FL, Inc., Actavis Pharma, Inc., Andrx Corp., and Actavis, Inc.; Sebela International Ltd. v. Prinston Pharmaceutical, Inc., Solco Healthcare U.S., LLC, and Huahai US, Inc.**
  *United States District Court, District of New Jersey (Case No. 14-cv-06414 (CCC-JBC) and 14-cv-07400 (CCC-JBC); consolidated with Case No. 15-cv-05308)*
  Trial and deposition testimony and expert report: commercial success involving patents directed to a non-hormonal product indicated for the treatment of moderate to severe vasomotor symptoms (VMS) associated with menopause.

- **Meda Pharmaceuticals, Inc. and Cipla, Ltd. v. Apotex, Inc. and Apotex Corp.**
  *United States District Court, District of Delaware (Case No. 14-1453-LPS)*
  Trial and deposition testimony and expert declaration: commercial success involving patents directed to a combination formulation drug used to treat seasonal allergic rhinitis.

- **Arctic Cat, Inc., v. Polaris Industries, Inc.**
  *The United States Patent and Trademark Office (Cases IPR2015-01781; IPR2015-01783)*
  Deposition testimony and expert declaration: commercial success involving patents directed to side-by-side all-terrain vehicles.

- **Innopharma Inc., Mylan Pharmaceuticals, Inc., et al. v. Senju Pharmaceutical Co., Ltd., Bausch & Lomb, Inc., and Bausch & Lomb Pharma Holdings Corp.**
  *The United States Patent and Trademark Office (Case Nos. IPR2015-00902 and IPR2015-00903)*
  Deposition testimony and expert declaration: commercial success involving patents directed to nonsteroidal anti-inflammatory drugs (NSAIDs) used to treat post-cataract surgery inflammation and pain.

- **Lupin Ltd. and Lupin Pharmaceuticals, Inc. v. Senju Pharmaceutical Co., Ltd.**
  *The United States Patent and Trademark Office (Case Nos. IPR2015-01097; IPR2015-01105; IPR2015-01099; and IPR2015-01100)*
  Deposition testimony and expert declaration: commercial success involving patents directed to nonsteroidal anti-inflammatory drugs (NSAIDs) used to treat post-cataract surgery inflammation and pain.

- **Senju Pharmaceutical Co., Ltd., Bausch & Lomb, Inc., and Bausch & Lomb Pharma Holdings Corp.** v. Innopharma Inc., Lupin Pharmaceuticals, Inc., et al.
  *United States District Court, District of New Jersey (Case Nos. 14-cv-00667-JBS-KMW; 14-cv-04149-JBS-KMW; 14-cv-05144-JBS-KMW; 15-cv-00335-JBS-KMW; 14-cv-06893-JBS-KMW; and 15-cv-03240-JBS-KMW)*
  Deposition testimony and expert declaration: commercial success involving patents directed to nonsteroidal anti-inflammatory drugs (NSAIDs) used to treat post-cataract surgery inflammation and pain.

- **Arctic Cat, Inc., v. Polaris Industries, Inc.**
  *The United States Patent and Trademark Office (Case IPR2014-01427)*
  Deposition testimony and expert declaration: commercial success involving patents directed to side-by-side all-terrain vehicles.

- **Intendis GmbH, Intraserv GmbH & Co. KG and Bayer Healthcare Pharmaceuticals Inc.,** v. **Glenmark Generics Ltd. and Glenmark Generics Inc., USA.**
  *United States District Court, District of Delaware (Case No. 13-cv-421-SLR)*
  Trial and deposition testimony and expert report: commercial success involving a patent directed to the treatment of certain skin diseases.

- Everlight Electronics Co. Ltd., and Emcore Corporation v. **Nichia Corporation and Nichia America Corporation v. Everlight Americas, Inc.**
  *United States District Court, Eastern District of Michigan, Southern Division (Case No. 4:12-cv-11758 GAD-MKM)*
  Trial and deposition testimony, expert report and declaration: commercial success, lost profits, reasonable royalty, and prejudgment interest involving patents directed to LEDs.

- **Bayer Healthcare Pharmaceuticals, Inc. and Dow Pharmaceutical Sciences, Inc.** v. **River's Edge Pharmaceuticals, LLC, Teresina Holdings, LLC, Medical Products Laboratories, Inc. and Stayma Consulting Services, LLC**
  *United States District Court, Northern District of Georgia, Atlanta Division (Case No. 11-cv-01634-RLV)*
  Deposition testimony and expert report: commercial success involving a patent directed to the treatment of certain skin diseases.

- **JDS Therapeutics, LLC and Nutrition 21, LLC v. Pfizer Inc., Wyeth LLC, Wyeth Consumer Healthcare Ltd., and Wyeth Consumer Healthcare LLC**
  *United States District Court, Southern District of New York (Case No. 1:12-cv-09002-JSR)*
  Deposition testimony and expert report: commercial success, reasonable royalty, and unjust enrichment involving patents and trade secrets directed to the use of chromium picolinate in multi-vitamins.

- **Ferring, B.V.** v. Watson Laboratories, Inc. – Florida, Apotex Inc., and Apotex Corp.
  *United States District Court, District of Nevada (Case Nos.3:11-cv-00481-RCJ-VPC, 3:11-cv-00485-RCJ-VPC, 3:11-cv-00853-RCJ-VPC, 3:11-cv-00854-RCJ-VPC, 2:12-cv-01935-RCJ-VPC, and 2:12-cv-01941-RCJ-VPC)*
  Deposition testimony and expert report: commercial success involving patents directed to the treatment of menorrhagia.

- **Medicis Pharmaceutical Corporation; Dow Pharmaceutical Sciences, Inc.; and Alyzan, Inc.** v. **Actavis Mid Atlantic LLC**
  *United States District Court, District of Delaware (Case No. 11-CV-409)*
  Deposition testimony and expert report: commercial success involving a patent directed to delivery vehicles for treatment of dermatological disorders.

- **Galderma Laboratories, L.P.; Galderma S.A.; and Galderma Research & Development, S.N.C. v. Tolmar Inc.; and Actavia Mid Atlantic LLC**
  *United States District Court, District of Delaware (Case No. 10-cv-45 (LPS))*
  Trial and deposition testimony and expert report: commercial success involving a patent directed to treatment of dermatological disorders.

- **Pronova Biopharma Norge AS v. Teva Pharmaceuticals USA, Inc.; Apotex Corp. and Apotex Inc.; Par Pharmaceutical, Inc.; and Par Pharmaceutical Companies, Inc.**
  *United States District Court, District of Delaware (Case Nos. 09-286-SLR/09-304-SLR/09-305-SLR-MPT)*
  Trial and deposition testimony and expert report: commercial success covering patents directed to treatment of HDL cholesterol and hypertriglyceridemia.

- **Eli Lilly and Company v. Wockhardt Limited and Wockhardt USA, Inc.**
  *United States District Court, District of Indiana, Indianapolis Division (Case No. 1:08-cv-1547-WTL-TAB)*
  Deposition testimony and expert report: commercial success covering a patent directed to treatment of depression, anxiety and pain.

- **Acorda Therapeutics, Inc. v. Apotex Inc. and Apotex Corp.**
  *United States District Court, District of New Jersey (Case No. 2:07-cv-04937-JAG-MCA)*
  Trial and deposition testimony and expert report: commercial success covering a patent directed to treatment of spasticity.

- **Medeva Pharma Suisse A.G. and Procter & Gamble Pharmaceuticals, Inc. v. Roxane Laboratories, Inc.**
  *United States District Court, District of New Jersey (Case No. 3:07-CV-05165-FLW-TJB)*
  Deposition testimony and expert report: commercial success involving a patent directed to treatment of ulcerative colitis.

- **Otsuka Pharmaceutical Co, Ltd., Inc., et al. v. Sandoz, Inc., et al.**
  *United States District Court, District of New Jersey (Case No. 07-cv-01000)*
  Trial and deposition testimony and expert report: commercial success covering a patent directed to the active ingredient of an atypical antipsychotic drug.

- **Janssen-Ortho Inc. and Daiichi Pharmaceutical Co., Ltd v. Novopharm Ltd.**
  *Federal Court of Canada (Case No. T-2175-04)*
  Trial testimony (written) and affidavit: commercial success covering a patent directed to the active ingredient of an anti-infective drug.

- **Janssen-Ortho Inc. and Daiichi Pharmaceutical Co., Ltd v. The Minister of Health; and Apotex Inc.**
  *Federal Court of Canada (Case No. T-1508-05)*
  Deposition testimony and expert report: commercial success interest involving a patent directed to an anti-infective drug.

- **Ortho-McNeil Pharmaceutical, Inc., et al. v. Mylan Laboratories**
  *United States District Court, Northern District of West Virginia (Case No. 1:02CV32)*
  Trial and deposition testimony and expert report: commercial success covering a patent directed to the active ingredient of an anti-infective drug.

- **Elan Corp., PLC v. Andrx Pharmaceuticals, Inc.**
  *United States District Court, Southern District of Florida (Case No. 98-7164)*
  Trial and deposition testimony and expert report: commercial success covering a patent directed to controlled release dosing of a nonsteroid anti-inflammatory drug.

## Patent Cases – Other

- **MPEG LA, LLC v. Toshiba American Information Systems, Inc.**
  *Supreme Court of the State of New York, County of New York (Index No. 162716/2015)*
  Deposition testimony and expert report: contract transfer and patent misuse involving patents directed to digital television standards.

- **Fresenius Kabi USA, LLC v. Fera Pharmaceuticals, LLC and Oakwood Laboratories, LLC**
  *United States District Court, District of New Jersey (Case No. 15-03654-KM-MAH)*
  Deposition testimony and expert declarations: antitrust liability and damages; commercial success and preliminary injunctive relief involving patents directed to injectable drug treatment of myxedema coma.

- **Travelers Express Co. Inc. v. The Standard Register Co.**
  *United States District Court, District of Minnesota (Case No. 4-93-436)*
  Deposition testimony and expert report: lost profits, reasonable royalty, patent misuse and prejudgment interest involving patents directed to money order dispensers.

## Trade Secret Cases

- **Colony Grill Development, LLC and Fairfield Colony, LLC v. Colony Grill, Inc. and Colony Grill of Stamford, LLC v. Paul Coniglio, Kenneth M. Martin, Cody L. Lee, and Christopher Drury**
  *United States District Court, District of Connecticut (Case No. 3:20-CV-00213)*
  Deposition testimony and expert report: damages and disgorgement of profits associated with alleged breach of contract, trademark infringement, unfair competition and unfair trade practices, theft of trade secrets, and breach of good faith and fair dealing in case involving pizza restaurants.

- **CODA Development s.r.o., CODA Innovations s.r.o., and Frantisek Hrabal v. The Goodyear Tire & Rubber Company, Robert Benedict, and Robert Losey**
  *United States District Court, Northern District of Ohio, Eastern Division (Case No. 5:15-cv-01572-SL)*
  Deposition testimony and expert report: damages and profits associated with alleged misappropriation of trade secrets involving self-inflating tires.

- **FMC Corporation v. Syngenta Crop Protection, AG; Syngenta Crop Protection, AG v. FMC Corporation**
  *American Arbitration Association (Case Nos. 01-19-0002-4192 and 01-19-0002-4208)*
  Arbitration hearing and deposition testimony and expert report: injunctive relief and damages related to alleged misappropriation of trade secrets and breach of contract involving crop herbicides.

- **JELD-WEN, Inc. v. John Ambruz and Global Strategic Partners LLC**
  *American Arbitration Association (Case No. 01-17-0007-0838)*
  Hearing and deposition testimony and expert report: damages and reasonable royalty associated with alleged misappropriation of trade secrets and breach of contract involving the production of molded door skins.

- **NCR Corporation v. Pendum LLC and Burroughs, Inc.**
  *United States District Court, Northern District of Georgia (Case No. 16-cv-04114-SCJ)*
  Deposition testimony and expert report: damages associated with lost profits, price erosion, unjust enrichment, and economic effects and harm associated with alleged misappropriation of trade secrets, copyright infringement, trademark infringement, breach of contract, and tortious interference with current and prospective business relations in case involving the servicing of automatic teller machines (ATMs).

- **Cedars-Sinai Medical Center v. <u>Quest Diagnostics Inc. and Quest Diagnostics Nichols Institute</u>**
  *United States District Court, Central District of California, Western Division (Case No. 17-cv-5169-GW-FFM)*
  Deposition testimony and expert report: damages associated with alleged misappropriation of trade secrets, breach of contract, and patent infringement involving diagnostic testing for irritable bowel syndrome (IBS).

- **Steves and Sons, Inc. v. <u>JELD-WEN, Inc.</u>**
  *United States District Court, Eastern District of Virginia, Richmond Division (Case No. 16-cv-00545-REP)*
  Trial and deposition testimony and expert report: damages, profits, and reasonable royalty associated with alleged misappropriation of trade secrets and tortious interference with employment contracts and severance agreements involving the production of molded door skins.

- **Luminara Worldwide, LLC v. <u>Shenzhen Liown Electronics Co., Ltd, Central Garden and Pet Co.,</u> et al.; <u>Shenzhen Liown Electronics Co., Ltd, Central Garden and Pet Co.</u> v. Luminara Worldwide, LLC, et al. ; and Luminara Worldwide, LLC v. <u>Shenzhen Liown Electronics Co., Ltd and Central Garden and Pet Co., et al.</u>**
  *United States District Court, District of Minnesota (Case Nos. 14-cv-03103 (SRN/FLN) and 15-cv-03028 (SRN/FLN))*
  Deposition testimony and expert reports: damages associated with alleged patent infringement and breach of contract, and unjust enrichment associated with breach of non-disclosure agreement and use of trade secrets, related to flameless candle technology and distribution.

- **Red Online Marketing Group LP, d/b/a 50onRED v. <u>Revizer Ltd., d/b/a Ad Force Technologies, Ltd., and Revizer Technologies, Ltd.</u>**
  *United States District Court, Eastern District of Pennsylvania (Case No. 14-1353)*
  Deposition testimony and expert report: damages associated with alleged misappropriation of trade secrets, breach of contract, and unfair competition (Lanham Act violations) involving internet monetization products.

