# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAR PHARMACEUTICAL, INC., PAR STERILE PRODUCTS, LLC, and ENDO PAR INNOVATION COMPANY, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>EAGLE PHARMACEUTICALS INC.,<br><br>    Defendant. | C.A. No. 18-823-CFC-JLH<br><br>**<u>FILED UNDER SEAL</u>** |

## APPENDIX OF DOCUMENTS CITED IN BRADLEY AND JAROSZ DECLARATIONS IN SUPPORT OF PAR'S MOTION FOR A PRELIMINARY INJUNCTION PENDING APPEAL

Dated: December 16, 2021

Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
FARNAN LLP
919 N. Market St., 12th Floor
Wilmington, DE 19801
Telephone : (302) 777-0300
Fax : (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Martin J. Black (admitted *pro hac vice*)
Sharon K. Gagliardi (admitted *pro hac vice*)
Brian M. Goldberg (admitted *pro hac vice*)
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Tel: (215) 994-4000
martin.black@dechert.com

sharon.gagliardi@dechert.com
brian.goldberg@dechert.com

Robert D. Rhoad (admitted *pro hac vice*)
DECHERT LLP
502 Carnegie Center
Suite #104
Princeton, NJ 08540
Tel: (609) 955-3200
robert.rhoad@dehcert.com

Jonathan Loeb (admitted *pro hac vice*)
Dechert LLP
3000 El Camino Real
Suite 650
Palo Alto, CA 94306
Tel: (650) 813-4995
jonathan.loeb@dechert.com

Blake B. Greene (admitted *pro hac vice*)
DECHERT LLP
300 W. 6th Street, Suite 2010
Austin, TX 78701
Tel: (512) 394-3000
blake.greene@dechert.com

*Attorneys for Plaintiffs Par Pharmaceutical, Inc., Par Sterile Products, LLC, and Endo Par Innovation Company, LLC*

# Table of Contents

| Description | Page No. |
|---|---|
| **Internal Par Documents** | **Vol. 1** |
| ████████████████ | ██ |
| ████████████████████ | ██ |
| ████████████████████ | ██ |
| ████████████████ | ██ |
| ████████████████ | ██ |
| ████████████████████ | ██ |
| ████████████████ | ██ |
| ████████████████████ | ██ |
|  |  |
| **FDA Documents** | **Vol. 2** |
| Eagle Press Release | p. 1 |
| "Drugs@FDA: FDA-Approved Drugs," FDA, https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=212593 (viewed December 6, 2020) | p. 4 |
| FDA, "Guidance on Marketed Unapproved Drugs; Compliance Policy Guide; Availability," *Federal Register*, Vol. 71, No. 111 (June 9, 2006). | p. 5 |
| FDA, "Marketed Unapproved Drugs — Compliance Policy Guide Sec. 440.100, Marketed New Drugs Without Approved NDAs or ANDAs," (September 19, 2011). | p. 7 |
| "Guidance for Industry 180-Day Exclusivity When Multiple ANDAs Are Submitted on the Same Day," U.S. Food and Drug Administration, https://www.fda.gov/media/71304/download. | p. 22 |
| "Prescribing Information," FDA, https://www.accessdata.fda.gov/drugsatfda_docs/label/2014/204485Orig1s000lbl.pdf. | p. 31 |

