# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAR PHARMACEUTICAL, INC., PAR STERILE PRODUCTS, LLC, AND ENDO PAR INNOVATION COMPANY, LLC,<br><br>　　Plaintiff,<br><br>　　v.<br><br>EAGLE PHARMACEUTICALS INC.,<br><br>　　Defendant. | C.A. No. 18-cv-823-CFC-JLH<br><br><br>JURY TRIAL DEMANDED<br><br>**FILED UNDER SEAL** |

## NOTICE OF FILING OF VOLUMINOUS MATERIALS

PLEASE TAKE NOTICE that pursuant to D. Del. LR 5.2(b), on December 16, 2021, due to the voluminous nature of Volumes 1 to 9 to the Appendix of Documents Cited in Bradley and Jarosz Declarations in Support of Par's Motion for a Preliminary Injunction Pending Appeal (D.I. 317) ("Appendix"), two flash drives containing Volumes 1 to 9 to the Appendix were hand delivered to the Court.

Dated: December 16, 2021　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　FARNAN LLP

　　　　　　　　　　　　　　　　　　*/s/ Michael J. Farnan*
　　　　　　　　　　　　　　　　　　Brian E. Farnan (Bar No. 4089)
　　　　　　　　　　　　　　　　　　Michael J. Farnan (Bar No. 5165)
　　　　　　　　　　　　　　　　　　919 N. Market St., 12th Floor
　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　Telephone : (302) 777-0300

Fax : (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Martin J. Black (admitted *pro hac vice*)
Sharon K. Gagliardi (admitted *pro hac vice*)
Brian M. Goldberg (admitted *pro hac vice*)
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Tel: (215) 994-4000
martin.black@dechert.com
sharon.gagliardi@dechert.com
brian.goldberg@dechert.com

Robert D. Rhoad (admitted *pro hac vice*)
DECHERT LLP
502 Carnegie Center
Suite #104
Princeton, NJ 08540
Tel: (609) 955-3200
robert.rhoad@dehcert.com

Jonathan Loeb (admitted *pro hac vice*)
Dechert LLP
3000 El Camino Real
Suite 650
Palo Alto, CA 94306
Tel: (650) 813-4995
jonathan.loeb@dechert.com

Blake B. Greene (admitted *pro hac vice*)
DECHERT LLP
300 W. 6th Street, Suite 2010
Austin, TX 78701
Tel: (512) 394-3000
blake.greene@dechert.com

*Attorneys for Plaintiffs Par Pharmaceutical, Inc., Par Sterile Products, LLC, and Endo*

3

*Par Innovation Company, LLC*