- **<u>Thomas C. Sisoian</u> v. International Business Machines Corporation (IBM)**
  *United States District Court, Western District of Texas, Austin Division (Case No. A-14-CA-565-SS)*
  Deposition testimony and expert report: unjust revenues and profits involving misappropriation of trade secrets over developing, implementing, and integrating complex telecommunication information systems.

- **In the Matter of Certain Sulfentrazone, Sulfentrazone Compositions, and Processes for Making Sulfentrazone (<u>FMC</u> (Complainant))**
  *United States International Trade Commission (Investigation No. 337-TA-914)*
  Trial and deposition testimony and expert report: irreparable harm, balance of hardships, and public interest involving a patent directed to a crop herbicide.

- **In the Matter of Certain Opaque Polymers (<u>Organik Kimya</u> (Respondent))**
  *United States International Trade Commission (Investigation No. 337-TA-883)*
  Deposition testimony and expert report: injury, independent economic valuation, and bond involving trade secrets used in the production of opaque polymers.

- **<u>MacDermid, Inc.</u> v. Cookson Group, plc, Cookson Electronics, Enthone, Inc., and David North**
  *United States Superior Court, Judicial District of Waterbury (Case No. x10-cv-09-5014518-d)*
  Deposition testimony and expert report: royalty and prejudgment interest involving the misappropriation of trade secrets directed to chemicals, materials, and technical services used in a possible corporate acquisition.

- **JDS Therapeutics, LLC and Nutrition 21, LLC v. <u>Pfizer Inc., Wyeth LLC, Wyeth Consumer Healthcare Ltd., and Wyeth Consumer Healthcare LLC</u>**
  *United States District Court, Southern District of New York (Case No. 1:12-cv-09002-JSR)*
  Deposition testimony and expert report: commercial success, reasonable royalty, and unjust enrichment involving patents and trade secrets directed to the use of chromium picolinate in multi-vitamins.

- **<u>E. I. du Pont de Nemours and Company</u> v. Kolon Industries, Inc. and Kolon USA, Inc.**
  *United States District Court, Eastern District of Virginia, Richmond Division (Case No. 3:09CV58)*
  Trial and deposition testimony and expert report: unjust enrichment involving misappropriation of trade secrets directed to aramid fiber production.

- **<u>CA, Inc.; Computer Associates Think, Inc.; Platinum Technology International. Inc.; and Platinum Technology IP, Inc.,</u> v. Rocket Software, Inc.**
  *United States District Court, Eastern District of New York (Case No. 07-CV-1476 (ADS)(MLO)*
  Deposition testimony and expert report: lost profits, unjust enrichment, price erosion and prejudgment interest involving copyrights and trade secrets related to DB2 software tools.

- **<u>Sensormatic Electronics Corp.</u> v. The TAG Co. US LLC; Phenix Label Co.; Dennis Gadonniex**
  *United States District Court, Southern District of Florida (Case No. 06-81105-Civ-Hurley/Hopkins)*
  Trial and deposition testimony and expert report: unjust enrichment involving misappropriation of trade secrets directed to loss prevention systems.

- **<u>Cogent Systems, Inc.</u> v. Northrop Grumman Corp.**
  *California Superior Court, County of Los Angeles, Central District (Case No. BC332199)*
  Deposition testimony and expert report: reasonable royalty involving misappropriation of trade secrets directed to fingerprint identification technology.

- **<u>Geomatrix, LLC and David A. Potts</u> v. Infiltration Systems, Inc.**
  *Connecticut Superior Court, District of Middlesex at Middleton (Case No. MMX-CV-05-4004477 S)*
  Deposition testimony and expert disclosure: reasonable royalty involving misappropriation of trade secrets directed to leach field and septic tank technology.

- **McMahon Marketing v. <u>Toyota Motor Sales</u>**
  *California Superior Court, County of Los Angeles (Case No. BC317277)*
  Deposition testimony: damages and profits associated with trade secrets directed to a luxury hotel and automotive partnership.

- **<u>Christopher Karol and Karol Designs, LLC</u> v. Burton Corp.**
  *United States District Court, District of Vermont (Case No. 1:01-CV-178)*
  Deposition testimony and expert report: reasonable royalty and disgorgement of profits involving trade secrets and an NDA directed to snowboard boot and binding technology.

- **<u>Takata Corp.</u> v. AlliedSignal, Inc. and Breed Technologies, Inc.**
  *United States District Court, District of Delaware (Case No. 98-94-MMS)*
  Deposition testimony and expert report: reasonable royalty and prejudgment interest covering patents and trade secrets directed to seatbelt retractors.

- **Trimless-Flashless Design, Inc. v. <u>Augat, Inc.; Thomas & Betts Corp.; and Tyco International, Ltd.</u>**
  *United States District Court, Eastern District of Virginia (Case No. CA00-245-A)*
  Trial and deposition testimony and expert report: damages and profits associated with alleged breach of contract and misappropriation of trade secrets involving metallized particle interconnects used to connect microprocessors with mother boards.

- **Insight Development Corp. v. <u>Hewlett-Packard Co.</u>**
  *United States District Court, Northern District of California (Case No. C 98 3349 CW)*
  Deposition testimony and expert report: damages and profits associated with alleged contract breaches, patent, copyright and trade secret misappropriation/infringement and unfair competition involving digital image processing and transmission, including that over the internet.

- **<u>DSC Communications Corp.</u> v. DGI Technologies, Inc.**
  *United States District Court, Northern District of Texas (Case No. 3:94-CV-1047)*
  Trial testimony and expert report: reasonable royalty involving copyrights, trade secrets and unfair competition over telecommunications switching equipment.

- **<u>Wayne State University; Lumigen Inc.; and A. Paul Schapp</u> v. Irena Bronstein and Tropix Inc.**
  *State of Michigan Circuit Court, County of Wayne and Court of Claims (Case No. 88-804-627 CK/Case No. 88-11871CM)*
  Deposition testimony and expert report: unjust enrichment and lost profits involving trade secrets directed to chemiluminescence (medical detection) technology.

### <u>Trademark Cases</u>

- **Colony Grill Development, LLC and Fairfield Colony, LLC v. <u>Colony Grill, Inc. and Colony Grill of Stamford, LLC</u> v. Paul Coniglio, Kenneth M. Martin, Cody L. Lee, and Christopher Drury**
  *United States District Court, District of Connecticut (Case No. 3:20-CV-00213)*
  Deposition testimony and expert report: damages and disgorgement of profits associated with alleged breach of contract, trademark infringement, unfair competition and unfair trade practices, theft of trade secrets, and breach of good faith and fair dealing in case involving pizza restaurants.

- **<u>Constellation Brands U.S. Operations, Inc.</u> v. The Vineyard House LLC**
  *United States District Court, Northern District of California - Oakland (Case No. 3:20-cv-00238)*
  Trial testimony and expert report: disgorgement of profits associated with alleged trademark infringement, false association, designation of origin, and advertising, and violations of the Lanham Act and other similar state statutes, involving alleged mislabeling of wine.

- **<u>NCR Corporation</u> v. Pendum LLC and Burroughs, Inc.**
  *United States District Court, Northern District of Georgia (Case No. 16-cv-04114-SCJ)*
  Deposition testimony and expert report: damages associated with lost profits, price erosion, unjust enrichment, and economic effects and harm associated with alleged misappropriation of trade secrets, copyright infringement, trademark infringement, breach of contract, and tortious interference with current and prospective business relations in case involving the servicing of automatic teller machines (ATMs).

- **Katherine Dines v. <u>Toys "R" Us-Delaware, Inc.</u>**
  *United States District Court, District of Colorado (Case No. 12-cv-2279-PAB-KMT)*
  Deposition testimony and expert report: profits and prejudgment interest associated with trademark infringement involving a line of stuffed animal toys.

- **<u>The Coryn Group II, LLC</u> v. O.C. Seacrets, Inc.**
  *United States District Court, District of Maryland, Northern Division (Case No. 08-cv-02764-WDQ)*
  Trial testimony and expert report: profits and damages involving the use of "Secrets" trademark in the leisure resort business.

- **YSL Beauté v. <u>Oscar de la Renta, Ltd.</u>**
  *American Arbitration Association (Case No. 13 133 01389 08)*
  Arbitration hearing testimony and expert report: damages associated with alleged breach of contract and trademark infringement involving cosmetics, fragrances and beauty products.

- **Fishman Transducers, Inc. v. <u>Stephen Paul d/b/a "Esteban" Daystar Productions and HSN Interactive LLC</u>**
  *United States District Court, District of Massachusetts (Case No. 07-CA-10071 RCL)*
  Trial and deposition testimony and expert report: damages and profits associated with a trademark directed to guitar transducers.

- **<u>ISP.NET, LLC d/b/a IQuest Internet</u> v. Qwest Communications International, Inc.**
  *United States District Court, Southern District of Indiana, Indianapolis Division (Case No. IP01-0480 C B/S)*
  Deposition testimony and expert report: reasonable royalty, disgorgement of profits and prejudgment interest involving a trademark directed to internet service provision.

- **<u>Fuel Clothing Co., Inc.</u> v. Safari Shirt Co. d/b/a Fuel Clothing Co., Inc.**
  *United States District Court, Western District of Washington at Tacoma (Case No. CO5 5366 KJB))*
  Deposition testimony and expert report: economic harm involving a trademark directed to sports apparel logos.

- **Alpha International, Inc. v. <u>General Foam Plastics Corp.</u>**
  *United States District Court, Eastern District of North Carolina (Case No. 4:01-CV-142-H(3))*
  Deposition testimony and expert report: copyright infringement, trademark infringement, conversion and unjust enrichment involving bowling pin sets and ride-on toys.

- **Fuel TV, Inc. v. <u>Fuel Clothing Co., Inc.</u>**
  *United States District Court, Central District of California, Western Division (Case No. CV03-8248-ABC-VBKx)*
  Deposition testimony and expert report: economic harm involving infringement of trademark used in extreme sports applications.

- **<u>AutoNation, Inc.</u> v. Acme Commercial Corp., et al. (CarMax)**
  *United States District Court, Southern District of Florida (Case No. 96-6141)*
  Trial and deposition testimony and expert report: reasonable royalty associated with trademark infringement and unfair competition in the auto superstore business.

### Copyright Cases

- **<u>ICC Evaluation Service, LLC and International Code Council, Inc.</u> v. International Association of Plumbing and Mechanical Officials, Inc. and IAPMO Evaluation Service, LLC**
  *United States District Court, District of Columbia (Case No. 1:16-cv-54-EGS-DAR)*
  Deposition testimony and expert report: lost profits, unjust enrichment, fair use, and irreparable harm associated with alleged copyright infringement involving compliance and evaluation reports for building products and systems.

- **<u>NCR Corporation</u> v. Pendum LLC and Burroughs, Inc.**
  *United States District Court, Northern District of Georgia (Case No. 16-cv-04114-SCJ)*
  Deposition testimony and expert report: damages associated with lost profits, price erosion, unjust enrichment, and economic effects and harm associated with alleged misappropriation of trade secrets, copyright infringement, trademark infringement, breach of contract, and tortious interference with current and prospective business relations in case involving the servicing of automatic teller machines (ATMs).

- **Syngenta Crop Protection, LLC v. <u>Willowood, LLC, Willowood USA, LLC, Willowood Azoxystrobin, LLC, and Willowood Limited</u>**
  *United States District Court, Middle District of North Carolina (Case No. 1:15-cv-274)*
  Trial and deposition testimony and expert report: damages and prejudgment interest related to alleged patent and copyright infringement involving crop fungicide.

- **American Society for Testing and Materials d/b/a ASTM International; National Fire Protection Association, Inc.; and American Society of Heating, Refrigerating, and Air Conditioning Engineers, Inc. v. Public.Resource.org, Inc.**
  *United States District Court, District of Columbia (Case No. 13-cv-01215-TSC)*
  Deposition testimony and expert report: harm and public interest involving copyrights and trademarks covering standards incorporated by reference into law.

- **Complex Systems, Inc. v. ABN AMRO Bank N.V.**
  *United States District Court, Southern District of New York (Case No. 08-cv-7497)*
  Deposition testimony and expert report: revenues and profits involving copyrighted trade finance software.

- **Shepard Fairey and Obey Giant Art, Inc. v. The Associated Press v. Shepard Fairey; Obey Giant Art, Inc.; Obey Giant LLC; Studio Number One, Inc.; and One 3 Two, Inc.**
  *United States District Court, Southern District of New York (Case No. 09-01123(AKH))*
  Deposition testimony and expert report: fair use, damages and profits involving copyrighted photograph of President Obama.

- **CA, Inc.; Computer Associates Think, Inc.; Platinum Technology International, Inc.; and Platinum Technology IP, Inc., v. Rocket Software, Inc.**
  *United States District Court, Eastern District of New York (Case No. 07-CV-1476 (ADS)(MLO)*
  Deposition testimony and expert report: lost profits, unjust enrichment, price erosion and prejudgment interest involving copyrights and trade secrets related to DB2 software tools.

- **Alpha International, Inc. v. General Foam Plastics Corp.**
  *United States District Court, Eastern District of North Carolina (Case No. 4:01-CV-142-H(3))*
  Deposition testimony and expert report: copyright infringement, trademark infringement, conversion and unjust enrichment involving bowling pin sets and ride-on toys.

- **Insight Development Corp. v. Hewlett-Packard Co.**
  *United States District Court, Northern District of California (Case No. C 98 3349 CW)*
  Deposition testimony and expert report: damages and profits associated with alleged contract breaches, patent, copyright and trade secret misappropriation/infringement and unfair competition involving digital image processing and transmission, including that over the internet.

- **First National Bank of Omaha v. Three Dimensions Systems Products, Inc.**
  *United States District Court, District of Nebraska (Case No. 8:98CV569)*
  Trial and deposition testimony and expert report: damages and profits associated with an alleged contract breach and copyright infringement involving financial services software.

- **Leslie Atkins v. Benson J. Fischer, et al.**
  *United States District Court, District of Columbia (Case No. 1:98CV00800)*
  Deposition testimony and expert report: damages and profits associated with copyright infringement covering beer label and packaging designs.

- **Wrench LLC v. Taco Bell Corp.**
  *United States District Court, Southern District of Michigan (Case No. 1:98-CV-45)*
  Trial and deposition testimony and expert report: unjust enrichment and actual damages involving chihuahua promotional campaign.