| Description | Page No. |
|---|---|
| "Drugs@FDA: FDA-Approved Drugs," FDA, https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=212593 (viewed December 6, 2020). | p. 40 |
| "Drugs@FDA: FDA-Approved Drugs," FDA, https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=204485 (viewed December 7, 2021). | p. 50 |
| American Regent Generic Vasopressin Label | p. 55 |
| "Approval Package for: Application Number: 204485Orig1s003," Center for Drug Evaluation and Research, https://www.accessdata.fda.gov/drugsatfda_docs/nda/2016/2044850Orig1s003.pdf | p. 62 |
| "NDA 204485," Department of Health and Human Services, https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2014/204485Orig1s000ltr.pdf. | p. 91 |
| "NDA 212593," U.S. Food and Drug Administration, https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2020/212593Orig1s000ltr.pdf. | p. 95 |
| "Prescribing Information," FDA, https://www.accessdata.fda.gov/drugsatfda_docs/label/2014/204485Orig1s000lbl.pdf; | p. 99 |
| "Statement on FDA's new report regarding root causes and potential solutions to drug shortages," FDA, https://www.fda.gov/news-events/press-announcements/statement-fdas-new-report-regarding-root-causes-and-potential-solutions-drug-shortages (viewed November 23, 2021). | p. 227 |
| | |
| **Financials** | **Vol. 3-1** |
| Eagle Pharmaceuticals, Inc. SEC Form 10-K for the fiscal year ended December 31, 2018. | p. 1 |
| Eagle Pharmaceuticals, Inc. SEC Form 10-K for the fiscal year ended December 31, 2019. | p. 210 |
| Eagle Pharmaceuticals, Inc. SEC Form 10-K for the fiscal year ended December 31, 2020. | p. 402 |
| Endo International, PLC SEC Form 10-Q for the quarterly period ended June 30, 2021. | p. 629 |
| Endo International, PLC SEC Form 10-Q for the quarterly period ended September 30, 2021. | p. 681 |

| Description | Page No. |
|---|---|
| Endo International, PLC SEC Form 10-K for the fiscal year ended December 31, 2017. | p. 732 |
| Endo International, PLC SEC Form 10-K for the fiscal year ended December 31, 2018. | p. 920 |
| **Financials** | **Vol. 3-2** |
| Endo International, PLC SEC Form 10-K for the fiscal year ended December 31, 2019. | p. 1 |
| Endo International, PLC SEC Form 10-K for the fiscal year ended December 31, 2020. | p. 230 |
| Endo International, PLC SEC Form 10-Q for the quarterly period ended June 30, 2021. | p. 451 |
| Endo International, PLC SEC Form 10-Q for the quarterly period ended March 31, 2021. | p. 529 |
| Endo International, PLC SEC Form 10-Q for the quarterly period ended September 30, 2020. | p. 609 |
| Endo International, PLC SEC Form 10-Q for the quarterly period ended September 30, 2021. | p. 691 |
| Par Pharmaceutical Holdings, Inc., SEC Form S-1, March 12, 2015. | p. 752 |
| | |
| **Patents** | **Vol. 4** |
| U.S. Patent No. 9,744,209 | p. 1 |
| U.S. Patent No. 9,750,785 | p. 84 |
| | |
| **Publications** | **Vol. 5-1** |
| Aitken, Murray L., *et al.*, "The Regulation of Prescription Drug Competition and Market Responses: Patterns in Prices and Sales Following Loss of Exclusivity," *National Bureau of Economic Research*, Working Paper No. 19487 (2013): 1-37. | p. 1 |
| Ames, Daniel R., and Malia Mason, "Tandem Anchoring: Informational and Politeness Effects of Range Offers in Social Exchange," *Journal of Personality and Social Psychology*, Vol. 108, No. 2 (2015): 254-274 | p. 40 |
| Brealey, Richard A., Stewart C. Meyers, and Franklin Allen, *Principles of Corporate Finance* (2011), Tenth Edition, McGraw-Hill/Irwin. | p. 61 |
| Busby, Daniel, and Steve Daddeo, "Eagle Pharmaceuticals," RBC Capital Markets (August 9, 2021). | p. 1030 |