- **DSC Communications Corp. v. DGI Technologies, Inc.**
  *United States District Court, Northern District of Texas (Case No. 3:94-CV-1047)*
  Trial testimony and expert report: reasonable royalty involving copyrights, trade secrets and unfair competition over telecommunications switching equipment.

**Breach of Contract Cases**

- **LG Display Co. v. Sharp Corporation**
  *Singapore International Arbitration Centre (SIAC Arbitration No. 435/19/JTA)*
  Trial testimony and expert reports: damages associated with the alleged breach of contract involving licenses and releases related to liquid-crystal display (LCD) and organic light-emitting diode (OLED) display technologies.

- **Colony Grill Development, LLC and Fairfield Colony, LLC v. Colony Grill, Inc. and Colony Grill of Stamford, LLC v. Paul Coniglio, Kenneth M. Martin, Cody L. Lee, and Christopher Drury**
  *United States District Court, District of Connecticut (Case No. 3:20-CV-00213)*
  Deposition testimony and expert report: damages and disgorgement of profits associated with alleged breach of contract, trademark infringement, unfair competition and unfair trade practices, theft of trade secrets, and breach of good faith and fair dealing in case involving pizza restaurants.

- **FMC Corporation v. Syngenta Crop Protection, AG; Syngenta Crop Protection, AG v. FMC Corporation**
  *American Arbitration Association (Case Nos. 01-19-0002-4192 and 01-19-0002-4208)*
  Arbitration hearing and deposition testimony and expert report: injunctive relief and damages related to alleged misappropriation of trade secrets and breach of contract involving crop herbicides.

- **In re: Windstream Holdings, Inc., et al. (Debtors); Windstream Holdings, Inc., et al. v. Charter Communications, Inc. and Charter Communications Operating, LLC**
  *United States Bankruptcy Court, Southern District of New York (Chapter 11, Case No. 19-22312 (RDD); Adv. Pro. No. 19-08246 (RDD))*
  Trial and deposition testimony and expert report: lost profits and increased costs associated with alleged violations of the Lanham Act and other similar state statutes, breach of contract, violation of the Bankruptcy Code's automatic stay, and equitable subordination involving alleged false advertising campaign.

- **JELD-WEN, Inc. v. John Ambruz and Global Strategic Partners LLC**
  *American Arbitration Association (Case No. 01-17-0007-0838)*
  Hearing and deposition testimony and expert report: damages and reasonable royalty associated with alleged misappropriation of trade secrets and breach of contract involving the production of molded door skins.

- **NCR Corporation v. Pendum LLC and Burroughs, Inc.**
  *United States District Court, Northern District of Georgia (Case No. 16-cv-04114-SCJ)*
  Deposition testimony and expert report: damages associated with lost profits, price erosion, unjust enrichment, and economic effects and harm associated with alleged misappropriation of trade secrets, copyright infringement, trademark infringement, breach of contract, and tortious interference with current and prospective business relations in case involving the servicing of automatic teller machines (ATMs).

- **MPEG LA, LLC v. Toshiba American Information Systems, Inc.**
  *Supreme Court of the State of New York, County of New York (Index No. 162716/2015)*
  Deposition testimony and expert report: contract transfer and patent misuse involving patents directed to digital television standards.

- **Cedars-Sinai Medical Center v. Quest Diagnostics Inc. and Quest Diagnostics Nichols Institute**
  *United States District Court, Central District of California, Western Division (Case No. 17-cv-5169-GW-FFM)*
  Deposition testimony and expert report: damages associated with alleged misappropriation of trade secrets, breach of contract, and patent infringement involving diagnostic testing for irritable bowel syndrome (IBS).

- **Western Enterprises, Inc.** v. **Buckeye Rubber & Packaging Co.; Freudenberg-NOK General Partnership, a/k/a Freudenberg-NOK Sealing Technologies, Inc.; and International Seal Company, Inc.** *Court of Common Pleas, Cuyahoga County, Ohio (Case No. 16-869179)*
Deposition testimony and expert report: damages associated with alleged breaches of contract, duty to indemnify, and negligence related to portable oxygen systems.

- **Luminara Worldwide, LLC v. Shenzhen Liown Electronics Co., Ltd, Central Garden and Pet Co., et al.; Shenzhen Liown Electronics Co., Ltd, Central Garden and Pet Co. v. Luminara Worldwide, LLC, et al. ; and Luminara Worldwide, LLC v. Shenzhen Liown Electronics Co., Ltd and Central Garden and Pet Co., et al.**
*United States District Court, District of Minnesota (Case Nos. 14-cv-03103 (SRN/FLN) and 15-cv-03028 (SRN/FLN))*
Deposition testimony and expert reports: damages associated with alleged patent infringement and breach of contract, and unjust enrichment associated with breach of non-disclosure agreement and use of trade secrets, related to flameless candle technology and distribution.

- **Red Online Marketing Group LP, d/b/a 50onRED v. Revizer Ltd., d/b/a Ad Force Technologies, Ltd., and Revizer Technologies, Ltd.**
*United States District Court, Eastern District of Pennsylvania (Case No. 14-1353)*
Deposition testimony and expert report: damages associated with alleged misappropriation of trade secrets, breach of contract, and unfair competition (Lanham Act violations) involving internet monetization products.

- **Luminara Worldwide, LLC v. Shenzhen Liown Electronics Co., Ltd.**
*State of Minnesota District Court, County of Hennepin Fourth Judicial District (Case No. 27-CV-14-16085)*
Deposition testimony and expert report: damages associated with alleged breaches of contract and duty of good faith and fair dealing related to agreements to manufacture flameless candles.

- **ABS Holdings, Ltd. and ABS Global, Ltd. v. KT Corporation and KTSAT Corporation**
*International Court of Arbitration of the International Chamber of Commerce*
Arbitration hearing testimony and expert declaration: damages associated with alleged breaches of contract involving the sale and on-going operations of a satellite.

- **Bayer CropScience AG and Bayer CropScience NV v. Dow AgroSciences LLC, Mycogen Plant Science Inc., Agrigenetics, Inc. d/b/a Mycogen Seeds LLC, and Phytogen Seed Company, LLC**
*International Chamber of Commerce (Case No. 18892/VRO /AGF)*
Arbitration hearing testimony and expert report: damages associated with alleged breach of contract and patent infringement involving genetically modified seed.

- **Immunomedics Inc.** v. **Nycomed GmnH (n/k/a Takeda GmbH), Takeda Pharmaceutical Company Limited, and Takeda Pharmaceuticals International, Inc.**
*International Center for Dispute Resolution*
Arbitration hearing testimony and expert report: diminution of value associated with the delayed/failed development of a monoclonal antibody drug to treat various autoimmune diseases.

- **Avocent Redmond Corp. v. Raritan Americas, Inc.**
*United States District Court, Southern District of New York (Case No. 10-cv-6100 (PKC)(JLC))*
Deposition testimony and expert report: lost profits, lost royalties, reasonable royalty and prejudgment interest involving a patent and contract directed to software and hardware products and technologies that provide connectivity and centralized management of IT infrastructure through KVM switches.

- **General Assurance of America, Inc. v. <u>Overby-Seawell Company</u>**
  *United States District Court, Eastern District of Virginia, Alexandria Division (Case No. 1:11CV483)*
  Deposition testimony and expert report: damages and profits associated with obligations arising from a contract involving specialized insurance products.

- **<u>Frontline Placement Technologies, Inc.</u> v. CRS, Inc.**
  *United States District Court, Eastern District of Pennsylvania (Case No. 2:07-CV-2457)*
  Deposition testimony and expert report: lost profits, lost royalties, reasonable royalty and prejudgment interest involving a patent and contract directed to automated substitute fulfillment software.

- **<u>Amkor Technology, Inc.</u> v. Tessera, Inc.**
  *International Chamber of Commerce, International Court of Arbitration (Case No. 166531/VRO*
  Arbitration hearing and deposition testimony and expert report: royalty payments due under a contract directed to semiconductor packaging technology.

- **Max-Planck-Gesellschaft zur Förderung der Wissenschaften E. V.; Max-Planck-Innovation GmbH; and Alnylam Pharmaceuticals, Inc. v. <u>Whitehead Institute for Biomedical Research; Massachusetts Institute of Technology; and the Board of Trustees of the University of Massachusetts</u>**
  *United States District Court, District of Massachusetts (Case No. 2009-11116-PBS)*
  Deposition testimony and expert report: damages and profits associated with contracts covering the transfer and sharing of RNAi technology.

- **YSL Beauté v. <u>Oscar de la Renta, Ltd.</u>**
  *American Arbitration Association (Case No. 13 133 01389 08)*
  Arbitration hearing testimony and expert report: damages associated with alleged breach of contract and trademark infringement involving cosmetics, fragrances, and beauty products.

- **IMTEC Imaging LLC v. <u>CyberMed, Inc.</u>**
  *JAMS Arbitration (Reference No. 1410005418)*
  Arbitration hearing and deposition testimony and expert report: lost profits and development costs associated with the alleged breach of a contract involving a software license agreement directed to cone beam computed tomography machines used in dental applications.

- **<u>Biosynexus, Inc.</u> v. Glaxo Group Limited and MedImmune, Inc.**
  *New York Supreme Court, County of New York (Case No. 604485/05)*
  Deposition testimony and expert report: diminution of value associated with the delayed/failed development of a pediatric anti-infective drug.

- **<u>Indiana Mills & Manufacturing, Inc.</u> v. Dorel Industries, Inc.**
  *United States District Court, Southern District of Indiana (Case No. 1:04-CV-1102)*
  Deposition testimony and expert report: damages and profits associated with alleged contract breach and patent infringement involving technology directed to automobile child restraint systems.

- **ETEX Corp. v. <u>Medtronic, Inc.; Medtronic International Limited; and Medtronic Sofamor Danek, Inc.</u>**
  *CPR Institute for Dispute Resolution*
  Arbitration hearing and deposition testimony and expert report: lost revenues and profits associated with alleged contractual breaches and antitrust violations involving spinal implant materials.

- **<u>Audiotext International, Ltd. and New Media Group, Inc.</u> v. Sprint Communications Co., L.P.**
  *United States District Court, Eastern District of Pennsylvania (Case No. 03-CV-2110)*
  Deposition testimony and expert report: non-delivery damages involving contracts covering resale of telecommunications services.

- **Medtronic Sofamor Danek, Inc. v. Gary K. Michelson, M.D. and Karlin Technology, Inc.**
  *United States District Court, Western District of Tennessee (Case No. 01-2373 GV)*
  Trial and deposition testimony and expert report: damages and profits associated with alleged contractual breaches, tortious interference and intentional negligent representations involving spinal implants.

- **Honeywell International, Inc. and GEM Microelectronic Materials LLC v. Air Products and Chemicals, Inc. and Ashland, Inc.**
  *Delaware Chancery Court, County of New Castle (Case No. 20434-NC)*
  Trial and deposition testimony and expert report: lost profits associated with alleged contractual breach and tortious interference as well as irreparable harm inquiry involving a strategic alliance to provide electronic chemicals, gases and services to the semiconductor industry.

- **Christopher Karol; and Karol Designs, LLC v. Burton Corp.**
  *United States District Court, District of Vermont (Case No. 1:01-CV-178)*
  Deposition testimony and expert report: reasonable royalty and disgorgement of profits involving trade secrets and an NDA directed to snowboard boot and binding technology.

- **Interactive Return Service, Inc. v. Virginia Polytechnic Institute and State University, et al.**
  *Circuit Court for the City of Richmond (Case No. LM-870-3)*
  Deposition testimony: lost profits and lost licensing fees involving contracts to develop interactive/return path communications.

- **City of Hope National Medical Center v. Genentech, Inc.**
  *Superior Court, State of California, County of Los Angeles (Case No. BC215152)*
  Deposition testimony and expert report: damages associated with alleged breach of contract involving license fees for use of recombinant DNA technology.

- **Igen International, Inc. v. Roche Diagnostics GmbH**
  *United States District Court, Southern Division of Maryland (Case No. PJM 97-3461)*
  Trial and deposition testimony and expert report: damages and profits associated with an alleged breach of contract involving electrochemiluminescent detection technology used in DNA probe and immunoassay kits.

- **Trimless-Flashless Design, Inc. v. Augat, Inc.; Thomas & Betts Corp.; Tyco International, Ltd.**
  *United States District Court, Eastern District of Virginia (Case No. CA00-245-A)*
  Trial and deposition testimony and expert report: damages and profits associated with alleged breach of contract and misappropriation of trade secrets involving metallized particle interconnects used to connect microprocessors with mother boards.

- **New Industries Co. (Sudan) Ltd. v. PepsiCo, Inc.**
  *American Arbitration Association (Case No. 50 T 114 00001 95)*
  Arbitration hearing testimony and expert report: damages and profits associated with breaches of PepsiCo franchise agreement.

- **Insight Development Corp. v. Hewlett-Packard Co.**
  *United States District Court, Northern District of California (Case No. C 98 3349 CW)*
  Deposition testimony and expert report: damages and profits associated with alleged contract breaches, patent, copyright and trade secret misappropriation/infringement and unfair competition involving digital image processing and transmission, including that over the internet.

- **First National Bank of Omaha v. Three Dimensions Systems Products, Inc.**
  *United States District Court, District of Nebraska (Case No. 8:98CV569)*
  Trial and deposition testimony and expert report: damages and profits associated with an alleged contract breach and copyright infringement involving financial services software.

- **Computer Aid v. <u>Hewlett-Packard</u>**
  *United States District Court, Eastern District of Pennsylvania (Case No. (C-96-3085 (MHP))*
  Deposition testimony and expert report: appropriate discount rate and prejudgment interest rate involving a failed software development contract.

- **<u>Wrench LLC</u> v. Taco Bell Corp.**
  *United States District Court, Southern District of Michigan (Case No. 1:98-CV-45)*
  Trial and deposition testimony and expert report: unjust enrichment and actual damages involving chihuahua promotional campaign.

- **<u>Kabushiki Kaisha Izumi Seiko Seiskusho</u> v. Windmere Corp. et al.**
  *United States District Court, Southern District of Florida (Case No. 94-0803-CIV-MOORE)*
  Deposition testimony and expert declaration: lost revenues and lost profits in a breach of contract, fraud and antitrust case involving rotary shavers.