| Description | Page No. |
|---|---|
| Caves, Richard, *et al.*, "Patent Expiration, Entry, and Competition in the U.S. Pharmaceutical Industry," *Brookings Papers on Economic Activity: Microeconomics,* 22 (1991): 1-66. | p. 1039 |
| Conrad, Ryan, and Randall Lutter, "Generic Competition and Drug Prices: New Evidence Linking Greater Generic Competition and Lower Generic Drug Prices," U.S. Food & Drug Administration Report (December 2019): 1-9. | p. 1106 |
| Cook, Anna, "How Increased Competition from Generic Drugs Has Affected Prices and Returns in the Pharmaceutical Industry," The Congress of the United States Congressional Budget Office Study (July 1998): 62-63. | p. 1115 |
| Danzon, Patricia M., and Michael F. Furukawa, "Cross-National Evidence on Generic Pharmaceuticals: Pharmacy vs. Physician Driven Markets," *National Bureau of Economic Research*, Working Paper No. 17226 (2011): 1-44. | p. 1206 |
| Danzon, Patricia M., and Michael F. Furukawa, "Cross-National Evidence on Generic Pharmaceuticals: Pharmacy vs. Physician Driven Markets," *National Bureau of Economic Research*, Working Paper No. 17226 (2011): 1-44. | p. 1250 |
| Gourville, John T., and Jonathan J. Koeler, "Downsizing Price Increases: A Greater Sensitivity to Price than Quantity in Consumer Markets," *Harvard Business School Marketing Research Papers* (June 2004). | p. 1266 |
| Grabowski, Henry G., "Patents and New Product Development in the Pharmaceuticals and Biotechnology Industries," in *Science and Cents: The Economics of Biotechnology* (2002), pp. 87-104, edited by John Duca and Mine K. Yucel (Federal Reserve Bank of Dallas). | p. 1307 |
| Grabowski, Henry, "Are the Economics of Pharmaceutical Research and Development Changing? Productivity, Patents and Political Pressures," *Pharmacoeconomics*, Vol. 22, Suppl. 2 (2004): 15-24. | p. 1337 |
| Grabowski, Henry G., and John M. Vernon, "Effective Patent Life in Pharmaceuticals*,*" *Int. J. Technology Management*, Vol. 19, Nos. 1/2 (2000): 98-120. | p. 1347 |
| Grabowski, Henry G., and John Vernon, "Brand Loyalty, Entry, and Price Competition in Pharmaceuticals After the 1984 Drug Act," *The Journal of Law & Economics*, Vol. 35, No. 2 (1992): 331-350. | p. 1370 |

| Description | Page No. |
|---|---|
| Grabowski, Henry, *et al.*, "Updated Trends in US Brand-Name and Generic Drug Competition," *Journal of Medical Economics*, Vol. 19, No. 9 (2016): 836-844. | p. 1391 |
| Harrington, Scott E., "Cost of Capital for Pharmaceutical, Biotechnology, and Medical Device Firms," in *The Oxford Handbook of the Economics of the Biopharmaceutical Industry* (2012). | p. 1400 |
| Higgins, Matthew J., and Stuart J. H. Graham, "Balancing Innovation and Access: Patent Challenges Tip the Scales," *Science,* Vol. 326, No. 5951 (2009): 370-71. | p. 1442 |
| Hollenberg, Steven, "Vasoactive Drugs in Circulatory Shock," *American Journal of Respiratory Critical Care Medicine*, Vol. 183 (2011): 847-855. | p. 1444 |
| J.P. Morgan, "Endo International PLC – 3Q Takeaways: Significant Beat on Vasostrict and Gx Launches but Longer-term Uncertainties Remain," (November 5, 2021). | p. 1453 |
| Kahneman, Daniel, "Reference Points, Anchors, Norms, and Mixed Feelings," *Organizational Behavior and Human Decision Processes*, Vol. 51 (1992): 296-312. | p. 1464 |
| Kahneman, Daniel, and Amos Tversky, "Prospect Theory: An Analysis of Decision Under Risk," *Econometrica,* Vol. 47 (1979): 263-292 | p. 1481 |
| Kahneman, Daniel, and Amos Tversky, "Judgment under Uncertainty: Heuristics and Biases," *Science*, Vol. 185 (1974): 1124-1131. | p. 1511 |
| **Publications** | **Vol 5-2** |
| Kahneman, Daniel, Jack Knetsch, and Richard Thaler, "Anomalies: The Endowment Effect, Loss Aversion, and Status Quo Bias," *Journal of Economic Perspectives*, Vol. 5, No. 1 (1991): 193-206. | p. 1 |
| Kalwani, Manohar U., *et al.*, "A Price Expectations Model of Customer Brand Choice," *Journal of Marketing Research*, Vol. 27 (1990): 251-262. | p. 133 |
| Knowles, Sherry M., "Fixing the Legal Framework for Pharmaceutical Research," *Science*, Vol. 327, No. 5969 (2010): 1083-84. | p. 146 |
| Lahiry, Sandeep, Sayanta Thakur, and Dwaipayan S. Chakraborty, "Advances in Vasodilatory Shock: A Concise Review," *Indian Journal of Critical Care Medicine*, Vol. 23, No. 10 (2019): 475-480, available at https://www.ncbi.nlm.nih.gov/pmc/articles/PMC6842826/. | p. 148 |