## <u>Antitrust Cases</u>

- **Panasonic Corporation v. <u>Getac Technology Corporation and Getac, Inc.</u>**
  *United States District Court, Central District of California (Case No. 8:19-cv-01118-DOC-DFM)*
  Deposition testimony and expert reports: monopolization/attempted monopolization counterclaim and design patent damages directed to market for rugged 2-in-1 portable computers.

- **Rambus Inc., v. <u>Micron Technology, Inc.</u>**
  *California Superior Court, County of San Francisco (Case No. 04-431105)*
  Deposition testimony and expert report: lost revenues and profits associated with alleged antitrust violations related to DRAM technology.

- **ETEX Corp. v. <u>Medtronic, Inc.; Medtronic International Limited; and Medtronic Sofamor Danek, Inc.</u>**
  *CPR Institute for Dispute Resolution*
  Arbitration hearing and deposition testimony and expert report: lost revenues and profits associated with alleged contractual breaches and antitrust violations involving spinal implant materials.

- **<u>Kabushiki Kaisha Izumi Seiko Seiskusho</u> v. Windmere Corp. et al.**
  *United States District Court, Southern District of Florida (Case No. 94-0803-CIV-MOORE)*
  Deposition testimony and expert declaration: lost revenues and lost profits in a breach of contract, fraud and antitrust case involving rotary shavers.

- **<u>DSC Communications Corp.</u> v. DGI Technologies, Inc.**
  *United States District Court, Northern District of Texas (Case No. 3:94-CV-1047)*
  Trial testimony and expert report: reasonable royalty involving copyrights, trade secrets and unfair competition over telecommunications switching equipment.

- **Travelers Express Co. Inc. v. <u>The Standard Register Co.</u>**
  *United States District Court, District of Minnesota (Case No. 4-93-436)*
  Deposition testimony and expert report: lost profits, reasonable royalty, patent misuse and prejudgment interest involving patents directed to money order dispensers.

### General Tort Cases

- **Colony Grill Development, LLC and Fairfield Colony, LLC v. <u>Colony Grill, Inc. and Colony Grill of Stamford, LLC</u> v. Paul Coniglio, Kenneth M. Martin, Cody L. Lee, and Christopher Drury**
  *United States District Court, District of Connecticut (Case No. 3:20-CV-00213)*
  Deposition testimony and expert report: damages and disgorgement of profits associated with alleged breach of contract, trademark infringement, unfair competition and unfair trade practices, theft of trade secrets, and breach of good faith and fair dealing in case involving pizza restaurants.

- **<u>Diamond Resorts U.S. Collection Development, LLC and Diamond Resorts Hawaii Collection Development, LLC</u> v. US Consumer Attorneys, P.A., Henry Portner, Esq., Robert Sussman, Pluto Marketing Inc., 1Planetmedia Inc, Newton Group Transfers, LLC, The Newton Group, ESA LLC, Interval Broker Direct, LLC, Newton Group Exit, LLC, and DC Capital Law Firm, LLP**
  *United States District Court, Southern District of Florida - Fort Pierce Division (Case No. 9:18-cv-80311)*
  Deposition testimony and expert report: damages and disgorgement of profits associated with alleged tortious interference, civil conspiracy, and violations of the Lanham Act and other similar state statutes in case involving timeshare exit services.

- **<u>Constellation Brands U.S. Operations, Inc.</u> v. The Vineyard House LLC**
  *United States District Court, Northern District of California - Oakland (Case No. 3:20-cv-00238)*
  Trial testimony and expert report: disgorgement of profits associated with alleged trademark infringement, false association, designation of origin, and advertising, and violations of the Lanham Act and other similar state statutes, involving alleged mislabeling of wine.

- **In re: <u>Windstream Holdings, Inc., et al. (Debtors)</u>; <u>Windstream Holdings, Inc., et al.</u> v. Charter Communications, Inc. and Charter Communications Operating, LLC**
  *United States Bankruptcy Court, Southern District of New York (Chapter 11, Case No. 19-22312 (RDD); Adv. Pro. No. 19-08246 (RDD))*
  Trial and deposition testimony and expert report: lost profits and increased costs associated with alleged violations of the Lanham Act and other similar state statutes, breach of contract, violation of the Bankruptcy Code's automatic stay, and equitable subordination involving alleged false advertising campaign.

- **<u>NCR Corporation</u> v. Pendum LLC and Burroughs, Inc.**
  *United States District Court, Northern District of Georgia (Case No. 16-cv-04114-SCJ)*
  Deposition testimony and expert report: damages associated with lost profits, price erosion, unjust enrichment, and economic effects and harm associated with alleged misappropriation of trade secrets, copyright infringement, trademark infringement, breach of contract, and tortious interference with current and prospective business relations in case involving the servicing of automatic teller machines (ATMs).

- **<u>Western Enterprises, Inc.</u> v. Buckeye Rubber & Packaging Co.; Freudenberg-NOK General Partnership, a/k/a Freudenberg-NOK Sealing Technologies, Inc.; and International Seal Company, Inc.** *Court of Common Pleas, Cuyahoga County, Ohio (Case No. 16-869179)*
  Deposition testimony and expert report: damages associated with alleged breaches of contract, duty to indemnify, and negligence related to portable oxygen systems.

- **General Assurance of America, Inc. v. <u>Overby-Seawell Company</u>**
  *United States District Court, Eastern District of Virginia, Alexandria Division (Case No. 1:11CV483)*
  Deposition testimony and expert report: damages and profits associated with obligations arising from a contract involving specialized insurance products.

- **The Osage Tribe of Indians of Oklahoma v. The United States of America**
  *United States Court of Federal Claims (Case No. 99-550 L (into which is consolidated No. 00-169L))*
  Deposition testimony and expert declaration: present value interest from unpaid oil royalties.

- **Biosynexus, Inc. v. Glaxo Group Limited; and MedImmune, Inc.**
  *New York Supreme Court, County of New York (Case No. 604485/05)*
  Deposition testimony and expert report: diminution of value associated with the delayed/failed development of a pediatric anti-infective drug.

- **Bavarian Nordic A/S and Anton Mayr v. Acambis, Inc.**
  *United States District Court, District of Delaware (Case No. 05-614-SLR)*
  Deposition testimony and expert report: unjust enrichment and value of property associated with tortious conversion, unfair trade practices and unfair competition involving proprietary technology directed to vaccines.

- **Alpha International, Inc. v. General Foam Plastics Corp.**
  *United States District Court, Eastern District of North Carolina (Case No. 4:01-CV-142-H(3))*
  Deposition testimony and expert report: copyright infringement, trademark infringement, conversion and unjust enrichment involving bowling pin sets and ride-on toys.

- **Medtronic Sofamor Danek, Inc. v. Gary K. Michelson, M.D. and Karlin Technology, Inc.**
  *United States District Court, Western District of Tennessee (Case No. 01-2373 GV)*
  Trial and deposition testimony and expert report: damages and profits associated with alleged contractual breaches, tortious interference and intentional negligent representations involving spinal implants.

- **Honeywell International, Inc. and GEM Microelectronic Materials LLC v. Air Products and Chemicals, Inc. and Ashland, Inc.**
  *Delaware Chancery Court, County of New Castle (Case No. 20434-NC)*
  Trial and deposition testimony and expert report: lost profits associated with alleged contractual breach and tortious interference as well as irreparable harm inquiry involving a strategic alliance to provide electronic chemicals, gases and services to the semiconductor industry.

- **Interactive Return Service, Inc. v. Virginia Polytechnic Institute and State University, et al.**
  *Circuit Court for the City of Richmond (Case No. LM-870-3)*
  Deposition testimony: lost profits and lost licensing fees involving contracts to develop interactive/return path communications.

- **Omega Engineering, Inc. v. Cole-Parmer Instrument Co.; Davis Instrument Manufacturing Co., Inc.; Dwyer Instruments, Inc.; and Raytek Corp.**
  *United States District Court, District of Connecticut (Case Nos. 3:98 CV 00733 (JCH), 3:98 CV 02052 (JCH) and 3:98 CV 02276 (JCH))*
  Trial and deposition testimony and expert report: lost profits, reasonable royalty and prejudgment interest involving patents and alleged unfair competitive practices directed to portable infrared thermometers.

- **The University of Colorado Foundation Inc., et al. v. American Cyanamid Co.**
  *United States District Court, District of Colorado (Case No. 93-K-1657)*
  Trial and deposition testimony and expert report: measure and amount of prejudgment interest in a patent infringement, fraud and unjust enrichment case covering prenatal vitamin formulations.

- **Hunter Group, Incorporated v. Susan Smith, et al.**
  *United States District Court, District of Maryland (Case No. 97-2218)*
  Trial and deposition testimony and expert report: lost enterprise value and lost profits associated with improper solicitation of enterprise resource planning software trainers.

- **William Aramony v. <u>United Way of America et al.</u>**
  *United States District Court, Southern District of New York (Case No. 96 Civ. 3962 (SAS))*
  Trial testimony and expert report: lost contributions and out-of-pocket losses surrounding the departure of United Way of America president.

- **<u>Fox</u> v. Fox**
  *State of Virginia, Circuit Court, Arlington County (Chancery No. 96-80)*
  Trial testimony (proffered) and expert report: prospective valuation of a patent portfolio involving lasers used for lithotripsy and angioplasty.

- **<u>AutoNation, Inc.</u> v. Acme Commercial Corp., et al. (CarMax)**
  *United States District Court, Southern District of Florida (Case No. 96-6141)*
  Trial and deposition testimony and expert report: reasonable royalty associated with trademark infringement and unfair competition in the auto superstore business.

## <u>International Trade Cases</u>

- **In the Matter of Certain Electrical Connectors and Cages, Components Thereof, and Products Containing the Same (<u>Amphenol Corporation</u> (Complainant))**
  *United States International Trade Commission (Investigation No. 337-TA-1241)*
  Trial and deposition testimony and expert report: economic evaluation of domestic industry, remedy, and bond in case involving patents directed to electrical connectors and cages.

- **In the Matter of Certain Lithium-Ion Battery Cells, Battery Modules, Battery Packs, Components Thereof, and Products Containing the Same (<u>SK Innovation Co., Ltd and SK Battery America, Inc.</u> (Respondents))**
  *United States International Trade Commission (Investigation No. 337-TA-1181)*
  Trial and deposition testimony and expert report: economic evaluation of domestic industry and bond issues involving patents directed to lithium-ion batteries.

- **In the Matter of Certain Magnetic Data Storage Tapes and Cartridges Containing the Same (<u>Sony Corporation, Sony Corporation of America, and Sony Electronics, Inc.</u> (Respondents))**
  *United States International Trade Commission (Investigation No. 337-TA-1012E)*
  Deposition testimony and expert report: civil penalty associated with compliance with CDOs involving patents directed to certain magnetic data storage tapes and cartridges.

- **In the Matter of Certain Magnetic Data Storage Tapes and Cartridges Containing the Same (II) (<u>Sony Corporation, Sony Storage Media Solutions Corporation, Sony Storage Media Manufacturing Corporation, Sony DADC US, Inc., and Sony Latin America</u> (Respondents))**
  *United States International Trade Commission (Investigation No. 337-TA-1076)*
  Trial and deposition testimony and expert report: domestic industry, bond, and public interest issues involving patents directed to certain magnetic data storage tapes and cartridges.

- **In the Matter of Certain Magnetic Data Storage Tapes and Cartridges Containing the Same (<u>Sony Corporation, Sony Corporation of America, and Sony Electronics, Inc.</u> (Respondents))**
  *United States International Trade Commission (Investigation No. 337-TA-1012)*
  Trial and deposition testimony and expert report: economic evaluation of FRAND, commercial success, bond, remedy, domestic industry, and public interest issues involving patents directed to certain magnetic data storage tapes and cartridges.

- **In the Matter of Certain 3G Mobile Handsets and Components Thereof (<u>Nokia</u> (Respondent))**
  *United States International Trade Commission (Investigation No. 337-TA-613)*
  Trial and deposition testimony and expert report: economic evaluation of whether proposed license terms for certain wireless devices are discriminatory under a FRAND obligation and economic evaluation of hold-up and reverse hold-up.

- **In the Matter of Certain Sulfentrazone, Sulfentrazone Compositions, and Processes for Making Sulfentrazone (<u>FMC</u> (Complainant))**
  *United States International Trade Commission (Investigation No. 337-TA-914)*
  Trial and deposition testimony and expert report: irreparable harm, balance of hardships, and public interest involving a patent directed to a crop herbicide.

- **In the Matter of Certain Opaque Polymers (<u>Organik Kimya</u> (Respondent))**
  *United States International Trade Commission (Investigation No. 337-TA-883)*
  Deposition testimony and expert report: injury, independent economic valuation, and bond involving trade secrets used in the production of opaque polymers.

- **In the Matter of Certain Wireless Devices with 3G and/or 4G Capabilities and Components Thereof (<u>Nokia</u> (Respondent))**
  *United States International Trade Commission (Investigation No. 337-TA-868)*
  Trial and deposition testimony and expert report: economic evaluation of whether proposed license terms for certain wireless devices are discriminatory under a FRAND obligation, and economic evaluation of hold-up and reverse hold-up.

- **In the Matter of Certain Wireless Devices with 3G Capabilities and Components Thereof (<u>Nokia</u> (Respondent))**
  *United States International Trade Commission (Investigation No. 337-TA-800)*
  Trial and deposition testimony and expert report: economic evaluation of whether proposed license terms for certain wireless devices are discriminatory under a FRAND obligation.

- **In the Matter of Certain Computing Devices with Associated Instruction Sets and Software (<u>VIA Technologies, Inc., Centaur Technology, IP-First LLC</u> (Complainants))**
  *United States International Trade Commission (Investigation No. 337-TA-812)*
  Trial and deposition testimony and expert report: economic evaluation of domestic industry issues associated with importation of certain computing devices.

- **In the Matter of Certain Modified Vaccinia Ankara ("MVA") Viruses and Vaccines and Pharmaceutical Compositions Based Thereon (<u>Bavarian Nordic A/S</u> (Complainant))**
  *United States International Trade Commission (Investigation No. 337-TA-550)*
  Deposition testimony and expert report: domestic industry and injury involving patents and proprietary technology directed to vaccines.