| Description | Page No. |
|---|---|
| Lehman, Bruce, "The Pharmaceutical Industry and the Patent System," *International Intellectual Property Institute* (2003): 1-14. | p. 161 |
| Mankiw, N. G., *Principles of Economics* (2011), Sixth Edition, South-Western Cengage Learning. | p. 175 |
| Moody's Investor Service, "Rating Action: Moody's Downgrades Endo's CFR to Caa1," (August 25, 2021). | p. 1065 |
| Poston, Jason T., Bhakti K. Patel, and Andrew M. Davis, "Management of Critically Ill Adults with Covid-19," *Jama*, Vol. 323, No. 18 (2020): 1839-1841. | p. 1072 |
| Regan, Tracy L., "Generic Entry, Price Competition, and Market Segmentation in the Prescription Drug Market," *International Journal of Industrial Organization*, Vol 26. (2008): 930-948. | p. 1075 |
| Rhodes, Andrew, *et al.*, "Surviving Sepsis Campaign: International Guidelines for Management of Sepsis and Septic Shock: 2016," *Critical Care Medicine*, Vol. 45, No. 3 (2017): 486-552. | p. 1094 |
| S&P Global Ratings, "Endo International PLC Downgraded to 'CCC+' from 'B-' on Vasostrict Trial Outcome; Outlook Negative," (September 2, 2021). | p. 1161 |
| Saha, Atanu, *et al.*, "Generic Competition in the US Pharmaceutical Industry," *International Journal of the Economics of Business*, Vol. 13, No. 1 (2006): 15-38. | p. 1169 |
| Saha, Atanu, and Heather Roberts, "Pharmaceutical industry's changing market dynamics," *International Journal of the Economics of Business*, Vol. 27, No. 2 (2020): 159-175. | p. 1193 |
| Secomb, Timothy, "Hemodynamics," *Comprehensive Physiology*, Vol. 6, No. 2 (2016): 975-1003. | p. 1211 |
| Silver, Richard, "A Wall Street Perspective on Generics," 2007 EGA Annual Conference, Lehman Brothers (June 14-16, 2007). | p. 1279 |
| Treschan, Tanja, and Jurgen Peters, "The Vasopressin System," *Anesthesiology*, Vol. 105, No. 3 (2006): 599-612. | p. 1319 |
| United States Federal Trade Commission, "To Promote Innovation: The Proper Balance of Competition and Patent Law and Policy," (2003), available at https://www.ftc.gov/sites/default/files/documents/reports/promote-innovation-proper-balance-competition-and-patent-law-and-policy/innovationrpt.pdf. | p. 1333 |
| | |

| Description | Page No. |
|---|---|
| **Websites** | **Vol. 6** |
| "Postcardiotomy Cardiogenic Shock," ABIOMED, https://www.abiomed.com/disease-states/postcardiotomy-cardiogenic-shock (viewed December 6, 2020). | p. 1 |
| "Eagle Pharmaceuticals Reports Second Quarter 2021 Results," Business Wire, https://www.businesswire.com/news/home/20210809005147/en/Eagle-Pharmaceuticals-Reports-Second-Quarter-2021-Results (viewed November 23, 2021). | p. 7 |
| "Eagle Pharmaceuticals Wins Vasopressin Patent Trial," Business Wire, https://www.businesswire.com/news/home/20210831005804/en/Eagle-Pharmaceuticals-Wins-Vasopressin-Patent-Trial (viewed November 23, 2021). | p. 21 |
| "What is 505(b)(2)?," Camargo, https://camargopharma.com/resources/what-is-505b2/ (viewed September 27, 2021). | p. 23 |
| "How is Sepsis Diagnosed and Treated?" CDC, https://www.cdc.gov/sepsis/diagnosis/index.html (viewed December 3, 2020). | p. 36 |
| "Market capitalization of Eagle Pharmaceuticals (EGRX)," CompaniesMarketCap.com, https://companiesmarketcap.com/eagle-pharmaceuticals/marketcap/ (viewed December 5, 2021). | p. 37 |
| "Market capitalization of Endo International (ENDP)," CompaniesMarketCap.com, https://companiesmarketcap.com/endo-international/marketcap/ (viewed December 5, 2021). | p. 41 |
| "Par Pharmaceutical, Inc.," Dun & Bradstreet, https://www.dnb.com/business-directory/company-profiles.par_pharmaceutical_inc.a5e909cadd10c29d3f33a26e357e3095.html (viewed December 2, 2020). | p. 45 |
| "Dexmedetomidine," Drugs.com, https://www.drugs.com/mtm/dexmedetomidine.html (viewed November 23, 2021). | p. 51 |
| "Distributive Shock," Medscape, https://emedicine.medscape.com/article/168689-overview#showall (viewed December 3, 2020). | p. 56 |