## <u>Malpractice Cases</u>

- **<u>TattleTale Portable Alarm Systems, Inc.</u> v. Calfee, Halter & Griswold LLP, et al.**
  *United States District Court, Southern District of Ohio, Eastern Division (Case No. 2:10-CV-226)*
  Deposition testimony and expert report: lost royalties associated with a law firm's negligence in handling a patent directed to portable alarm systems.

- **Timothy Robinson and Whorl, LLC v. <u>Cohen Mohr, LLP; Dan Duval; Perkins Coie, LLP; Perkins Coie, I.,P.C.; Perkins Coie, D.C.P.C.; and Perkins Coie, California, P.C.</u>**
  *State of Virginia, Circuit Court of Fairfax County (Case No. CL-2009-080)*
  Deposition testimony and expert report: lost value and prejudgment interest involving allegations of law firm's negligence in securing an interest in intellectual property directed to biometric payment technology.

- **Frank Robertson and Cayvon, Inc. v. <u>Nexsen Pruet Jacobs & Pollard, LLP</u>**
  *South Carolina Common Pleas Court, Fifth Judicial Circuit, Richland (Case No. 2004-CP-40-5531)*
  Deposition testimony: lost profits associated with a law firm's negligence in handling a patent directed to commercial nut-cracking machines.

- **Anodyne Corp. v. Klaas, Law, O'Meara & Malkin**
  *State of Colorado District Court, City and County of Denver (Case No. 97-CV-7129)*
  Trial testimony and expert report: lost licensing income and prejudgment interest associated with a law firm's negligence in filing a patent application directed to wrappable flashlights.

## FRAND Cases

- **Audio MPEG, Inc., U.S. Philips Corporation, TDF SAS, and Institut Für Rundfunktechnik GmbH v. Dell, Inc.**
  *United States District Court, Eastern District of Virginia, Norfolk Division (Case No. 1:15-CV-1674 AJT/TCB)*
  Deposition testimony and expert report: analysis of patent pool compliance with FRAND commitments and determination of FRAND-compliant royalties involving patents directed to the transmission and storage of digital audio files.

- **In the Matter of Certain Magnetic Data Storage Tapes and Cartridges Containing the Same (Sony Corporation, Sony Corporation of America, and Sony Electronics, Inc. (Respondents))**
  *United States International Trade Commission (Investigation No. 337-TA-1012)*
  Trial and deposition testimony and expert report: economic evaluation of FRAND, commercial success, bond, remedy, domestic industry, and public interest issues involving patents directed to certain magnetic data storage tapes and cartridges.

- **In the Matter of Certain 3G Mobile Handsets and Components Thereof (Nokia (Respondent))**
  *United States International Trade Commission (Investigation No. 337-TA-613)*
  Trial and deposition testimony and expert report: economic evaluation of whether proposed license terms for certain wireless devices are discriminatory under a FRAND obligation and economic evaluation of hold-up and reverse hold-up.

- **In the Matter of Certain Wireless Devices with 3G and/or 4G Capabilities and Components Thereof (Nokia (Respondent))**
  *United States International Trade Commission (Investigation No. 337-TA-868)*
  Trial and deposition testimony and expert report: economic evaluation of whether proposed license terms for certain wireless devices are discriminatory under a FRAND obligation, and economic evaluation of hold-up and reverse hold-up.

- **In the Matter of Certain Wireless Devices with 3G Capabilities and Components Thereof (Nokia (Respondent))**
  *United States International Trade Commission (Investigation No. 337-TA-800)*
  Trial and deposition testimony and expert report: economic evaluation of whether proposed license terms for certain wireless devices are discriminatory under a FRAND obligation.

## EDITED BOOKS

- *Eckstrom's Licensing in Foreign and Domestic Operations: The Forms and Substance of Licensing*, (2012 – 2016).

## ARTICLES

- "Patent Damages in US Courts: Overview of Current State of Play," (with Justin McLean, Carla Mulhern, and Robert Vigil), *IAM Yearbook 2019: Building IP Value in the 21st Century* (2018).

- "Introduction to Lost Profits," (with Robert Vigil and Michael Chapman), chapter in *Lost Profits Damages: Principles, Methods and Applications* (2017).

- "Assessing Commercial Success at the U.S. Patent Trial and Appeal Board," (with Robert Vigil), *International In-House Counsel Journal* (Summer 2015).

- "Response to Rejoinder: Clearing Up the Confusion," (with Michael Chapman), *Law360* (IP, Technology, Appellate, and California Law360) (September 3, 2015).

- "Rebuttal: It's not an Inappropriate Reasonable Royalty Rule," (with Michael Chapman), *Law360* (IP, Technology, and California Law360) (August 24, 2015).

- "Problems With Hypothesizing a Reasonable Royalty Negotiation," (with Michael Chapman), *Law360* (IP Law360) (January 7, 2014).

- "The Hypothetical Negotiation and Reasonable Royalty Damages: The Tail Wagging the Dog," (with Michael Chapman), *Stanford Technology Law Review* (Vol. 16 No. 3, Spring 2013).

- "The 25% Rule Lives On," (with Carla Mulhern and Michael Wagner), *Law360* (IP Law360) (September 8, 2010).

- "Patent Auctions: How Far Have We Come?" (with Robin Heider, Coleman Bazelon, Christine Bieri and Peter Hess), *les Nouvelles*, *Journal of The Licensing Executives Society* (March 2010) (article of the month).

- "The Economic Implications (and Uncertainties) of Obtaining Permanent Injunction Relief after eBay v. MercExchange," (with Douglas Ellis, Michael Chapman and Scott Oliver), *Federal Circuit Bar Journal* (Vol. 17 No. 4, 2008).

- "Application of Game Theory to Intellectual Property Royalty Negotiations," (with Michael Chapman), *Licensing Best Practices: Strategic, Territorial and Technology Issues* (2006).

- "Book Review: *The LESI Guide to Licensing Best Practices: Strategic Issues and Contemporary Realities,*" 21 *Intellectual Property Law Newsletter* 18 (Winter 2003).

- "Use of the 25 Per Cent Rule in Valuing IP," (with Robert Goldscheider and Carla Mulhern), 37 *les Nouvelles*, *Journal of The Licensing Executives Society* 123 (December 2002). Also in G. Smith and R. Parr, *Intellectual Property: Valuation, Exploitation and Infringement Damages* (2005).

- "Intellectual Property Valuation and *Hughes Aircraft v. The United States*: A Giant Leap for Mankind or Lost in Space?" (with Brett Reed), R. Parr, *Intellectual Property Infringement Damages: A Litigation Support Handbook, 1997 Cumulative Supplement* (1997).

- "Damages in Patent and Trademark Infringement," *The Journal of Business Valuation* (1995*).*

- "The *Panduit* Lost Profits Test After *BIC Leisure v. Windsurfing*," 3 *The Federal Circuit Bar Journal* 311 (Fall 1993) (with Erin Page). Also in 3 *Bright Ideas* - The Newsletter of the Intellectual Property Law Section of the New York State Bar Association 36 (Spring, 1994).

- "The CAFC and its Patent Damages Awards," 1 *The University of Baltimore Intellectual Property Law Journal* 17 (1992).

- "Pre-tax Versus After-tax Patent Damages: Do the Courts Have It Right?" 74 *Journal of the Patent and Trademark Office Society* 938 (December 1992). Also in 7 *Managing Intellectual Property* 17 (March, 1993).

- "Taxes and Lost Profits," 7 *Commercial Damages Reporter*, 177 (Iss. 6, Sept. 1992).

- "Considering Taxes in the Computation of Lost Business Profits," 25 *Creighton L.R*. 41 (1991).


**SPEECHES/COURSES/PRESENTATIONS**

- "WG9/10 Panel: Unique Problems and Opportunities Posed by Global Patent Litigation - Part 1 (Unified Patent Court & Global SEP/FRAND)," The Sedona Conference WG9 and WG10 Joint Annual Meeting, November 2021 (with Juliane Buchinski, Patricio Delgado, Benjamin Grzimek, Haifeng Huang, Frances Marshall, Jim Oliva, Hon. Prathiba Singh, Richard Stark, and Laura Whiting).

- "Problems with Irreparable Harm in Preliminary Injunction Patent Cases," IPO Damages & Injunction Committee Meeting, August 2021.

- "Irreparable Harm in Patent Preliminary Injunction Cases," 2021 Intellectual Property Scholars Conference, August 2021 (with Jorge Contreras).

- "Understanding the Buying Process," Patent Transactions, IAM Market, April 2021 (with Heath Hoglund, Joseph Kucera, Ami Patel Shah, Changhae Park, and Kent Richardson).

- "Remedies," Guest Lecturer, Georgetown University Law Center, April 2012, April 2013, April 2014, April 2015, April 2016, April 2017, April 2018, April 2019, April 2020, and April 2021 (with John Taurman).

- "Impacts of Coronavirus and Major Business Disruption on Remedies in IP Cases," IPO Chat Channel Webinar, June 2020 (with Douglas Frank, Lucy Wheatley, and Jenna Pellecchia).

- "Irreparable Harm in Patent Cases," IPO Damages & Injunctions Committee Meeting, May 2020 (with Natalie Gonzales and Syed Fareed).

- "Patents, Innovation and Value," Guest Lecturer, University of Pennsylvania Law School, February 2019 (with David Abrams).

- "*Sprint v. Time Warner Cable*: Admissibility of Past Jury Verdicts in Damages Estimation," Intellectual Property Owners Association Damages and Injunctions Committee Monthly Call, December 2018 (with Mark Finkelstein).

- "Entire Market Value Rule: Finjan v. Exmark v. Power Integrations," 2018 Patent Damages Symposium, The Licensing Executive Society (Washington DC Chapter), September 2018 (with Stephen Crenshaw, Jennifer Vanderhart, Jeff Stec, and Stephen Holzen).

- "2018 Daubert Guideposts in Reasonable Royalty Estimation," Daubert Motion and Patent Challenges in the 2018 Landscape: Significant Trends and Updates, The Knowledge Group, September 2018 (with James Donohue).

- "TCL v. Ericsson: Non-Discrimination," TCL v. Ericsson FRAND Decision: Legal Implications, The Knowledge Group, September 2018 (with Alan Cox, Stephen Korniczky, and Mario Lopez).

- "Apportionment in Reasonable Royalty Cases," Reasonable Royalty Damages, Apportionment and Expert Opinions in Light of *Exmark* Case, The Knowledge Group, May 2018 (with Matthew Lynde, Russell Mangum III, and Joel Wacek).

TAB 1                                                          *John C. Jarosz, page 43*

- "Apportionment in Reasonable Royalty Cases," Apportionment in Patent Damages: What you Need to Know and Do, The Knowledge Group, March 2018 (with Daniel McGavock and John Scalf).

- "Post-Trial Remedies," What Is My Intellectual Property Worth: Issues That Make a Difference Inside and Outside the Courtroom, Inaugural IP Conference on Issues that Make A Difference, University of Arizona James E. Rogers College of Law, March 2018 (with Timothy Sendek).

- "Design Patent Damages Before Apple v. Samsung," Design Patent Damages: Hot Buttons in 2017 and Beyond, The Knowledge Group, July 2017 (with Barry Bell and Jeffery Stec).

- "Early Consideration of Patent Damages," The Sedona Conference Webinar, June 2017 (with Hon. John Love, Melissa Finocchio, and Andrea Weiss Jeffries).

- "Permanent Injunctive Relief," Recent Developments in Damages and Injunctions Law, IPO Damages & Injunctions Committee Conference, June 2017 (with Sarah Burstein, Mark Halligan, David Nelson, and Jenna Pellecchia).

- "U.S. Patent Landscape," The European Patent Market – The Next Wave for Business? International In-House Counsel Journal 5th Annual Conference, March 2017 (with Anders Arvidsson, Mark Houghton, and Bruce Girvan).

- "The Conference on Patent Damages," University of Texas School of Law, February 2017 (with David Abrams, Elizabeth Bailey, James Kearl, Shirley Webster, and Michael Risch).

- "2016 Patent Damages Daubert Opinions," The Evolving Landscape in the Calculation of Patent Damages – Reasonable Royalties, The Knowledge Group, February 2017 (with Barry Bell, James McGovern, and Jeffery Stec).

- "Commercial Success at the PTAB: 2016 Update," Strafford Publications CLE Webinar, September 2016 (with Michael Flibbert and Maureen Queler).

- "Economic Perspectives on Recent Patent Damages Rulings," Silicon Valley Intellectual Property Law Association, May 2016 (with Michael Chapman).

- "Recent Developments in Reasonable Royalty Damages," Intellectual Property Owners Association Patent Damages Summit, May 2016 (with Charles Barquist, Douglas Melamed, Joseph Shear, and Karen Vogel Weil).

- "The Rise of the 'Footprint' Approach in Reasonable Royalty Damages: What's New in 2016," The Knowledge Group, February 2016 (with Lisa Cameron, Thomas Dunlap, Kevin Goldman, and Michael Padden).

- "Patent Infringement Reasonable Royalty Damages: Apportion the Increment?" Asian Pacific American Bar Association of Silicon Valley, November 2015 (with William Rooklidge, Michael Chapman, and Richard Eichmann).

- "Patent Enforcement," Guest Lecturer, George Washington University Law School, September 2015 (with Chuck Donohoe), September 2016.

- "Commercial Success at the PTAB," Strafford Publications CLE Webinar, August 2015 (with Michael Flibbert and Maureen Queler).

- "Patent Damages Developments in the US," International Intellectual Property Law Association Global IP Summit, July 2015 (with Iain Connor and Ronald Courtney).

- "WG9 Panel: Development of a Preliminary Compensatory Damages Contentions (PCDCs) Process, Including the Drafting of Local Patent Damages Rules," The Sedona Conference WG9 and WG10 Joint Midyear Meeting, May 2015 (with Marta Beckwith, Cathy Bissoon, Melissa Finocchio, Andrea Weiss Jeffries, and James Morando).

- "Commercial Success at the PTAB," IPO Chat Channel Webinar, March 2015 (with Michael Flibbert and Pradeep Chintagunta).

- "WG9 Panel: Commentary on Development of Local Patent Rules for the Exchange of Preliminary Compensatory Damages Contentions (PCDCs)," The Sedona Conference All-Voices Meeting, November 2014 (with Marta Beckwith, Cathy Ann Bencivengo, John Desmarais, and Melissa Finocchio).

- "Patent Damages: How to Build a Case Now," IPO Chat Channel Webinar, October 2014 (with Paul Grewal and Gary Hoffman).