| Description | Page No. |
|---|---|
| "What Are Vasopressors?" Everyday Health, Inc., https://www.everydayhealth.com/vasopressors/guide/ (viewed December 3, 2020). | p.61 |
| "Amneal Pharmaceuticals, inc (AMRX) Q2 2021 Earnings Call Transcript," The Motley Fool, https://www.fool.com/earnings/call-transcripts/2021/08/09/amneal-pharmaceuticals-inc-amrx-q2-2021-earnings-c/ (viewed September 27, 2021). | p. 70 |
| "Par Pharmaceutical Companies, Inc. History," Funding Universe, http://www.fundinguniverse.com/company-histories/par-pharmaceutical-companies-inc-history/ (viewed December 2, 2020). | p. 89 |
| "Medical Crash Cart Medications Auto-Replenishment Request for Quote," HealthFirst, https://www.healthfirst.com/medical/crashcart-signup-copy-2/ (viewed November 23, 2021). | p. 94 |
| "Distributive Shock," Health Jade, https://healthjade.net/distributive-shock/ (viewed December 6, 2021). | p. 101 |
| "Is Vasodilation Good?" Healthline Media UK Ltd, https://www.healthline.com/health/vasodilation (viewed December 3, 2020). | p. 127 |
| "Eagle Pharmaceuticals Announces FDA Maintains Prioritization of ANDA for Vasopressin," Eagle Pharmaceuticals, https://investor.eagleus.com/press-releases/news-details/2021/Eagle-Pharmaceuticals-Announces-FDA-Maintains-Prioritization-of-ANDA-for-Vasopressin/default.aspx (viewed December 4, 2021). | p. 162 |
| "Eagle Pharmaceuticals Reports Second Quarter 2021 Results," Eagle Pharmaceuticals, https://investor.eagleus.com/press-releases/news-details/2021/Eagle-Pharmaceuticals-Reports-Second-Quarter-2021-Results/default.aspx (viewed November 23, 2021). | p. 165 |
| "Endo to Acquire Par Pharmaceutical, Strategically Expanding Generics Business to a Top 5 Industry Leader," Endo, https://investor.endo.com/news-releases/news-release-details/endo-acquire-par-pharmaceutical-strategically-expanding-generics (viewed December 2, 2020). | p. 177 |
| "Endo Announces Issuance of Vasostrict Patent," Endo, https://investor.endo.com/news-releases/news-release-details/endo-announces-issuance-vasostrictr-patent (viewed November 23, 2021). | p. 184 |
| "Guy Donatiello," LinkedIn, https://www.linkedin.com/in/guy-donatiello-b278252/ (viewed December 5, 2021). | p. 187 |