- "WG9 Commentary on Patent Damages and Remedies," The Sedona Conference Webinar, October 2014 (with Gary Hoffman, Michael Brody, Rachel Krevans, and William Rooklidge).

- "Economic Testimony in IP Litigation," Inside Counsel Spotlight, August 2014.

- "The Evolution of License Comparability in the Estimation of Reasonable Royalty Damages," West Legal Education Center Webinar, July 2013 (with Carla Mulhern).

- "Georgia-Pacific and the Hypothetical Negotiation: Is the Tail Wagging the Dog?" Licensing Executives Society Washington DC Chapter Meeting, May 2012 (with Michael Chapman).

- "Early Evaluation of Damages in Patent Trials," IPO Chat Channel Webinar, February 2012 (with Peter Armenio and Rachel Krevans).

- "Evolving IP Value: Recent Developments in Damages and Licensing," Top IP Retreat 2011, September 2011 (with Michael Wagner).

- "Intellectual Property Valuation," WIPO Summer School on Intellectual Property, USPTO, August 2011 (with Daria Killebrew).

- "Patent Infringement: Calculating Royalty Damages in a Post-Uniloc World," Strafford Publications Webinar, March 2011 (with Paul Michel, George Pappas, and Carla Mulhern).

- "Uniloc v. Microsoft: The Decision and Its Impact on IP Valuation," Licensing Executives Society Hot Topic Webinar, January 2011 (with Michael Lasinski, Justin Nelson, and Mohan Rao).

- "Patent Reform Update," The District of Columbia Bar, January 2011 (with Paul Michel, Cheryl Miller, and Jason Everett).

- "Reasonable Royalties and Apportionment of Value," CalCPA Education Foundation, IP Damages Institute 2010, November 2010 (with Michael Wagner, Karen Vogel Weil, and William Rooklidge).

- "What is a Trademark Worth?," Stifel Retail Summer School at Columbia Business School, August 2010.

- "Economics of False Patent Marking," BNA Webinar and Audioconferences, Recent Developments in the Law and Economics of False Patent Marking, July 2010 (with Anthony Roth and John Browning).

- "Economic Implications of Patent Reform," Georgetown University McDonough School of Business, Center for Business and Public Policy; McKool Smith; and Analysis Group, Patent Reform 2010: What Shape Will it Finally Take?, June 2010 (with Paul Michel, Bernard Cassidy and Brian Riopelle).

- "Patent Auctions: How Far Have We Come?," Licensing Executives Society Annual Meeting (Workshop 3-U), October 2009 (with Robin Heider).

- "Creating a Bullet-Proof Damages Case from Day One," Minnesota's CLE's First Litigation Advocacy Institute: Winning Before Trial, June 2009.

- "Permanent Injunction: An Economist's Perspective," Strategies for Managing Intellectual Property Litigation Summit, February 2007.

- "Providing Effective Royalty Testimony," Licensing Executives Society / Association of University Technology Managers Spring Meeting, May 2006 (with Carla Mulhern and Lisa Pirozzolo).

- "Intellectual Property Damages From An Economist's Perspective," The District of Columbia Bar, Trade Secrets Section, November 2005 (with Carla Mulhern, Abram Hoffman and Michael Morin).

- "Valuation and Taxation Roundtable Discussion -- Hands on Application of Valuation Tools," Licensing Executives Society Winter Meeting, February 2005 (with Serge-Alain Wandji).

- "Valuation and Pricing of IP," Association of University Technology Managers Annual Meeting (Educational Track ED1), February 2005 (with Ashley Stevens, Jennifer Hartt and Andrew Maslow); Licensing Executives Society DC Chapter Meeting, February 2005.

- "Ingredients of a Damages Study," Law Seminars International, Calculating and Proving Patent Damages, October 2004.

- "Current Topics in Technology Valuation," Association of University Technology Managers Annual Meeting (Educational Track ED1), March 2004.

- "Creative Thinking on Remedies," Law Seminars International, Trademarks Transactions and Litigation Workshop, July 2003.

- "Industry Royalty Rates and Profitability: An Empirical Test of the 25% Rule," Licensing Executives Society Annual Meeting (Workshop 3-L), October 2001 (with Carla Mulhern and Robert Vigil).

- "Patent vs. Trade Secret Protection after 18-Month Publication and Festo--Monetary Relief," Licensing Executives Society Annual Meeting (Workshop 2-M), October 2001 (with Griffith Price, Jr., John Williamson and Robert Payne).

- "The Design-Around Defense in Lost Profits Litigation," Patent Lawyers Club of Washington, May 2000.

- "Use of the 25% Rule in Valuing Intellectual Property," Center for Continuing Education, Santa Clara, California, December 1999.

- "Extracting Value from Intellectual Assets: Valuation," INTX Seminar -- On the Frontier of Intellectual Asset Management: The Strategic Management of Intellectual Assets, November 1999.

- "Internet Patents – Monetary Remedies," American Intellectual Property Law Association Mid-winter Meeting – IP Law in Cyberspace, February 1999 (with R. Jeffrey Malinak).

- "Industry Royalty Rates and Profitability: An Empirical Test of the 25% Rule," Licensing Executives Society Annual Meeting (Workshop 3-11), October 1998 (with Carla Mulhern).

- "Royalty Rates and Awards with Patent Infringement Cases: 1916-1996," Licensing Executives Society Annual Meeting (Workshop G3), November 1997.

- "Valuation of Technology," Technology Transfer Society Annual Meeting, July 1997.

- "The Valuation and Licensing of Intellectual Property," Launchspace, December 1996 (with Robert Goldscheider).

- "Quantifying and Valuing Royalties for Intellectual Property," The 5th Intellectual Property Institute for Corporate Counsel, May 1996.

- "Taxes and Damages," CPA/Lawyer Relations Committee, DC Institute of CPAs -Legal and Financial Implications of Damages in Litigation, October 1995.

- "Estimating Lost Profits in Commercial Litigation," Maryland Association of Certified Public Accountants, Litigation Support Service Conferences, May 1995.

- "Damages in Patent and Trademark Infringement," Joint American Society of Appraisers and Canadian Institute of Chartered Business Valuators meeting, November 1994.

**TAB 2**

**MATERIALS REVIEWED AND/OR RELIED UPON**

| Bates Ranges | | |
|---|---|---|
| PAR-VASO_0058258 | – | PAR-VASO_0058372 |
| PAR-VASO_0298844 | – | PAR-VASO_0298990 |

Cases and Statutes:
35 U.S.C. § 271(e)(4).
*Apple Inc. v. Samsung Elecs. Co.*, 695 F.3d 1370 (Fed. Cir. 2012).
*Apple Inc. v. Samsung Electronics Co.*, Ltd., 678 F. 3d 1314 (Fed. Cir. 2012).
*Atlas Powder Co. v. Ireco Chemicals*, 773 F.2d 1230 (Fed. Cir. 1985).
*Automated Merchandising Sys., Inc. v. Crane Co.*, 357 F. App'x. 297 (Fed. Cir. 2009).
*Broadcom Corp. v. Qualcomm, Inc.*, 543 F.3d 683, 703 (Fed. Cir. 2008).
*Canon, Inc. v. GCC Int'l Ltd.*, 263 F. App'x. 57 (Fed. Cir. 2008).
*Celsis In Vitro, Inc. v. Cellzdirect, Inc.* 664 F.3d 922 (Fed. Cir. 2012).
*Chrysler Motors Corp. v. Auto Body Panels of Ohio, Inc.,* 908 F.2d 951, 953-54, (Fed. Cir. 1990).
*Continental Service Group, Inc. v. United States*, 722 Fed. Appx. 986 (2018).
*Cordis Corp. v. Medtronic, Inc.,* 835 F.2d 859 (Fed. Cir. 1987).
Fed. R. Civ. P. 62(d).
*Henkel Corp. v. Coral, Inc.*, 754 F. Supp. 1280, 1322 (N.D. Ill. 1991).
*Kimberly-Clark v. First Quality Baby Prod.,* 660 F.3d 1293, 100 U.S.P.Q.2d (BNA) 1300 (Fed. Cir. 2011).
*LEGO v. ZURU Inc.*, 799 Fed. Appx. 823 (Fed. Cir. 2020).
*Palmer v. Connecticut Railway & Lighting Co.,* 311 U.S. 544 (1941).
*Quon v. Stans,* 309 F. Supp. 604 (N.D. Cal. 1970).
*Robert Bosch LLC v. Pylon Mfg. Corp.*, 659 F.3d 1142 (Fed. Cir. 2011).
*Smith Int'l, Inc. v. Hughes Tool Co.,* 718 F.2d 1573 (Fed. Cir. 1983).
*Story Parchment Co. v. Patterson Parchment Paper Co.,* 282 U.S. 555 (1931).
*Systemation, Inc. v. Engel Indus., Inc.,* 1999 U.S. App. (Fed. Cir. 1999).
*United Mine Workers v. International Union, United Mine Workers*, 412 F.2d 165 (D.C. Cir. 1969).
*United States v. Criminal Sheriff*, 19 F.3d 238 (5th Cir. 1994).
*Univ. of Tex. v. Camenisch*, 451 U.S. 390 (1981).
*Winter v. Natural Resources Defense Council, Inc.*, 129 S. Ct. 365 L. Ed. 2d 249, 67 Env't. Rep. Cas. (BNA) 1225 (2008).

Legal Documents:
"Answers to Complaint & Counterclaims," 1:18-cv-00823, August 6, 2018.
"Complaint," 1:18-cv-00823, May 31, 2018.
"Complaint," 1:19-cv-00712, April 18, 2019.
"Declaration of Mark Bradley in Support of Plaintiffs' Motion for a Preliminary Injunction Pending Appeal," 1:18-cv-00823, December 16, 2021.
"Final Judgment," Chief Judge Colm F. Connolly of the U.S. District Court for the District of Delaware, September 14, 2021.
"Memorandum Opinion," Chief Judge Colm F. Connolly of the U.S. District Court for the District of Delaware, August 31, 2021.

**TAB 2**

**MATERIALS REVIEWED AND/OR RELIED UPON**

Patents:
U.S. Patent No. 9,744,209.
U.S. Patent No. 9,750,785.

Financial Documents:
Eagle Pharmaceuticals, Inc. SEC Form 10-Q for the quarterly period ended June 30, 2021.
Eagle Pharmaceuticals, Inc. SEC Form 10-Q for the quarterly period ended September 30, 2021.
Eagle Pharmaceuticals, Inc. SEC Form 10-K for the fiscal year ended December 31, 2018.
Eagle Pharmaceuticals, Inc. SEC Form 10-K for the fiscal year ended December 31, 2019.
Eagle Pharmaceuticals, Inc. SEC Form 10-K for the fiscal year ended December 31, 2020.
Endo International, PLC SEC Form 10-K for the fiscal year ended December 31, 2017.
Endo International, PLC SEC Form 10-K for the fiscal year ended December 31, 2018.
Endo International, PLC SEC Form 10-K for the fiscal year ended December 31, 2019.
Endo International, PLC SEC Form 10-K for the fiscal year ended December 31, 2020.
Endo International, PLC SEC Form 10-Q for the quarterly period ended September 30, 2020.
Endo International, PLC SEC Form 10-Q for the quarterly period ended March 31, 2021.
Endo International, PLC SEC Form 10-Q for the quarterly period ended June 30, 2021.
Endo International, PLC SEC Form 10-Q for the quarterly period ended September 30, 2021.
Par Pharmaceutical Holdings, Inc., SEC Form S-1, March 12, 2015.

Websites and Publications:
"A Guide to Crash Carts: Must-Have Features and Medications," Scott-Clark Medical, https://www.scott-clark.com/blog/a-guide-to-crash-carts-must-have-features-and-medications/ (viewed November 23, 2021).
"Amneal Pharmaceuticals, inc (AMRX) Q2 2021 Earnings Call Transcript," The Motley Fool, https://www.fool.com/earnings/call-transcripts/2021/08/09/amneal-pharmaceuticals-inc-amrx-q2-2021-earnings-c/ (viewed September 27, 2021).
"An Endo International Company," Par Pharmaceutical, https://www.parsterileproducts.com/ (viewed December 2, 2020).
"Approval Package for: Application Number: 204485Orig1s003," Center for Drug Evaluation and Research, https://www.accessdata.fda.gov/drugsatfda_docs/nda/2016/2044850Orig1s003.pdf.
"Dexmedetomidine," Drugs.com, https://www.drugs.com/mtm/dexmedetomidine.html (viewed November 23, 2021).
"Distributive Shock," Health Jade, https://healthjade.net/distributive-shock/ (viewed December 6, 2021).
"Distributive Shock," Medscape, https://emedicine.medscape.com/article/168689-overview#showall (viewed December 3, 2020).
"Distributive Shock," StatPearls Publishing LLC, https://www.ncbi.nlm.nih.gov/books/NBK470316/ (viewed November 24, 2021).
"Drugmaker Endo settles opioid claims by New York, counties for $50 mln," Reuters, https://www.reuters.com/business/healthcare-pharmaceuticals/drugmaker-endo-settles-opioid-claims-by-new-york-counties-50-mln-2021-09-10/ (viewed November 24, 2021).
"Drugs@FDA: FDA-Approved Drugs," FDA, https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=204485 (viewed December 7, 2021).
"Drugs@FDA: FDA-Approved Drugs," FDA, https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=212593 (viewed December 6, 2020).
"Eagle Pharmaceuticals Announces FDA Maintains Prioritization of ANDA for Vasopressin," Eagle Pharmaceuticals, https://investor.eagleus.com/press-releases/news-details/2021/Eagle-Pharmaceuticals-Announces-FDA-Maintains-Prioritization-of-ANDA-for-Vasopressin/default.aspx (viewed December 4, 2021).

**TAB 2**

**MATERIALS REVIEWED AND/OR RELIED UPON**

Websites and Publications (continued):

"Eagle Pharmaceuticals Reports Second Quarter 2021 Results," Business Wire, https://www.businesswire.com/news/home/20210809005147/en/Eagle-Pharmaceuticals-Reports-Second-Quarter-2021-Results (viewed November 23, 2021).