| Description | Page No. |
|---|---|
| "Rich Valiga," LinkedIn, https://www.linkedin.com/in/rich-valiga-a564846/ (viewed December 5, 2021). | p. 194 |
| "Lawrence Brown," LinkedIn, https://www.linkedin.com/in/lawrence-brown-3aa6329/ (viewed December 7, 2021). | p. 200 |
| "What to Know About Vasodilation," Medical News Today, https://www.medicalnewstoday.com/articles/327402 (viewed December 3, 2020). | p. 207 |
| "Palonosetron Injection," MedlinePlus, https://medlineplus.gov/druginfo/meds/a610002.html (viewed December 6, 2021). | p. 228 |
| "Septic Shock Treatment and Management," Medscape, https://emedicine.medscape.com/article/168402-treatment (viewed September 14, 2021). | p. 232 |
| "Distributive Shock," StatPearls Publishing LLC, https://www.ncbi.nlm.nih.gov/books/NBK470316/ (viewed November 24, 2021). | p. 233 |
| "Septic Shock," NHS, https://www.nhsinform.scot/illnesses-and-conditions/blood-and-lymph/septic-shock (viewed December 3, 2020). | p. 242 |
| "Senators Condemn Big Price Increases for Drugs," The New York Times, http://www.nytimes.com/2015/12/10/business/senators-condemn-big-price-increases-for-drugs.html (viewed November 24, 2021). | p. 246 |
| "An Endo International Company," Par Pharmaceutical, https://www.parsterileproducts.com/ (viewed December 2, 2020). | p. 249 |
| "US9744209B2," Google Patents, https://patents.google.com/patent/US9744209B2/en?oq=US9744209B2 (viewed November 23, 2021). | P .252 |
| "US9750785B2," Google Patents, https://patents.google.com/patent/US9750785B2?oq=US9750785B2 (viewed November 23, 2021). | p. 320 |
| "Par Pharmaceutical Announces First FDA Approval of Vasostrict™ (vasopressin injection, USP)," PR Newswire, https://www.prnewswire.com/news-releases/par-pharmaceutical-announces-first-fda-approval-of-vasostrict-vasopressin-injection-usp-282391581.html (viewed December 2, 2020). | p. 385 |
| "Par Pharmaceutical to Acquire JHP Pharmaceuticals," PR Newswire, https://www.prnewswire.com/news-releases/par-pharmaceutical-to- | p. 388 |

| Description | Page No. |
|---|---|
| acquire-jhp-pharmaceuticals-241264801.html (viewed December 2, 2020). | |
| "Endo Announces Issuance of Vasostrict® Patent," PR Newswire, https://www.prnewswire.com/news-releases/endo-announces-issuance-of-vasostrict-patent-300291415.html (viewed December 6, 2020). | p. 392 |
| "Drugmaker Endo settles opioid claims by New York, counties for $50 mln," Reuters, https://www.reuters.com/business/healthcare-pharmaceuticals/drugmaker-endo-settles-opioid-claims-by-new-york-counties-50-mln-2021-09-10/ (viewed November 24, 2021). | p. 395 |
| "A Guide to Crash Carts: Must-Have Features and Medications," Scott-Clark Medical, https://www.scott-clark.com/blog/a-guide-to-crash-carts-must-have-features-and-medications/ (viewed November 23, 2021). | p. 399 |
| "Eagle Pharmaceuticals' Vasopressin ANDA Accepted for Filing by the FDA," Eagle Pharmaceuticals, https://www.sec.gov/Archives/edgar/data/827871/000110465918024064/a18-10132_1ex99d1.htm (viewed November 24, 2021). | p. 405 |
| "Par Pharmaceutical Companies Our History," Par Pharmaceutical, https://web.archive.org/web/20150321031532/http://www.parpharm.com/index.php?option=com_content&view=article&id=75&Itemid=92 (viewed December 2, 2020). | p. 408 |
| "Understanding Low Blood Pressure -- the Basics," WebMD, https://www.webmd.com/heart/understanding-low-blood-pressure-basics#1 (viewed December 3, 2020). | p. 411 |
| | |
| **Other** | **Vol. 7** |
| JHP Parmaceuticals letter to Dr. Parks and Stockbridge re Pre NDA Meeting Package (September 16, 2011) | p. 1 |
| | |
| **Internal Par Native Files * Produced in Native Format** | **Vol. 8** |
| ███████████████████████████████████ | ██ |
| ███████████████████████████████████ | ██ |
| ███████████████████████████████████ | ██ |

| Description | Page No. |
|---|---|
| ██████████████████████████████████████████ | █ |
| ██████████████████████████████ | █ |
| | |
| **Other Native Files * Produced in Native Format.** | **Vol. 9** |
| Bloomberg Request Builder | * |
| Symphony Data, pulled September 16, 2021. | * |
| Orange Book Approved Drug Products with Therapeutic Equivalence Evaluations | * |
| | |
| | |
| | |
| | |
| | |
| | |