"Eagle Pharmaceuticals Reports Second Quarter 2021 Results," Eagle Pharmaceuticals, https://investor.eagleus.com/press-releases/news-details/2021/Eagle-Pharmaceuticals-Reports-Second-Quarter-2021-Results/default.aspx (viewed November 23, 2021).

"Eagle Pharmaceuticals' Vasopressin ANDA Accepted for Filing by the FDA," Eagle Pharmaceuticals, https://www.sec.gov/Archives/edgar/data/827871/000110465918024064/a18-10132_1ex99d1.htm (viewed November 24, 2021).

"Eagle Pharmaceuticals Wins Vasopressin Patent Trial," Business Wire, https://www.businesswire.com/news/home/20210831005804/en/Eagle-Pharmaceuticals-Wins-Vasopressin-Patent-Trial (viewed November 23, 2021).

"Endo Announces Issuance of Vasostrict Patent," Endo, https://investor.endo.com/news-releases/news-release-details/endo-announces-issuance-vasostrictr-patent (viewed November 23, 2021).

"Endo Announces Issuance of Vasostrict® Patent," PR Newswire, https://www.prnewswire.com/news-releases/endo-announces-issuance-of-vasostrict-patent-300291415.html (viewed December 6, 2020).

"Endo to Acquire Par Pharmaceutical, Strategically Expanding Generics Business to a Top 5 Industry Leader," Endo, https://investor.endo.com/news-releases/news-release-details/endo-acquire-par-pharmaceutical-strategically-expanding-generics (viewed December 2, 2020).

"Guidance for Industry 180-Day Exclusivity When Multiple ANDAs Are Submitted on the Same Day," U.S. Food and Drug Administration, https://www.fda.gov/media/71304/download.

"Guy Donatiello," LinkedIn, https://www.linkedin.com/in/guy-donatiello-b278252/ (viewed December 5, 2021).

"How is Sepsis Diagnosed and Treated?" CDC, https://www.cdc.gov/sepsis/diagnosis/index.html (viewed December 3, 2020).

"Is Vasodilation Good?" Healthline Media UK Ltd, https://www.healthline.com/health/vasodilation (viewed December 3, 2020).

"Lawrence Brown," LinkedIn, https://www.linkedin.com/in/lawrence-brown-3aa6329/ (viewed December 7, 2021).

"Market capitalization of Eagle Pharmaceuticals (EGRX)," CompaniesMarketCap.com, https://companiesmarketcap.com/eagle-pharmaceuticals/marketcap/ (viewed December 5, 2021).

"Market capitalization of Endo International (ENDP)," CompaniesMarketCap.com, https://companiesmarketcap.com/endo-international/marketcap/ (viewed December 5, 2021).

"Medical Crash Cart Medications Auto-Replenishment Request for Quote," HealthFirst, https://www.healthfirst.com/medical/crashcart-signup-copy-2/ (viewed November 23, 2021).

"NDA 204485," Department of Health and Human Services, https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2014/204485Orig1s000ltr.pdf.

"NDA 212593," U.S. Food and Drug Administration, https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2020/212593Orig1s000ltr.pdf.

"Orange Book: Approved Drug Products with Therapeutic Equivalence Evaluations," FDA, https://www.accessdata.fda.gov/scripts/cder/ob/search_product.cfm (viewed December 6, 2021), accessed by searching in FDA Orange Book using "vasopressin" as the active ingredient.

"Palonosetron Injection," MedlinePlus, https://medlineplus.gov/druginfo/meds/a610002.html (viewed December 6, 2021).

"Par Pharmaceutical Announces First FDA Approval of Vasostrict™ (vasopressin injection, USP)," PR Newswire, https://www.prnewswire.com/news-releases/par-pharmaceutical-announces-first-fda-approval-of-vasostrict-vasopressin-injection-usp-282391581.html (viewed December 2, 2020).

"Par Pharmaceutical Companies Our History," Par Pharmaceutical, https://web.archive.org/web/20150321031532/http://www.parpharm.com/index.php?option=com_content&view=article&id=75&Itemid=92 (viewed December 2, 2020).

"Par Pharmaceutical Companies, Inc. History," Funding Universe, http://www.fundinguniverse.com/company-histories/par-pharmaceutical-companies-inc-history/ (viewed December 2, 2020).

**TAB 2**

**MATERIALS REVIEWED AND/OR RELIED UPON**

Websites and Publications (continued):

"Par Pharmaceutical to Acquire JHP Pharmaceuticals," PR Newswire, https://www.prnewswire.com/news-releases/par-pharmaceutical-to-acquire-jhp-pharmaceuticals-241264801.html (viewed December 2, 2020).

"Par Pharmaceutical, Inc.," Dun & Bradstreet, https://www.dnb.com/business-directory/company-profiles.par_pharmaceutical_inc.a5e909cadd10c29d3f33a26e357e3095.html (viewed December 2, 2020).

"Par Sterile Products, LLC," Dun & Bradstreet, https://www.dnb.com/business-directory/company-profiles.par_sterile_products_llc.f8a2e095a2de2ce409ca583abf87cb9a.html (viewed December 2, 2020).

"Postcardiotomy Cardiogenic Shock," ABIOMED, https://www.abiomed.com/disease-states/postcardiotomy-cardiogenic-shock (viewed December 6, 2020).

"Prescribing Information," FDA, https://www.accessdata.fda.gov/drugsatfda_docs/label/2014/204485Orig1s000lbl.pdf.

"Prescribing Information," FDA, https://www.accessdata.fda.gov/drugsatfda_docs/label/2021/204485s011lbl.pdf.

"Rich Valiga," LinkedIn, https://www.linkedin.com/in/rich-valiga-a564846/ (viewed December 5, 2021).

"Senators Condemn Big Price Increases for Drugs," The New York Times, http://www.nytimes.com/2015/12/10/business/senators-condemn-big-price-increases-for-drugs.html (viewed November 24, 2021).

"Septic Shock Treatment and Management," Medscape, https://emedicine.medscape.com/article/168402-treatment (viewed September 14, 2021).

"Septic Shock," NHS, https://www.nhsinform.scot/illnesses-and-conditions/blood-and-lymph/septic-shock (viewed December 3, 2020).

"Statement on FDA's new report regarding root causes and potential solutions to drug shortages," FDA, https://www.fda.gov/news-events/press-announcements/statement-fdas-new-report-regarding-root-causes-and-potential-solutions-drug-shortages (viewed November 23, 2021).

"Understanding Low Blood Pressure -- the Basics," WebMD, https://www.webmd.com/heart/understanding-low-blood-pressure-basics#1 (viewed December 3, 2020).

"US9744209B2," Google Patents, https://patents.google.com/patent/US9744209B2/en?oq=US9744209B2 (viewed November 23, 2021).

"US9750785B2," Google Patents, https://patents.google.com/patent/US9750785B2?oq=US9750785B2 (viewed November 23, 2021).

"What Are Vasopressors?" Everyday Health, Inc., https://www.everydayhealth.com/vasopressors/guide/ (viewed December 3, 2020).

"What is 505(b)(2)?," Camargo, https://camargopharma.com/resources/what-is-505b2/ (viewed September 27, 2021).

"What to Know About Vasodilation," Medical News Today, https://www.medicalnewstoday.com/articles/327402 (viewed December 3, 2020).

Academic Articles and Books:

Aitken, Murray L., *et al*., "The Regulation of Prescription Drug Competition and Market Responses: Patterns in Prices and Sales Following Loss of Exclusivity," *National Bureau of Economic Research*, Working Paper No. 19487 (2013): 1-37.

Ames, Daniel R., and Malia Mason, "Tandem Anchoring: Informational and Politeness Effects of Range Offers in Social Exchange," *Journal of Personality and Social Psychology*, Vol. 108, No. 2 (2015): 254-274.

Brealey, Richard A., Stewart C. Meyers, and Franklin Allen, *Principles of Corporate Finance* (2011), Tenth Edition, McGraw-Hill/Irwin.

Caves, Richard, *et al.*, "Patent Expiration, Entry, and Competition in the U.S. Pharmaceutical Industry," *Brookings Papers on Economic Activity: Microeconomics,* 22 (1991): 1-66.

Danzon, Patricia M., and Michael F. Furukawa, "Cross-National Evidence on Generic Pharmaceuticals: Pharmacy vs. Physician Driven Markets," *National Bureau of Economic Research*, Working Paper No. 17226 (2011): 1-44.

Frank, Richard G., and David S. Salkever, "Pricing, Patent Loss and the Market for Pharmaceuticals," *Southern Economic Journal*, Vol. 59, No. 2 (1992): 165-179.

**TAB 2**

**MATERIALS REVIEWED AND/OR RELIED UPON**

Academic Articles and Books (continued):

Gourville, John T., and Jonathan J. Koeler, "Downsizing Price Increases: A Greater Sensitivity to Price than Quantity in Consumer Markets," *Harvard Business School Marketing Research Papers* (June 2004).

Grabowski, Henry G., and John M. Vernon, "Effective Patent Life in Pharmaceuticals*," Int. J. Technology Management*, Vol. 19, Nos. 1/2 (2000): 98-120.

Grabowski, Henry G., "Patents and New Product Development in the Pharmaceuticals and Biotechnology Industries," in *Science and Cents: The Economics of Biotechnology* (2002), pp. 87-104, edited by John Duca and Mine K. Yucel (Federal Reserve Bank of Dallas).

Grabowski, Henry G., and John Vernon, "Brand Loyalty, Entry, and Price Competition in Pharmaceuticals After the 1984 Drug Act," *The Journal of Law & Economics*, Vol. 35, No. 2 (1992): 331-350.

Grabowski, Henry, "Are the Economics of Pharmaceutical Research and Development Changing? Productivity, Patents and Political Pressures," *Pharmacoeconomics*, Vol. 22, Suppl. 2 (2004): 15-24.

Grabowski, Henry, *et al.*, "Updated Trends in US Brand-Name and Generic Drug Competition," *Journal of Medical Economics*, Vol. 19, No. 9 (2016): 836-844.

Harrington, Scott E., "Cost of Capital for Pharmaceutical, Biotechnology, and Medical Device Firms," in *The Oxford Handbook of the Economics of the Biopharmaceutical Industry* (2012).

Higgins, Matthew J., and Stuart J. H. Graham, "Balancing Innovation and Access: Patent Challenges Tip the Scales," *Science,* Vol. 326, No. 5951 (2009): 370-71.

Hollenberg, Steven, "Vasoactive Drugs in Circulatory Shock," *American Journal of Respiratory Critical Care Medicine*, Vol. 183 (2011): 847-855.

Kahneman, Daniel, "Reference Points, Anchors, Norms, and Mixed Feelings," *Organizational Behavior and Human Decision Processes*, Vol. 51 (1992): 296-312.

Kahneman, Daniel, and Amos Tversky, "Judgment under Uncertainty: Heuristics and Biases," *Science*, Vol. 185 (1974): 1124-1131.

Kahneman, Daniel, and Amos Tversky, "Prospect Theory: An Analysis of Decision Under Risk," *Econometrica*, Vol. 47 (1979): 263-292.

Kahneman, Daniel, Jack Knetsch, and Richard Thaler, "Anomalies: The Endowment Effect, Loss Aversion, and Status Quo Bias," *Journal of Economic Perspectives*, Vol. 5, No. 1 (1991): 193-206.

Kalwani, Manohar U., *et al.*, "A Price Expectations Model of Customer Brand Choice," *Journal of Marketing Research*, Vol. 27 (1990): 251-262.

Knowles, Sherry M., "Fixing the Legal Framework for Pharmaceutical Research," *Science*, Vol. 327, No. 5969 (2010): 1083-84.

Lahiry, Sandeep, Sayanta Thakur, and Dwaipayan S. Chakraborty, "Advances in Vasodilatory Shock: A Concise Review," *Indian Journal of Critical Care Medicine*, Vol. 23, No. 10 (2019): 475-480, available at https://www.ncbi.nlm.nih.gov/pmc/articles/PMC6842826/.

Lehman, Bruce, "The Pharmaceutical Industry and the Patent System," *International Intellectual Property Institute* (2003): 1-14.

Mankiw, N. G., *Principles of Economics* (2011), Sixth Edition, South-Western Cengage Learning.

Poston, Jason T., Bhakti K. Patel, and Andrew M. Davis, "Management of Critically Ill Adults with Covid-19," *Jama*, Vol. 323, No. 18 (2020): 1839-1841.

Regan, Tracy L., "Generic Entry, Price Competition, and Market Segmentation in the Prescription Drug Market," *International Journal of Industrial Organization*, Vol 26. (2008): 930-948.

Rhodes, Andrew, *et al.*, "Surviving Sepsis Campaign: International Guidelines for Management of Sepsis and Septic Shock: 2016," *Critical Care Medicine*, Vol. 45, No. 3 (2017): 486-552.

Saha, Atanu, and Heather Roberts, "Pharmaceutical industry's changing market dynamics," *International Journal of the Economics of Business*, Vol. 27, No. 2 (2020): 159-175.

Saha, Atanu, *et al.*, "Generic Competition in the US Pharmaceutical Industry," *International Journal of the Economics of Business*, Vol. 13, No. 1 (2006): 15-38.

Secomb, Timothy, "Hemodynamics," *Comprehensive Physiology*, Vol. 6, No. 2 (2016): 975-1003.

Treschan, Tanja, and Jurgen Peters, "The Vasopressin System," *Anesthesiology*, Vol. 105, No. 3 (2006): 599-612.

**TAB 2**

**MATERIALS REVIEWED AND/OR RELIED UPON**

<u>Reports and White Papers</u>:

Busby, Daniel, and Steve Daddeo, "Eagle Pharmaceuticals," RBC Capital Markets (August 9, 2021).

Conrad, Ryan, and Randall Lutter, "Generic Competition and Drug Prices: New Evidence Linking Greater Generic Competition and Lower Generic Drug Prices," U.S. Food & Drug Administration Report (December 2019): 1-9.

Cook, Anna, "How Increased Competition from Generic Drugs Has Affected Prices and Returns in the Pharmaceutical Industry," The Congress of the United States Congressional Budget Office Study (July 1998): 62-63.

FDA, "Guidance on Marketed Unapproved Drugs; Compliance Policy Guide; Availability," *Federal Register*, Vol. 71, No. 111 (June 9, 2006).

FDA, "Marketed Unapproved Drugs — Compliance Policy Guide Sec. 440.100, Marketed New Drugs Without Approved NDAs or ANDAs," (September 19, 2011).

J.P. Morgan, "Endo International PLC – 3Q Takeaways: Significant Beat on Vasostrict and Gx Launches but Longer-term Uncertainties Remain," (November 5, 2021).

Moody's Investor Service, "Rating Action: Moody's Downgrades Endo's CFR to Caa1," (August 25, 2021).

S&P Global Ratings, "Endo International PLC Downgraded to 'CCC+' from 'B-' on Vasostrict Trial Outcome; Outlook Negative," (September 2, 2021).

Silver, Richard, "A Wall Street Perspective on Generics," 2007 EGA Annual Conference, Lehman Brothers (June 14-16, 2007).

United States Federal Trade Commission, "To Promote Innovation: The Proper Balance of Competition and Patent Law and Policy," (2003), available at https://www.ftc.gov/sites/default/files/documents/reports/promote-innovation-proper-balance-competition-and-patent-law-and-policy/innovationrpt.pdf.

<u>Other</u>:

Bloomberg Request Builder.

Bloomberg Symphony Data, pulled September 16, 2021.

Conversation with Messrs. Bradley, Donatiello, Brown, and Valiga.

**TAB 3**

**PATENTS AT ISSUE**

| | Patent Number | Application Number | Patent Title | Issue Date | Anticipated Expiration | Abstract |
|---|---|---|---|---|---|---|
| | [A] | [B] | [C] | [D] | [E] | [F] |
| [1] | 9,744,209 | 15/426,693 | Vasopressin Formulations for Use in Treatment of Hypotension | 8/29/2017 | 1/30/2035 | Provided herein are peptide formulations comprising polymers as stabilizing agents. The peptide formulations can be more stable for prolonged periods of time at temperatures higher than room temperature when formulated with the polymers. The polymers used in the present invention can decrease the degradation of the constituent peptides of the peptide formulations. |
| [2] | 9,750,785 | 15/426,703 | Vasopressin Formulations for Use in Treatment of Hypotension | 9/5/2017 | 1/30/2035 | Provided herein are peptide formulations comprising polymers as stabilizing agents. The peptide formulations can be more stable for prolonged periods of time at temperatures higher than room temperature when formulated with the polymers. The polymers used in the present invention can decrease the degradation of the constituent peptides of the peptide formulations. |

Notes & Sources:
Anticipated Expiration Date from Google Patents.
[1] U.S. Patent No. 9,744,209; "US9744209B2," Google Patents, https://patents.google.com/patent/US9744209B2/en?oq=US9744209B2 (viewed November 23, 2021).
[2] U.S. Patent No. 9,750,785; "US9750785B2," Google Patents, https://patents.google.com/patent/US9750785B2?oq=US9750785B2 (viewed November 23, 2021).

**TAB 4**



**TAB 4**



**TAB 5**

**ENDO INTERNATIONAL PLC**
**BALANCE SHEET**
**2016 – 2021**

| | | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 |
|---|---|---|---|---|---|---|---|
| | | [A] | [B] | [C] | [D] | [E] | [F] |
| | **Assets** | | | | | | |
| | Current Assets | | | | | | |
| [1] | Cash and cash equivalents | $517 | $987 | $1,149 | $1,455 | $1,213 | $1,545 |
| [2] | Restricted cash and cash equivalents | $282 | $320 | $305 | $247 | $172 | $129 |
| [3] | Accounts receivable, net | $992 | $517 | $471 | $468 | $511 | $458 |
| [4] | Inventories, net | $556 | $391 | $322 | $328 | $352 | $338 |
| [5] | Prepaid expenses and other current assets | $78 | $43 | $56 | $41 | $101 | $89 |
| [6] | Income taxes receivable | $48 | $12 | $40 | $48 | $64 | $10 |
| [7] | Assets held for sale | $117 | - | - | - | - | - |
| [8] | Total current assets | $2,589 | $2,271 | $2,343 | $2,586 | $2,413 | $2,569 |
| [9] | Property, Plant And Equipment, Net | $670 | $524 | $499 | $505 | $458 | $446 |
| [10] | Marketable Securities | $2 | $1 | - | - | - | - |
| [11] | Operating Lease Assets | - | - | - | $52 | $37 | $32 |
| [12] | Goodwill | $4,729 | $4,450 | $3,765 | $3,595 | $3,560 | $3,560 |
| [13] | Other Intangibles, Net | $5,859 | $4,318 | $3,457 | $2,571 | $2,741 | $2,549 |
| [14] | Deferred Income Taxes | $8 | $12 | $1 | $2 | $2 | $2 |
| [15] | Other Assets | $417 | $60 | $68 | $78 | $53 | $48 |
| [16] | Total Assets | $14,275 | $11,636 | $10,132 | $9,390 | $9,265 | $9,206 |
| | **Liabilities and Shareholders' Deficit** | | | | | | |
| | Current Liabilities | | | | | | |
| [17] | Accounts payable and accrued expenses | $1,454 | $1,097 | $1,009 | $900 | $836 | $825 |
| [18] | Current portion of legal settlement accrual | $1,016 | $1,088 | $905 | $513 | $372 | $349 |
| [19] | Current portion of operating lease liabilities | - | - | - | $11 | $12 | $12 |
| [20] | Current portion of long-term debt | $131 | $34 | $34 | $34 | $34 | $223 |
| [21] | Income taxes payable | $9 | $2 | $2 | $2 | - | $0 |
| [22] | Liabilities held for sale | $24 | - | - | - | - | - |
| [23] | Total Current Liabilities | $2,635 | $2,221 | $1,950 | $1,460 | $1,254 | $1,409 |

**TAB 5**

**ENDO INTERNATIONAL PLC**
**BALANCE SHEET**
**2016 – 2021**

| | | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 |
|---|---|---|---|---|---|---|---|
| | | [A] | [B] | [C] | [D] | [E] | [F] |
| | **Liabilities and Shareholders' Deficit (continued)** | | | | | | |
| [24] | Deferred Income Taxes | $192 | $43 | $34 | $32 | $26 | $23 |
| [25] | Long-Term Debt, Less Current Portion, Net | $8,141 | $8,242 | $8,224 | $8,360 | $8,281 | $8,053 |
| [26] | Operating Lease Liabilities, Less Current Portion | - | - | - | $48 | $38 | $33 |
| [27] | Long-Term Legal Settlement Accrual, Less Current Portion | - | $210 | - | - | - | - |
| [28] | Other Liabilities | $605 | $434 | $422 | $356 | $314 | $305 |
| | Shareholders' Deficit | | | | | | |
| [29] | Euro deferred shares | 42 | 48 | 46 | 45 | 49 | 47 |
| [30] | Ordinary shares | 22 | 22 | 22 | 23 | 23 | 23 |
| [31] | Additional paid-in capital | $8,743 | $8,791 | $8,856 | $8,905 | $8,938 | $8,939 |
| [32] | Accumulated deficit | ($5,688) | ($8,097) | ($9,125) | ($9,552) | ($9,368) | ($9,342) |
| [33] | Accumulated other comprehensive loss | ($353) | ($210) | ($229) | ($219) | ($218) | ($214) |
| [34] | Total Shareholders' Deficit | $2,702 | $485 | ($498) | ($867) | ($648) | ($617) |
| [35] | Total Liabilities and Shareholders' Deficit | $14,275 | $11,636 | $10,132 | $9,390 | $9,265 | $9,206 |

Notes & Sources:
In $ millions, except share and per share data.
[A] From Endo International, PLC SEC Form 10-K for the fiscal year ended December 31, 2017, at p. F-5.
[B] From Endo International, PLC SEC Form 10-K for the fiscal year ended December 31, 2018, at p. F-5.
[C] From Endo International, PLC SEC Form 10-K for the fiscal year ended December 31, 2019, at p. F-7.
[D]-[E] From Endo International, PLC SEC Form 10-K for the fiscal year ended December 31, 2020, at p. F-6.
[F] From Endo International, PLC SEC Form 10-Q for the quarterly period ended June 30, 2021, at p. 1. Data shown is through Q2 2021.

**TAB 6**

## ENDO INTERNATIONAL PLC
### BRANDED PHARMACEUTICALS AND STERILE INJECTABLES REVENUES
### 2016 – 2020

|  |  | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|
|  |  | [A] | [B] | [C] | [D] | [E] |
|  | **Branded Pharmaceuticals** |  |  |  |  |  |
|  | Specialty Products |  |  |  |  |  |
| [1] | Xiaflex® | $190 | $213 | $265 | $328 | $316 |
| [2] | Supprelin® LA | $79 | $86 | $82 | $87 | $88 |
| [3] | Other Specialty | $138 | $84 | $98 | $105 | $93 |
| [4] | Total Specialty Products | $407 | $384 | $445 | $520 | $497 |
|  | Established Products |  |  |  |  |  |
| [5] | Percocet® | $139 | $125 | $123 | $116 | $110 |
| [6] | Testopel® | - | $69 | $58 | $55 | $35 |
| [7] | Voltaren® Gel | $101 | - | - | - | - |
| [8] | Opana® ER | $159 | - | - | - | - |
| [9] | Other Established | $361 | $379 | $237 | $164 | $139 |
| [10] | Total Established Products | $759 | $574 | $418 | $336 | $285 |
| [11] | Total Branded Pharmaceuticals | $1,166 | $958 | $863 | $855 | $782 |
|  | **Sterile Injectables** |  |  |  |  |  |
| [12] | Vasostrict® | $343 | $400 | $454 | $532 | $786 |
| [13] | Adrenalin® | $22 | $77 | $143 | $179 | $152 |
| [14] | Ertapenem For Injection | - | - | $58 | $105 | $66 |
| [15] | Aplisol® | - | $66 | $65 | $62 | $36 |
| [16] | Other Sterile Injectables | $211 | $208 | $210 | $186 | $199 |
| [17] | Total Sterile Injectables | $576 | $750 | $930 | $1,063 | $1,239 |
| [18] | **Total Branded Pharmaceuticals and Sterile Injectables Revenues** | $1,743 | $1,708 | $1,792 | $1,919 | $2,021 |

**TAB 6**

**ENDO INTERNATIONAL PLC**
**BRANDED PHARMACEUTICALS AND STERILE INJECTABLES REVENUES**
**2016 – 2020**

<u>Notes & Sources</u>:

In $ millions.

[4] = [1] + [2] + [3].

[10] = [5] + [6] + [7] + [8] + [9].

[11] = [4] + [9].

[17] = [12] + [13] + [14] + [15] + [16].

[18] = [11] + [17].

[A] Endo International, PLC SEC Form 10-K for the fiscal year ended December 31, 2018, at pp. 3-5. Endo's 2018 10-K summary includes different products than its 2019 and 2020 10-Ks.

[B] Endo International, PLC SEC Form 10-K for the fiscal year ended December 31, 2019, at pp. 3-4.

[C]-[E] Endo International, PLC SEC Form 10-K for the fiscal year ended December 31, 2020, at pp. 3-4.

**TAB 7**



**TAB 8**



**TAB 9**

**EAGLE PHARMACEUTICALS, INC.**
**INCOME STATEMENT**
**2016 – 2020**

| | | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|
| | | [A] | [B] | [C] | [D] | [E] |
| | Revenue | | | | | |
| [1] | Product sales | $41 | $45 | $70 | $74 | $72 |
| [2] | Royalty revenue | $99 | $154 | $143 | $113 | $110 |
| [3] | License and other revenue | $50 | $38 | - | $9 | $5 |
| [4] | Total revenue | $189 | $237 | $213 | $196 | $188 |
| | Operating expenses | | | | | |
| [5] | Cost of product sales | $36 | $34 | $42 | $48 | $34 |
| [6] | Cost of royalty revenue | $20 | $23 | $20 | $13 | $12 |
| [7] | Research and development | $28 | $33 | $44 | $37 | $31 |
| [8] | Selling, general and administrative | $53 | $71 | $61 | $76 | $79 |
| [9] | Restructuring charge | - | - | $8 | - | - |
| [10] | Asset impairment charge | - | $7 | $3 | - | - |
| [11] | Change in fair value of contingent consideration | $1 | ($7) | ($1) | - | - |
| [12] | Legal settlement | - | $2 | - | - | - |
| [13] | Gain on sale of asset | ($2) | - | - | - | - |
| [14] | Total operating expenses | $136 | $163 | $177 | $174 | $155 |
| [15] | Income from operations | $53 | $74 | $37 | $22 | $33 |
| [16] | Interest income | $0 | $0 | $0 | $2 | $1 |
| [17] | Interest expense | ($0) | ($1) | ($3) | ($3) | ($3) |
| [18] | Other income | - | - | - | $1 | ($8) |
| [19] | Income before income tax | $53 | $73 | $34 | $22 | $23 |
| [20] | Income tax provision | ($28) | $21 | $2 | $8 | $11 |
| [21] | Net income | $81 | $52 | $32 | $14 | $12 |

Notes & Sources:
   In $ millions.
   [A] From Eagle Pharmaceuticals, Inc. SEC Form 10-K for the fiscal year ended December 31, 2018, at F-4.
   [B] From Eagle Pharmaceuticals, Inc. SEC Form 10-K for the fiscal year ended December 31, 2019, at F-5.
[C]-[E] From Eagle Pharmaceuticals, Inc. SEC Form 10-K for the fiscal year ended December 31, 2020, at F-6.

**TAB 10**



**TAB 11**



**TAB 12**



**TAB 13**



**TAB 14**



**TAB 15**



**TAB 16**



**TAB 17**



**TAB 17**



**TAB 17**



**TAB 17**



**TAB 18**



**TAB 18**



**TAB 18**

**TAB 18**



**TAB 19**



**TAB 19**



**TAB 19**



**TAB 19**



**TAB 20**



**TAB 20**



**TAB 20**





**TAB 21**



**TAB 21**





**TAB 21**





**TAB 21**



**TAB 21**



**TAB 21**





**TAB 21**





**TAB 22**



**TAB 22**





**TAB 22**





**TAB 22**



**TAB 22**



TAB 22



**TAB 22**



## TAB 23



**TAB 23**





**TAB 23**





**TAB 23**



**TAB 23**



**TAB 23**



**TAB 23**





**TAB 24**



**TAB 24**





**TAB 24**





**TAB 24**





**TAB 24**





**TAB 24**



**TAB 24**



**TAB 25**



**TAB 25**

